UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

RICHARD LOGAN

vs.                                                         Case No.:   7:19-cv-00217-DC

PROPETRO HOLDING CORP., et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Lesley F. Portnoy, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff Richard Logan in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Glancy Prongay & Murray LLP with offices at:

   Mailing address: 1925 Century Park East, Suite 2100

   City, State, Zip Code: Los Angeles, CA 90067

   Telephone: (310) 201-9150    Facsimile: (310) 201-9160

2. Since 9/18/2015, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 304851.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Supreme Court of CA [All CA Courts] | 9/18/2015 |
   | U.S.D.C. for the C.D. Cal. | 10/9/2015 |
   | U.S.D.C. for the S.D.N.Y. | 11/2/2010 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: 1:15-cv-00608-SS         on the  21  day of       June       , 2016 .

    Number: _____ on the ____ day of _____, ____.

    Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Joe Kendall, Kendall Law Group, PLLC

Mailing address: 3811 Turtle Creek, Suite 1450

City, State, Zip Code: Dallas, Texas 75219

Telephone: (214) 744-3000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Lesley F. Portnoy to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Lesley F. Portnoy
[printed name of Applicant]

[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 28 day of October, 2019.

Lesley F. Portnoy
[printed name of Applicant]

[signature of Applicant]