UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RICHARD LOGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, SPENCER D. ARMOUR, III, SCHUYLER E. COPPEDGE, STEPHEN HERMAN, MATTHEW H. HIMLER, PETER LABBAT, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, EVERCORE GROUP L.L.C., RBC CAPITAL MARKETS, LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., DEUTSCHE BANK SECURITIES INC., JOHNSON RICE & COMPANY L.L.C., and TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.,<br><br>                    Defendants. | Case No. 7:19-cv-00217-DC |

**NOTICE OF WITHDRAWAL OF NICHOLAS FRIEDMAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Nicholas Friedman ("Movant") respectfully withdraws his motion for appointment as Lead Plaintiff and approval of his selection of Lead Counsel in the above-captioned action (the "Action"). On October 16, 2019 Movant untimely filed a motion for appointment as Lead Plaintiff and approval of selection of counsel, stating that he suffered losses

of approximately $1,182.20 in financial losses in connection with his purchases ProPetro Holdings Corp. ("ProPetro") securities pursuant and/or traceable to the Company's false and/or misleading registration statement and prospectus issued in connection with the Company's March 2017 initial public offering and/or b) purchased or otherwise acquired ProPetro securities between March 17, 2017 and August 8, 2019, inclusive. Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Action. Having reviewed the competing lead plaintiff motions, Movant does not appear to have the largest financial interest.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This withdrawal shall have no impact on the Movant's membership in the proposed class and his right to share in any recovery obtained for the benefit of the class.

*[Signature on Following Page]*

2

Dated: November 19, 2019

Respectfully submitted,

*/s/ Bruce W. Steckler*
BRUCE W. STECKLER
**STECKLER GRESHAM COCHRAN PLLC**
Bruce W. Steckler
Texas Bar No. 00785039
bruce@stecklerlaw.com
12720 Hillcrest Rd Ste 1045
Hillcrest Tower
Dallas, TX 75230

*Liaison Counsel for Movant and Proposed Liaison Counsel the Class*

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Movant and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, November 19, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Bruce Steckler*
Bruce Steckler