IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RICHARD LOGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, SPENCER D. ARMOUR, III, SCHUYLER E. COPPEDGE, STEPHEN HERMAN, MATTHEW H. HIMLER, PETER LABBAT, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, EVERCORE GROUP L.L.C., RBC CAPITAL MARKETS, LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., DEUTSCHE BANK SECURITIES INC., JOHNSON RICE & COMPANY L.L.C., and TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.,<br><br>Defendants | Case No.: 7:19-cv-00217-DC<br><br><br><br>CLASS ACTION |

## NOTICE OF APPEARANCE OF CLYDE M. SIEBMAN

Request is made that Clyde M. Siebman, Siebman Forrest Burg & Smith, LLP, be served electronically in this case and that his appearance as liaison counsel for Plaintiffs United Food and Commercial Workers International Union Local 464A; Trustees of Local 464A United Food; Trustees of Commercial Workers Union Welfare, Service Benefit Funds Welfare and Pension Funds of Local 464A; and New York-New Jersey Amalgamated Pension Plan for ACME Employees, be noted.

Dated: November 19, 2019

Respectfully submitted,

*/s/ Clyde M. Siebman*
Clyde M. Siebman
TX Bar No. 18341600
**SIEBMAN FORREST BURG & SMITH, LLP**
Federal Courthouse Square
300 N. Travis
Sherman, TX  75090
(903) 870-0070
(903) 870-0066 Telefax
clydesiebman@siebman.com

**Liaison Counsel for the Class**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Clyde M. Siebman*
Clyde M. Siebman