# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RICHARD LOGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, SPENCER D. ARMOUR, III, SCHUYLER E. COPPEDGE, STEPHEN HERMAN, MATTHEW H. HIMLER, PETER LABBAT, GOLDMAN, SACHS & Co., BARCLAYS CAPITAL INC., CERDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, EVERCORE GROUP L.L.C., RBC CAPITAL MARKETS, LLC, PIPER JAFFRAY & CO. RAYMOND JAMES & ASSOCIATES, INC., DEUTSCHE BANK SECURITIES INC., JOHNSON RICE & COMPANY L.L.C., and TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.,<br><br>    Defendants. | Case No. 7:19-cv-00217-DC<br><br>CLASS ACTION |

**NOTICE OF WITHDRAWAL OF MOTION OF THE
PROPETRO INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that movants Carson Weber, Kara Zajac, Sean Henry, and Randall Ford (collectively, the "ProPetro Investor Group" or "Movant") hereby withdraw their Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. ECF No. 34. Having reviewed the competing motions filed in this Action, Movant does not appear to have the largest financial interest in the relief sought by the class. This withdrawal shall have no impact on the members of the ProPetro Investor Group's membership in the putative class, their right to share in any recovery obtained for the benefit of the class members, and/or their ability to serve as a representative party should the need arise.

DATED: November 21, 2019            Respectfully submitted,

                                    SPONSEL MILLER GREENBERG PLLC


                                    By: */s/ Thane Tyler Sponsel III*
                                    THANE TYLER SPONSEL III
                                    Federal ID No. 690068
                                    Texas State Bar No. 24056361
                                    ROGER B. GREENBERG
                                    Federal ID No. 3932
                                    Texas State Bar No. 0839000
                                    50 Briar Hollow Lane, Suite 370 West
                                    Houston, TX 77027
                                    Telephone: (713) 892-5400
                                    Facsimile: (713) 892-5401
                                    sponsel@smglawgroup.com
                                    roger@smglawgroup.com

                                    *Liaison Counsel for Movant*

2

**BRAGAR EAGEL & SQUIRE, P.C.**
W. Scott Holleman
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (646) 860-9449
Facsimile: (212) 214-0506
Email: holleman@bespc.com

*Counsel for Movant*

## **CERTIFICATE OF SERVICE**

      I, Thane Tyler Sponsel IIII hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 21st day of November, 2019.

                                              */s/ Thane Tyler Sponsel III*
                                              Thane Tyler Sponsel III