UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RICHARD LOGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, SPENCER D. ARMOUR, III, SCHUYLER E. COPPEDGE, STEPHEN HERMAN, MATTHEW H. HIMLER, PETER LABBAT, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, EVERCORE GROUP L.L.C., RBC CAPITAL MARKETS, LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., DEUTSCHE BANK SECURITIES INC., JOHNSON RICE & COMPANY L.L.C., and TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.,<br><br>Defendants. | Case No.  7:19-cv-00217 |

**NOTICE OF NON-OPPOSITION OF CITY OF BOCA RATON POLICE AND FIREFIGHTERS RETIREMENT SYSTEM TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

On November 15, 2019, City of Boca Raton Police and Firefighters Retirement System (the "Retirement System") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing the Retirement System as Lead Plaintiff on behalf of all persons and entities who purchased or otherwise acquired the securities of ProPetro Holding Corp. (a) pursuant and/or traceable to ProPetro's false and/or misleading registration statement and prospectus issued in connection with its March 2017 initial public offering, and/or (b) between March 17, 2017 and August 8, 2019, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing PC as Liaison Counsel for the Class. Dkt. No. 33.

Having reviewed the competing motions before the Court, the Retirement System does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on the Retirement System's membership in the proposed class or its right to share in any recovery obtained for the benefit of class members.

Dated:  November 22, 2019               Respectfully submitted,

                                        AHMAD, ZAVITSANOS, ANAIPAKOS,
                                        ALAVI & MENSING PC

                                        */s/ Sammy Ford IV*
                                        Sammy Ford IV
                                        Federal Bar Number: 950682
                                        Texas Bar Number: 24061331
                                        1221 McKinney, Suite 2500
                                        Houston, Texas 77010
                                        Telephone: (713) 655-1101
                                        Facsimile: (713) 655-0062
                                        Email: sford@azalaw.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

POMERANTZ LLP
Jennifer Pafiti
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Lead Plaintiff Movant City of Boca Raton Police and Firefighters Retirement System*

3

## CERTIFICATE OF SERVICE

      This is to certify that on November 22, 2019, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

                                                    */s/ Sammy Ford IV*  
                                                    Sammy Ford IV

3