**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| RICHARD LOGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>      v.<br><br>PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, SPENCER D. ARMOUR, III, SCHUYLER E. COPPEDGE, STEPHEN HERMAN, MATTHEW H. HIMLER, PETER LABBAT, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, EVERCORE GROUP L.L.C., RBC CAPITAL MARKETS, LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., DEUTSCHE BANK SECURITIES INC., JOHNSON RICE & COMPANY L.L.C., and TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.,<br><br>                      Defendants | CASE 7:19-CV-00217<br><br>**STIPULATION AND PROPOSED ORDER** |

       WHEREAS, on September 16, 2019, Plaintiff Richard Logan ("Plaintiff"), individually and on behalf of all others similarly situated, filed a complaint (the "Complaint") in the above-captioned action against Defendants ProPetro Holding Corp., Dale Redman, Jeffrey Smith, Ian Denholm, Spencer D. Armour, III, Schuyler E. Coppedge, Stephen Herman, Matthew H. Himler,

- 1 -

Peter Labbat, Goldman, Sachs & Co., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., RBC Capital Markets, LLC, Piper Jaffray & Co., Raymond James & Associates, Inc., Deutsche Bank Securities Inc., Johnson Rice & Company L.L.C., and Tudor, Pickering, Holt & Co. Securities, Inc., (collectively, "Defendants");

WHEREAS, after the filing of a timely motion for appointment as Lead Plaintiffs, on December 16, the court appointed Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System as Lead Plaintiffs and appointed Bernstein Litowitz Berger & Grossmann LLP and Grant & Eisenhofer P.A. as Lead Counsel; and

WHEREAS, Lead Plaintiffs intend to file a complaint;

WHEREAS, Defendants intend to move to dismiss the contemplated complaint;

WHEREAS, the agreed-upon schedule below will promote judicial efficiency, is not for the purpose of delay, and will not cause prejudice to any party;

IT IS HEREBY stipulated by and agreed among the parties, subject to the Court's approval, as follows:

1. Each Defendant hereby acknowledges that it either has been served, or as of the date of the stipulation submitted to the Court on November 12, 2019 (ECF No. 31), and by this stipulation, accepts service of the Complaint in this action, provided, however, that the acceptance of service and entry into this Stipulation shall not waive, and Defendants expressly preserve, any rights, claims or defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the sufficiency of service of the summons and Complaint and the form of the summons.

- 3 -

2.	For purposes of Rule 5(b) of the Federal Rules of Civil Procedure and Rule CV-5 of the Local Civil Rules, the Parties agree that they shall serve papers, including pleadings, discovery requests, and trial materials, on each other through e-mail or ECF, as applicable, except to the extent that transmission of any such documents electronically is impractical, in which event service shall be made by hand or through overnight delivery to counsel of record for the receiving party.

3.	The briefing schedule for the filing of the Lead Plaintiffs' Complaint and any Motions to Dismiss shall be as follows:

   a)	Lead Plaintiffs shall file their Amended Complaint on or before **February 13, 2020;**

   b)	Defendants shall respond and file any Motions to Dismiss on or before **April 16, 2020**;

   c)	Lead Plaintiffs' opposition shall be filed on or before **May 21, 2020**; and

   d)	Defendants' reply shall be filed on or before **June 19, 2020**.

DATED: December 26, 2019

**MARTIN & DROUGHT, P.C.**

By:  /s/ Gerald T. Drought

Gerald T. Drought
State Bar No. 06134800
Federal Bar No. 8942
Frank B. Burney
State Bar No. 03438100
Bank of America Plaza, 25th Floor 300
Convent Street San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
gdrought@mdtlaw.com
fburney@mdtlaw.com

*Liaison Counsel for the Institutional Investors*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Jeroen van Kwawegen
James A. Harrod
Brenna Nelinson
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jeroen@blbglaw.com
jim.harrod @blbglaw.com
brenna.nelinson@blbglaw.com

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer
Daniel L. Berger
Jonathan D. Park
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
jeisenhofer@gelaw.com
dberger@gelaw.com
jpark@gelaw.com

DATED: December 26, 2019

**HUGHES HUBBARD & REED LLP**

By: /s/ Kevin T. Abikoff
Kevin T. Abikoff (Texas Bar No: 24034118)
Benjamin S. Britz
1775 I Street, NW
Washington, DC 20006
Telephone: (202) 761-4600
Email: abikoff@hugheshubbard.com
Email britz@hugheshubbard.com

*Attorneys for Defendants ProPetro Holding Corp., Spencer D. Armour, III, Schuyler E. Coppedge, Stephen Herman, Matthew H. Himler, and Peter Labbat*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: __/s/ Noelle M. Reed_____
Noelle M. Reed (Texas Bar No: 24044211)
1000 Louisiana Street
Suite 6800
Houston, Texas 77002
T:1.713.655.5100
F:1.713.655.5200
Email: noelle.reed@skadden.com

*Attorney for Defendants Goldman, Sachs & Co., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., RBC Capital Markets, LLC, Piper Jaffray & Co., Raymond James & Associates, Inc., Deutsche Bank Securities Inc., Johnson Rice & Company L.L.C., and Tudor, Pickering, Holt & Co. Securities, Inc.*

**WINSTEAD PC**

By:____/s/Toby M Galloway_____
Toby M. Galloway (Texas Bar No. 00790733)

- 5 -

*Counsel for Lead Plaintiffs Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System and and Lead Counsel for the Class*

Matthias J. Kleinsasser (Texas Bar No. 24071357)
300 Throckmorton Street
Suite 1700
Fort Worth, Texas 76102
817.420.8200 Phone
817.420.8201 Fax

*Attorney for Defendant Dale Redman*

**BELL NUNNALLY & MARTIN LLP**

By: /s/ Jeffrey Ansley
Jeffrey Ansley (Texas Bar No: 00790235)
Craig Warner (Texas Bar No: 24084158 )
2323 Ross Avenue
Suite 1900
Dallas, Texas 75201
Tel 214-740-1400
Fax 214-740-1499

*Attorneys for Defendant Ian Denholm*

**BROPHY EDMUNDSON SHELTON WEISS**

By: /s/ J. Kevin Edmundson
J. Kevin Edmundson (Texas Bar No: 24044020)
210 Barton Springs Rd., Suite 500
Austin, Texas 78704
Phone: 512-596-3622

*Attorney for Defendant Jeffrey Smith*

- 6 -

**ORDER**

IT IS SO ORDERED.

Dated: _____          _____
                                                                David Counts
                                                                United States District Judge