# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

RICHARD LOGAN, Individually and On
Behalf of All Others Similarly Situated,

　　　　　　　　　Plaintiff,

　　v.

PROPETRO HOLDING CORP., et al.

　　　　　　　　　Defendants.

Case No.: 7:19-CV-00217-DC

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to this Court's local rules, Attorney Joe Kendall respectfully moves this Court to allow him to withdraw as counsel of record for Plaintiff Richard Logan.

On September 16, 2019, Plaintiff Richard Logan, individually and on behalf of all others similarly situated, filed a complaint in the above-captioned action against Defendants ProPetro Holding Corp., Dale Redman, Jeffrey Smith, Ian Denholm, Spencer D. Armour, III, Schuyler E. Coppedge, Stephen Herman, Matthew H. Himler, Peter Labbat, Goldman, Sachs & Co., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., RBC Capital Markets, LLC, Piper Jaffray & Co., Raymond James & Associates, Inc., Deutsche Bank Securities Inc., Johnson Rice & Company L.L.C., and Tudor, Pickering, Holt & Co. Securities, Inc. Joe Kendall was local counsel for Mr. Logan and his lawyers Glancy, Prongay and Murray LLP.

After the filing of timely motions under the Plaintiff's Securities Law Reform Act (PSLRA) for appointment of Lead Plaintiffs, on December 16, 2019, this Court appointed Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and

Oklahoma City Employee Retirement System (the "Institutional Investors") as Lead Plaintiffs, and Bernstein Litowitz Berger & Grossman LLP, and Grant & Eisenhofer as Lead Counsel. (Dkt. 43). Lead Plaintiff selected Gerald T. Drought (TX Bar 03438100) as Local/Liaison Counsel.

The Court approved the selection. Thus, below signed counsel will have no further role in this Class Action case.

Mr. Logan will continue as a class member with the class being represented by Court appointed lead and local counsel per the Court's Order as set forth above. Permitting Joe Kendall to withdraw as local counsel of record for Richard Logan will not affect the ongoing representation of him as a Class member in this matter by Court appointed lead counsel nor result in any prejudice to the Class or to the Defendants. Glancy, Prongay and Murray, LLP will continue to represent Mr. Logan individually.

WHEREFORE, for the foregoing reasons, Attorney Joe Kendall respectfully moves to withdraw as counsel of record for Richard Logan in this matter.

Dated:  January 21, 2020

Respectfully submitted

*/s/ Joe Kendall*
JOE KENDALL
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas  75219
214-744-3000 / 214-744-3015 (Facsimile)
jkendall@kendalllawgroup.com

*Attorney for Plaintiff Richard Logan*

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 15, 2020, I spoke with Lead Plaintiff's Local/Liaison counsel, Gerald Drought, by telephone regarding the request sought in this Motion.  He stated that he has no objection to the Motion.

/s/ *Joe Kendall*
JOE KENDALL

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on all counsel of record on January 21, 2020 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ *Joe Kendall*
JOE KENDALL