# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

Richard Logan

vs.

ProPetro Holding Corp., et al.

Case No.: 7:19-cv-00217-DC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Jonathan D. Park**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Lead Plaintiff (See Attachment A)** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Grant & Eisenhofer P.A.** with offices at:

    Mailing address: 485 Lexington Ave.

    City, State, Zip Code: New York, N.Y. 10017

    Telephone: (646) 722-8500      Facsimile: (646) 722-8501

2. Since **9/30/2015**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **New York**. Applicant's bar license number is **5371059**.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | U.S.D.C. S.D.N.Y. | 3/22/2016 |
    |  |  |
    |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Gerald Thomas Drought

Mailing address: Martin & Drought, P.C., BoA Plaza, 300 Convent St.-25th Floor

City, State, Zip Code: San Antonio, TX 78205-3789

Telephone: (210) 227-7591

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jonathan D. Park to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jonathan D. Park
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 28th day of January, 2020.

Jonathan D. Park
[printed name of Applicant]

_____
[signature of Applicant]

## **ATTACHMENT A**

Lead Plaintiff is Nykredit Portefølje Administration A/S ("Nykredit"), Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System (together, the "Institutional Investors").

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

Richard Logan

vs.                                                             Case No.: 7:19-cv-00217-DC

ProPetro Holding Corp., et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jonathan D. Park, counsel for Lead Plaintiff (See Attachment A), and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jonathan D. Park may appear on behalf of Lead Plaintiff (See Attachment A) in the above case.

IT IS FURTHER ORDERED that Jonathan D. Park, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE