# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| RICHARD LOGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, SPENCER D. ARMOUR, III, SCHUYLER E. COPPEDGE, STEPHEN HERMAN, MATTHEW H. HIMLER, PETER LABBAT, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, EVERCORE GROUP L.L.C., RBC CAPITAL MARKETS, LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., DEUTSCHE BANK SECURITIES INC., JOHNSON RICE & COMPANY L.L.C., and TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.,<br><br>Defendants | Case No.: 7:19-cv-00217-DC<br><br><br><br><br><br>CLASS ACTION |

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Clyde M. Siebman, Siebman Forrest Burg & Smith, LLP, files this Motion to Withdraw as Counsel for Lead Plaintiff Movant United Food and Commercial Workers International Union Local 464A, Trustees of Local 464A United Food, Trustees of Commercial Workers Union Welfare, Service Benefit Funds Welfare and Pension Funds of Local 464A, and New York-New Jersey Amalgamated Pension Plan for ACME Employees (collectively, "Local 464A").

On November 19, 2019, Counsel made his appearance as liaison counsel for Lead Plaintiff Movant Local 464A and filed a motion on behalf of Local 464A for appointment as Lead Plaintiff and approval of Local 464A's selection of counsel (Dkt. 32).

On December 16, 2019, the Court appointed Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System (collectively, the "Institutional Investors") as Lead Plaintiff and granted their selection of counsel, and denied Local 464A's motion (Dkt. 43).  As such, undersigned counsel will have no further role in this putative class action.

Local 464A will continue as members of the putative class being represented by Court-appointed lead and local counsel per the Court's December 16, 2019 Order.  Permitting Clyde M. Siebman to withdraw as counsel for Local 464A will not affect the ongoing representation of Local 464A as putative class members in this matter, nor will it result in prejudice to the class or to the Defendants.

WHEREFORE, Clyde M. Siebman, liaison counsel for Lead Plaintiff Movant Local 464A, respectfully moves for the entry of an order allowing him to withdraw as liaison counsel in this matter.

Dated:  January 30, 2020					Respectfully submitted,

*/s/ Clyde M. Siebman*
Clyde M. Siebman
TX Bar No. 18341600
**SIEBMAN FORREST BURG & SMITH, LLP**
Federal Courthouse Square
300 N. Travis
Sherman, TX  75090
(903) 870-0070
(903) 870-0066 Telefax
clydesiebman@siebman.com

**Liaison Counsel for the Class**

### CERTIFICATE OF CONFERENCE

I hereby certify that on January 29, 2020, I communicated with Lead Plaintiff's Local/Liaison counsel, Gerald Drought regarding the relief requested in this Motion. He indicated that he has no objection to the Motion.

*/s/ Clyde M. Siebman*
Clyde M. Siebman

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Clyde M. Siebman*
Clyde M. Siebman