## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

RICHARD LOGAN, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiffs,

   v.

PROPETRO HOLDING CORP., DALE
REDMAN, JEFFREY SMITH, IAN
DENHOLM, SPENCER D. ARMOUR, III,
SCHUYLER E. COPPEDGE, STEPHEN
HERMAN, MATTHEW H. HIMLER,
PETER LABBAT, GOLDMAN, SACHS &
CO., BARCLAYS CAPITAL INC.,
CREDIT SUISSE SECURITIES (USA)
LLC, J.P. MORGAN SECURITIES LLC,
EVERCORE GROUP L.L.C., RBC
CAPITAL MARKETS, LLC, PIPER
JAFFRAY & CO., RAYMOND JAMES &
ASSOCIATES, INC., DEUTSCHE BANK
SECURITIES INC., JOHNSON RICE &
COMPANY L.L.C., and TUDOR,
PICKERING, HOLT & CO. SECURITIES,
INC.,

        Defendants.

Case No.: 7:19-cv-00217-DC

<u>CLASS ACTION</u>

## <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

Sammy Ford IV, Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing PC, files this Motion

to Withdraw as Counsel for Lead Plaintiff Movant Boca Raton Police and Firefighters Retirement

System (the "Retirement System").

On November 15, 2019, Counsel made his appearance as liaison counsel for Lead Plaintiff Movant Retirement System and filed a motion on behalf of Retirement System for appointment as Lead Plaintiff and approval of Retirement System's selection of counsel (Dkt. 33).

On December 16, 2019, the Court appointed Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System (collectively, the "Institutional Investors") as Lead Plaintiff and granted their selection of counsel, and denied Local 464A's motion (Dkt. 43). As such, undersigned counsel will have no further role in this putative class action.

Retirement System will continue as members of the putative class being represented by Court-appointed lead and local counsel per the Court's December 16, 2019 Order. Permitting Sammy Ford IV to withdraw as counsel for Retirement System will not affect the ongoing representation of Retirement System as putative class members in this matter, nor will it result in prejudice to the class or to the Defendants.

WHEREFORE, Sammy Ford IV, liaison counsel for Lead Plaintiff Movant Retirement System, respectfully moves for the entry of an order allowing him to withdraw as liaison counsel in this matter.

Dated: February 11, 2020

Respectfully submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING PC**

*/s/ Sammy Ford IV*
Sammy Ford IV
Federal Bar Number: 950682
Texas Bar Number: 24061331
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
Email: sford@azalaw.com

**COUNSEL FOR LEAD PLAINTIFF
MOVANT CITY OF BOCA RATON
POLICE AND FIREFIGHTERS
RETIREMENT SYSTEM AND
PROPOSED LIAISON COUNSEL FOR
THE CLASS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 10, 2020, I communicated with Lead Plaintiff's Local/Liaison counsel, Gerald Drought regarding the relief requested in this Motion. He indicated that he has no objection to the Motion.

/s/ Sammy Ford IV
Sammy Ford IV

## CERTIFICATE OF SERVICE

     I hereby certify that on this 11th day of February, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                        /s/ Sammy Ford IV
                        Sammy Ford IV