# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| RICHARD LOGAN, Individually and on § <br> Behalf of All Others Similarly Situated, et al., § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> PROPETRO HOLDING CORP., et al, § <br>     Defendants. § | Case No. MO:7:19-CV-00217-DC <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that Parker Burns of Bell Nunnally & Martin LLP enters his appearance in this matter as counsel for Ian Denholm in this case. Counsel hereby requests notice and copies of all communications and other documents filed in this matter at the following address:

> Parker Burns (*notice*)
> State Bar No. 24091843
> pburns@bellnunnally.com
>
> Bell Nunnally & Martin LLP
> 2323 Ross Avenue, Suite 1900
> Dallas, Texas 75201
> (214) 740-1400 – Telephone
> (214) 740-1499 – Facsimile

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

*/s/ Parker Burns*
Jeffrey J. Ansley (*Lead*)
State Bar No. 00790235
jansley@bellnunnally.com
Craig Warner (*notice*)
State Bar No. 24084158
cwarner@bellnunnally.com
Parker Burns (*notice*)
State Bar No. 24091843
pburns@bellnunnally.com

2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
(214) 740-1400 – Telephone
(214) 740-1499 – Facsimile

**ATTORNEYS FOR DEFENDANT
IAN DENHOLM**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically to all counsel of record on the 21st day of February, 2020, via the Court's CM/ECF system.

*/s/ Parker Burns*
Parker Burns

4962933_1.docx / 12308.1