Toby M. Galloway
State Bar No. 00790733
Matthias J. Kleinsasser
State Bar No. 24071357
Jamie M. Lacy
State Bar No. 24099874
**Winstead PC**
300 Throckmorton Street, Suite 1700
Fort Worth, Texas 76102
(817) 420-8200
(817) 420-8201 (Fax)

**ATTORNEYS FOR DEFENDANT
DALE REDMAN**

# IN THE UNITED STATES COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **RICHARD LOGAN, Individually and On Behalf of All Others Similarly Situated, ET AL.** | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § § | **Case No. MO:7:19-CV-00217-DC** |
| **PROPETRO HOLDING CORP., ET AL.** | § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

The undersigned counsel submits this Notice of Appearance as counsel for Defendant Dale Redman in this matter. Matthias J. Kleinsasser is admitted to practice in this Court. Mr. Kleinsasser requests that he be listed on the docket sheet as counsel for Mr. Redman and that a copy of all pleadings, motions, discovery, orders, correspondence, and other documents required to be served upon Mr. Redman be served upon Mr. Kleinsasser at the address below. Mr. Kleinsasser also request that his email address, mkleinsasser@winstead.com be added to the distribution list for ECF notices related to this case:

Matthias J. Kleinsasser
Winstead PC
300 Throckmorton Street, Suite 1700
Fort Worth, Texas 76102
(817) 420-8200
(817) 420-8201 (Fax)

**Dated: February 25, 2020.**

        Respectfully submitted,

        **WINSTEAD PC**

        By:  */s/ Matthias J. Kleinsasser*
        Toby M. Galloway
        State Bar No. 00790733
        Matthias Kleinsasser
        State Bar No. 24071357
        Jamie M. Lacy
        State Bar No. 24099874
        **Winstead PC**
        300 Throckmorton Street, Suite 1700
        Fort Worth, Texas 76102
        (817) 420-8200
        (817) 420-8201 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020 a true and correct copy of the foregoing Notice of Appearance was served through ECF filing on all persons receiving electronic notice in this case.

        */s/ Matthias J. Kleinsasser*
        Matthias J. Kleinsasser