**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| **RICHARD LOGAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL.**<br>    *Plaintiffs,*<br><br>**VS.**<br><br>**PROPETRO HOLDING CORP., ET AL.**<br>    *Defendants.* | **CASE No. 7:19-CV-00217-DC** |

## UNOPPOSED MOTIONS FOR LEAVE TO AMEND COMPLAINT AND TO AMEND SCHEDULING ORDER

On September 16, 2019, Plaintiff Richard Logan ("Plaintiff"), individually and on behalf of all others similarly situated, filed a complaint in the above-captioned action against ProPetro Holding Corp. ("ProPetro" or the "Company"), Dale Redman ("Redman"), Jeffrey Smith ("Smith"), Ian Denholm ("Denholm"), Spencer D. Armour, III, Schuyler E. Coppedge, Stephen Herman, Matthew H. Himler, Peter Labbat, Goldman, Sachs & Co., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., RBC Capital Markets, LLC, Piper Jaffray & Co., Raymond James & Associates, Inc., Deutsche Bank Securities Inc., Johnson Rice & Company L.L.C., and Tudor, Pickering, Holt & Co. Securities, Inc., (collectively, "Original Defendants") that contained claims under various provisions of the federal securities laws subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737 ("PSLRA"). (Doc. 1.)

- 1 -

After the filing of a timely motion for appointment as Lead Plaintiffs, on December 16, 2019, the Court appointed Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System as Lead Plaintiffs ("Lead Plaintiffs") and appointed Bernstein Litowitz Berger & Grossmann LLP and Grant & Eisenhofer P.A. as co-Lead Counsel. (Doc. 43.)

On February 4, 2020, Lead Plaintiffs and the Original Defendants filed their agreed-upon Scheduling Recommendations, which provided for, *inter alia,* Lead Plaintiffs to file a consolidated amended complaint by February 12, 2020 and for defendants to file motions to dismiss the then-contemplated complaint. (Doc. 53.) The Court entered a Scheduling Order adopting the parties' scheduling recommendations on February 24, 2020.  (Doc. 59.)

Lead Plaintiffs filed their Amended Class Action Complaint on February 13, 2020, naming ProPetro, Redman, Smith and Denholm as defendants ("Defendants"). (Doc. 55 ("Complaint").) The Scheduling Order provided for Lead Plaintiffs to amend their Complaint when "ProPetro releases updated financial disclosures."  ProPetro has not yet released those updated financial disclosures, but on March 16, 2020, it did make a disclosure that Lead Plaintiffs contend is relevant to the allegations in this case.

On March 16, 2020, ProPetro announced the resignation of Defendant Redman as Chief Executive Officer, and that Defendant Smith would be reassigned within the company from his role as Chief Administrative Officer.  Redman's resignation announcement further disclosed that Redman had entered into certain pledge agreements involving ProPetro common stock.

- 3 -

Lead Plaintiffs believe that the Company's March 16, 2020 disclosures are clearly relevant to their claims, and hereby move for leave to amend the Complaint pursuant to Fed. R. Civ. P. 15(a) to incorporate allegations based on that information. Defendants consent to the motion.

The Parties have met and conferred and agreed upon the terms and schedule set forth below. The Parties further agree that all other terms of the Scheduling Recommendations and Scheduling Order not modified below, remain in effect.

The parties believe the agreed-upon schedule set forth below promotes judicial efficiency, is not for the purpose of delay, will not cause prejudice to any party, and complies with both the Court's Orders and the relevant statutory provisions.

Accordingly, the parties request the Court amend its scheduling order as set forth in the attached Proposed Order.

DATED: April 7, 2020

**MARTIN & DROUGHT, P.C.**

By:   /s/ Gerald T. Drought

Gerald T. Drought
State Bar No. 06134800
Federal Bar No. 8942
Frank B. Burney
State Bar No. 03438100
Bank of America Plaza, 25th Floor 300
Convent Street San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
gdrought@mdtlaw.com
fburney@mdtlaw.com

*Liaison Counsel for the Institutional
Investors*

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

Jeroen van Kwawegen
James A. Harrod
Brenna Nelinson
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jeroen@blbglaw.com
jim.harrod@blbglaw.com
brenna.nelinson@blbglaw.com

**GRANT & EISENHOFER P.A.**

Daniel L. Berger
Caitlin M. Moyna
Jonathan D. Park
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
dberger@gelaw.com
cmoyna@gelaw.com
jpark@gelaw.com

DATED: April 7, 2020

**HUGHES HUBBARD & REED LLP**

By: /s/ Kevin T. Abikoff
Kevin T. Abikoff (Texas Bar No:
24034118)
Benjamin S. Britz
1775 I Street, NW
Washington, DC 20006
Telephone: (202) 761-4600
Email: kevin.abikoff@hugheshubbard.com
Email: benjamin.britz@hugheshubbard.com

*Attorneys for Defendant ProPetro Holding
Corp.*

**WINSTEAD PC**

By*:*     /s/Toby M. Galloway
Toby M. Galloway (Texas Bar No.
00790733)
Matthias J. Kleinsasser (Texas Bar No.
24071357)
300 Throckmorton Street
Suite 1700
Fort Worth, Texas 76102
817.420.8200 Phone
817.420.8201 Fax

*Attorneys for Defendant Dale Redman*

**BELL NUNNALLY & MARTIN LLP**

By:     /s/ Jeffrey Ansley
Jeffrey Ansley (Texas Bar No:  00790235)
Craig Warner (Texas Bar No: 24084158 )
2323 Ross Avenue
Suite 1900
Dallas, Texas 75201
Tel 214-740-1400
Fax 214-740-1499

*Attorneys for Defendant Ian Denholm*

- 4 -

- 5 -

*Counsel for Lead Plaintiffs Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System and Lead Counsel for the Class*

**BROPHY EDMUNDSON SHELTON WEISS**

By: ___ /s/ J. Kevin Edmundson ___
J. Kevin Edmundson (Texas Bar No: 24044020)
Jesse Weiss (Texas Bar No: 24013728)
Ryan Shelton (Texas Bar No: 24013728)
317 Grace Lane, Suite 210
Austin, Texas 78746
Phone: 512-596-3622

*Attorneys for Defendant Jeffrey Smith*

- 9 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2020, I electronically filed the foregoing by using the court's CM/ECF system.  Per agreement among the parties, all parties will be served by the CM/ECF system.


By:  */s/ Kevin Abikoff*
     Kevin Abikoff