**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **RICHARD LOGAN, individually and** | § | |
| **on behalf of all others similarly situated,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MO:19-CV-217-DC** |
| | § | |
| **PROPETRO HOLDING CORP., ET AL.,** | § | |
| *Defendants.* | § | |

**ORDER**

1. The schedule for possible filing of the Lead Plaintiffs' further amended complaint and filing of any motions to dismiss shall be as follows:

a. If Lead Plaintiffs choose not to file a Third Amended Complaint, they shall inform Defendants and the Court within 14 days of ProPetro filing the delinquent periodic reports.

b. If Lead Plaintiffs choose to file a Third Amended Complaint they shall do so within 30 days of ProPetro filing the delinquent periodic reports; and

c. Defendants shall file an answer or otherwise move, including filing any motions to dismiss, within 30 days of either Plaintiffs' notice or the filing of a Third Amended Complaint.

It is so **ORDERED**.

SIGNED this 3rd day of June, 2020.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE