IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated, | § § § § § § § § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | No. MO:19-CV-217-DC |
| PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III, | § § § § § § | |
| *Defendants.* | § § | |

## THE PARTIES' JOINT MOTION
## REGARDING PROPOSED CONFIDENTIALTY AND PROTECTIVE ORDER AND PROPOSED PROTOCOL GOVERNING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION

The Parties, through their undersigned counsel, file this Joint Motion regarding their proposed Confidentiality and Protective Order and proposed Protocol Governing the Production of Electronically Stored Information. In support thereof, the Parties respectfully state as follows:

1. The Parties jointly submit to this Court their proposed Confidentiality and Protective Order and proposed Protocol Governing the Production of Electronically Stored Information; both of which are attached to this motion.

1

2. The Parties respectfully ask this Court to enter their proposed Confidentiality and Protective Order and proposed Protocol Governing the Production of Electronically Stored Information.

Respectfully submitted,

DATED: March 18, 2022

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:    */s/ James A. Harrod*
Jeroen van Kwawegen
James A. Harrod
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1444
jeroen@blbglaw.com
jim.harrod@blbglaw.com


**GRANT & EISENHOFER P.A.**
Daniel L. Berger
Caitlin M. Moyna
Jonathan D. Park
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
dberger@gelaw.com
cmoyna@gelaw.com
jpark@gelaw.com

*Counsel for Plaintiffs and Lead Counsel for the Class*


**MARTIN & DROUGHT, P.C.**
Gerald T. Drought
State Bar No. 06134800

DATED: March 18, 2022

**HUGHES HUBBARD & REED LLP**

By:    */s/Kevin Abikoff*
Kevin T. Abikoff (Texas Bar No. 24034118)
Benjamin S. Britz (admitted *pro hac vice*)
1775 I Street, NW
Washington, DC 20006
Telephone: (202) 761-4600
Fax: (202) 721-4646
Email: kevin.abikoff@hugheshubbard.com
Email: benjamin.britz@hugheshubbard.com

*Attorneys for Defendants ProPetro Holding Corp., and Spencer D. Armour, III*


**WINSTEAD PC**

By:    */s/ Toby Galloway*
Toby M. Galloway (Texas Bar No. 00790733)
Matthias Kleinsasser (Texas Bar No. 24071357)
300 Throckmorton Street
Suite 1700 Fort Worth, Texas 76102
Telephone: (817) 420-8200
Fax: (817) 420-8201
Email: tgalloway@winstead.com
Email: mkleinsasser@winstead.com

*Attorneys for Defendant Dale Redman*

**BELL NUNNALLY & MARTIN LLP**

Federal Bar No. 8942
Frank B. Burney
State Bar No. 03438100
Bank of America Plaza, 25th Floor 300
Convent Street San Antonio, Texas 78205
Telephone: (210) 227-7591
Fax: (210) 227-7924
gdrought@mdtlaw.com
fburney@mdtlaw.com

*Liaison Counsel for Plaintiffs*

By: */s/ Craig Warner*
Craig M. Warner (Texas Bar No. 24084158)
2323 Ross Avenue
Suite 1900
Dallas, Texas 75201
Telephone: (214) 740-1400
Fax: (214) 740-1499
Email: jansley@bellnunnally.com
Email: cwarner@bellnunnally.com

*Attorneys for Defendant Ian Denholm*

**EDMUNDSON SHELTON WEISS**
By: */s/ Kevin Edmundson*
J. Kevin Edmundson (Texas Bar No. 24044020)
Jesse Z. Weiss (Texas Bar No. 24013728)
317 Grace Lane
Suite 210
Austin, Texas 78746
Telephone: (512) 596-3058
Fax: (512) 532-6637
Email: kevin@eswpllc.com
Email: jesse@eswpllc.com

*Attorneys for Defendant Jeffrey Smith*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion Regarding Proposed Confidentiality and Protective Order and Proposed Protocol Governing the Production of Electronically Stored Information was served on all counsel of record via email electronic service and United States Postal Service on March 18, 2022.

                                               /s/ *Kevin Abikoff*
                                               Kevin T. Abikoff