**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated,** | § § § § § § § § § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **MO:19-CV-217-DC** |
| **PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III,** | § § § § § § | |
| *Defendants.* | § | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, a true and correct copy of Defendant Ian Denholm's Original Answer to Plaintiffs' Third Amended Complaint (Doc. 123) was served, upon filing, via the Court's CM/ECF system upon those parties subscribing thereto.

**AMENDED CERTIFICATE OF SERVICE**                                    **PAGE 1**

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

*/s/ Craig M. Warner*
Craig M. Warner
State Bar No. 24084158
cwarner@bellnunnally.com
Parker A. Burns
State Bar No. 24091843
pburns@bellnunnally.com

2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214-740-1400 Telephone
214-740-1499 Facsimile

**VEDDER PRICE LLP**
Jeff J. Ansley
State Bar No. 00790235
jansley@vedderprice.com
100 Crescent Ct. Suite 350
Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANT
IAN DENHOLM**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically to all counsel of record on the 1st day of April 2022, via the Court's CM/ECF system.

*/s/ Craig M. Warner*
Craig M. Warner