## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated,** | § § § § § § § § § § § § § § § § § § § § § § § § | **Civil Action No. 7:19-CV-00217-DC** <br><br> <u>**CLASS ACTION**</u> <br><br> **Hon. Walter David Counts, III** |
| **Plaintiffs,** | | |
| **vs.** | | |
| **PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III,** | | |
| **Defendants.** | | |

**SUPPLEMENTAL JOINT DECLARATION OF
JAMES A. HARROD AND DANIEL L. BERGER
<u>IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

We, James A. Harrod and Daniel L. Berger, declare as follows:

1.      I, James A. Harrod, am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), which is Court-appointed Co-Lead Counsel in this matter. I am a member in good standing in the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I have personal knowledge of the matters set forth herein.

2.      I, Daniel L. Berger, am a principal in the law firm of Grant & Eisenhofer P.A. ("Grant & Eisenhofer"), which is Court-appointed Co-Lead Counsel in this matter. I am a member in good standing in the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I have personal knowledge of the matters set forth herein.

3.      We respectfully submit this Supplemental Declaration to correct a misstatement made in the Joint Declaration of James Harrod and Daniel L. Berger, submitted in connection with the Motion for Class Certification, dated May 27, 2022 (Doc. 126-1) (the "Joint Declaration"). The Joint Declaration was  filed with the Court in support of Plaintiffs Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, Oklahoma City Employee Retirement System (collectively, the "Oklahoma Fund Plaintiffs"), Nykredit Portefølje Administration A/S ("Nykredit"), and Police and Fire Retirement System of the City of Detroit's ("Detroit PFRS") (collectively, and together with Nykredit and the Oklahoma Fund Plaintiffs, "Plaintiffs") Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

4.      The Joint Declaration referred to an order issued by the United States District Court for the Northern District of California in an unrelated action where Bernstein Litowitz served as lead counsel for the lead plaintiff in that case, SEB Investment Management AB, and

class counsel for the certified class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) (attached as Exhibit K to the May 27, 2022 Joint Declaration, the "*Symantec* Order"; *see* Joint Declaration ¶15).

5.     Paragraph 15 of the Joint Declaration submitted on May 27, 2022 states as follows:

> Bernstein Litowitz and Grant & Eisenhofer have, respectively, provided the [*Symantec*] order to Plaintiffs Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, Oklahoma City Employee Retirement System, and Police and Fire Retirement System of the City of Detroit communicated its content and circumstances with them. Plaintiffs have considered the order and reaffirm their selection of Class Counsel.

6.     Prior to May 27, 2022, Bernstein Litowitz had provided the *Symantec* Order to Nykredit and Detroit PFRS and those plaintiffs had reaffirmed their selection of proposed Class Counsel in connection with the Class Certification motion in this action. In addition, on April 23, 2021, Bernstein Litowitz had provided the *Symantec* Order to the Oklahoma Firefighters Pension and Retirement System and communicated its contents and circumstances, in connection with another action in which Oklahoma Firefighters was a Lead Plaintiff. However, the Joint Declaration incorrectly stated that the *Symantec* Order had been provided to the three other Plaintiffs, i.e., Oklahoma Law Enforcement Retirement System; Oklahoma Police Pension and Retirement System; and Oklahoma City Employee Retirement System. Upon realizing this oversight, these three plaintiffs were immediately provided with a copy of the *Symantec* Order, and its contents and circumstances were communicated to them. Now, after considering the *Symantec* Order, all of the Plaintiffs have reaffirmed the selection of Lead Counsel and their motion to appoint the two firms as Class Counsel.

[*Signatures on following page.*]

2

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of July, 2022.

/s/ James A. Harrod
James A. Harrod

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of July, 2022.

/s/ Daniel L. Berger
Daniel L. Berger

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 1, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Daniel L. Berger
Daniel L. Berger