# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

NYKREDIT PORTEFØLJE
ADMINISTRATION A/S, OKLAHOMA
FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM, OKLAHOMA
LAW ENFORCEMENT RETIREMENT
SYSTEM, OKLAHOMA POLICE
PENSION AND RETIREMENT SYSTEM,
OKLAHOMA CITY EMPLOYEE
RETIREMENT SYSTEM, POLICE AND
FIRE RETIREMENT SYSTEM OF THE
CITY OF DETROIT, Individually and on
behalf of all others similarly situated,

§ § § § § § § § § § § § § §

*Plaintiffs,*

§ §

v.

§ § No. MO:19-CV-217-DC

PROPETRO HOLDING CORP., DALE
REDMAN, JEFFREY SMITH, IAN
DENHOLM, and SPENCER D. ARMOUR
III,

§ § § § §

*Defendants.*

§ §

**AMENDED DECLARATION OF DUANE MICHAEL ON BEHALF OF OKLAHOMA
LAW ENFORCEMENT RETIREMENT SYSTEM IN SUPPORT OF
LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Duane Michael, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the Executive Director of Oklahoma Law Enforcement Retirement System

("Oklahoma Law Enforcement" together with Nykredit Portefølje Administration A/S, Oklahoma

Firefighters Pension and Retirement System, Oklahoma Police Pension and Retirement System,

and Oklahoma City Employee Retirement System, "Lead Plaintiffs," and with additional named

plaintiff Police and Fire Retirement System of the City of Detroit, collectively with Lead Plaintiffs,

"Plaintiffs").  I respectfully submit this Declaration in support of the motion of Plaintiffs to have

(i) this action certified as a class action; (ii) Plaintiffs certified as Class Representatives; and (iii)

the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and the law firm Grant & Eisenhofer P.A. ("G&E") appointed as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g). I have personal knowledge of the facts set forth in this Declaration.

2. Oklahoma Law Enforcement is a defined benefit pension fund headquartered in Oklahoma City, Oklahoma with over $1 billion in assets. During the Class Period, Oklahoma Law Enforcement purchased 74,354 shares of ProPetro Holding Corporation ("ProPetro") common stock and suffered substantial loss as a result of the securities law violations alleged in this Action.

3. Oklahoma Law Enforcement has actively supervised and monitored the progress of this litigation and actively participated in its prosecution. For example, Oklahoma Law Enforcement has: (i) received and reviewed periodic status reports from G&E on case developments; (ii) engaged in regular discussions with G&E concerning the conduct of this litigation and significant developments therein, including case strategy and potential settlement; (iii) received drafts of, and reviewed, significant pleadings and filings filed or served in this matter, including the amended Class Action Complaints ("Amended Complaints"); (iv) successfully opposed Defendants' Motion to Dismiss the Amended Complaint; (v) reviewed the discovery requests served on Plaintiffs in this litigation; (vii) prepared to collect and produce documents and electronically stored information in response to Defendants' Document Requests to Plaintiffs; and (viii) through its counsel, served Document Requests on Defendants and engaged in other forms of discovery, including the service of numerous subpoenas on third parties.

4. I understand that Oklahoma Law Enforcement owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and to continue to work actively with Class Counsel to obtain the largest recovery for the proposed Class consistent with good faith and meritorious advocacy. In view of our responsibilities, we retained G&E to serve as Co-Lead

2

Counsel, and, together with BLB&G, selected them as proposed Class Counsel, because we believe that these law firms possess the requisite expertise in nationwide securities class action litigation and has sufficient legal and fiscal resources to vigorously prosecute this action on behalf of all Class members.

5.     It is my intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Oklahoma Law Enforcement's fiduciary obligations as Lead Plaintiff and Class Representative are fulfilled.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of June 2022.

Duane Michael,
Executive Director
*Oklahoma Law Enforcement Retirement System*

3