**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |  |
|---|---|---|
| **NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated,** | § § § § § § § § § § § § § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | No. MO:19-CV-217-DC |
| **PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III,** | § § § § § § | |
| *Defendants.* | § § | |

**SUPPLEMENTAL DECLARATION OF CHASE RANKIN ON BEHALF OF
OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM IN SUPPORT
OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Chase Rankin, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the Executive Director of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters" together with Nykredit Portefølje Administration A/S, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System, "Lead Plaintiffs," and with additional named plaintiff Police and Fire Retirement System of the City of Detroit, collectively with Lead Plaintiffs, "Plaintiffs"). I respectfully submit this supplemental Declaration in support of the motion of Plaintiffs to have (i) this action certified as a class action; (ii) Plaintiffs certified as Class

Representatives; and (iii) the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and the law firm of Grant & Eisenhofer P.A. ("G&E") appointed as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g). I have personal knowledge of the facts set forth in this Declaration.

2. Oklahoma Firefighters is a benefit pension fund headquartered in Oklahoma City Oklahoma with approximately $3.4 billion in assets. During the Class Period, Oklahoma Firefighters purchased 32,416 shares of ProPetro Holding Corporation ("ProPetro") common stock and suffered substantial loss as a result of the securities law violations alleged in this Action.

3. On June 27, 2022, I testified in a deposition on behalf of Oklahoma Firefighters pursuant to a notice of deposition issued by ProPetro in relation to this Action under Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Deposition"). During the Deposition, counsel for ProPetro provided me with a copy of an order issued by the United States District Court for the Northern District of California in an action where BLB&G served as lead counsel for the lead plaintiff in that case, SEB Investment Management AB, and class counsel for the certified class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) ("*Symantec* Order"). I then was asked whether I had seen the *Symantec* Order before the deposition and whether the *Symantec* Order had been presented to the Board of the Oklahoma Firefighters Pension and Retirement System (the "Board").

4. At the time of the Deposition, I did not recall having seen the *Symantec* Order before or presenting it to the Board, and so I testified that I had not seen the *Symantec* Order and that it had not been presented to the Board.

5. After the Deposition ended, I gave additional thought to whether I had seen the *Symantec* Order. I reviewed documents that I have kept in connection with my position as

Executive Director at Oklahoma Firefighters and they caused me to remember that I had been provided with a copy of the *Symantec* Order by BLB&G on April 23, 2021, in connection with other cases in which BLB&G served as our counsel. I discussed the *Symantec* Order with BLB&G at that time, and after review, reaffirmed our selection of them to serve as Lead or Class Counsel in those cases.

6.      Here, I have now again reviewed the *Symantec* Order.  Nothing in that Order causes me to change our motion for Class certification in which we move that the Court appoint G&E and BLB&G as Class Counsel for the proposed Class.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of July 2022.

_____
Chase Rankin,
Executive Director
***Oklahoma Firefighters Pension and Retirement System***

3