# EXHIBIT A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF RIVIERA BEACH GENERAL EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VERTIV HOLDINGS CO, ROB JOHNSON, DAVID FALLON, JASON FORCIER, GARY NIEDERPRUEM, DAVID COTE, JOSEPH VAN DOKKUM, ROGER FRADIN, JACOB KOTZUBEI, MATTHEW LOUIE, EDWARD L. MONSER, STEVEN S. REINEMUND, ROBIN L. WASHINGTON, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, CITIGROUP GLOBAL MARKETS INC., VPE HOLDINGS, LLC, VERTIV JV HOLDINGS LLC, PE VERTIV HOLDINGS LLC, PLATINUM EQUITY, LLC, PLATINUM EQUITY INVESTMENT HOLDINGS, LLC, PLATINUM EQUITY INVESTMENT HOLDINGS MANAGER, LLC, PLATINUM EQUITY INVESTCO, L.P., PLATINUM EQUITY INVESTMENT HOLDINGS IC (CAYMAN), LLC, PLATINUM INVESTCO (CAYMAN), LLC, PLATINUM EQUITY INVESTMENT HOLDINGS III, LLC, PLATINUM EQUITY INVESTMENT HOLDINGS MANAGER III, LLC, and TOM GORES, <br><br> Defendants. | Case No. 1:22-cv-3572-GHW |

**ORDER APPOINTING THE PUBLIC PENSION FUNDS AS**
**LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD COUNSEL**

Upon consideration of: (1) the Motion of Louisiana Sheriffs' Pension & Relief Fund, Orlando Police Pension Fund, City of Plantation General Employees Retirement System, Riviera Beach Municipal Firefighters' Pension Trust Fund, and City of Riviera Beach General Employees' Retirement System (collectively, the "Public Pension Funds") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Hannah Ross in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.  The Public Pension Funds' Motion is **GRANTED**.

2.  The Public Pension Funds are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned securities class action and all related actions consolidated pursuant to paragraph 4 of this Order.

3.  The Public Pension Funds' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Saxena White P.A. are **APPOINTED** as Lead Counsel for the Class.

4.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any actions currently pending before the undersigned that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5.  This action shall be captioned "*In re Vertiv Holdings Co Securities Litigation*" and the file shall be maintained under Master File No. 1:22-cv-3572-GHW.

6.      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 6 and 9.


SO ORDERED.

Dated:  June 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge