# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

EMPLOYEES' RETIREMENT FUND OF
THE CITY OF FORT WORTH,

      **Plaintiff,**

                                  **Civil Action No. 3:21-cv-444**

      **v.**

JAMES RIVER GROUP HOLDINGS,
LTD., *et al.*,

      **Defendants.**


## ORDER

This matter comes before the Court on Employees' Retirement Fund of the City of Fort Worth, dba Fort Worth Employees' Retirement Fund ("Fort Worth"), and the City of Miami General Employees' and Sanitation Employees' Retirement Trust's ("Miami") Motion for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel (the "Motion"). (ECF No. 16.)

For good cause shown, and without objection, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Fort Worth and Miami are APPOINTED to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 5 of this Order.

3.      Fort Worth's and Miami's selection of Lead Counsel is APPROVED and Saxena White P.A. and Bernstein Litowitz Berger & Grossman LLP are APPOINTED as Lead Counsel for the Class.

4.      Fort Worth's and Miami's selection of Liaison Counsel is APPROVED and Cohen Milstein Sellers & Toll PLLC is APPROVED as Liaison Counsel for the Class.

5.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions related to the claims asserted in the above-captioned action are CONSOLIDATED for all purposes.

6.      The action shall be captioned "*In re James River Group Holdings, Ltd. Securities Litigation,*" and the file shall be maintained under Master File No. 3:21-cv-444.


Let the Clerk file this Order electronically, notifying all counsel of record.

It is SO ORDERED.


_____ /s/

M. Hannah Lauck
United States District Judge

Date: 09/22/2021
Richmond, Virginia