# IN THE UNITED STATES DISTRICT COURTFOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION

| | |
|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all other similarly situated,<br>  *Plaintiffs,*<br><br>VS.<br><br>PROPETRO HOLDING CORP., ET AL.,<br>  *Defendants.* | CASE No. MO:19-CV-00217-DC |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE IN EXCESS OF DEFAULT PAGE LIMIT

Before the Court is the parties' Joint Motion for Leave to File in Excess of Default Page Limit. After consideration of the relevant filings and applicable law, the Court finds that the parties' motion should be and is GRANTED.

IT IS THEREFORE ORDERED that Defendants are authorized to file a brief in opposition to Plaintiffs' Motion for Class Certification up to and including 25 pages in length, exclusive of the caption, signature block, any certificate, Tables of Contents and Authorities, and accompanying documents/exhibits; and Plaintiffs be granted leave to file a reply brief in further support up to and including 15 pages in length, exclusive of the caption, signature block, any certificate, Tables of Contents and Authorities, and accompanying documents/exhibits.

1

SO ORDERED.

**SIGNED** this _____ day of _____, 2022.

                                              Signed:_____
                                                           DAVID COUNTS,
                                                           U.S. DISTRICT COURT JUDGE
                                                           PRESIDING