**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all other similarly situated, *Plaintiffs,*<br><br>VS.<br><br>PROPETRO HOLDING CORP., ET AL., *Defendants.* | CASE No. MO:19-CV-00217-DC |

## DECLARATION OF SHAHZEB LARI

I, Shahzeb Lari, declare as follows:

1.      I, Shahzeb Lari, am a partner in the law firm of Hughes Hubbard & Reed LLP, attorneys of record for Defendants ProPetro Holding Corp. ("ProPetro") and Spencer D. Armour III.  I am a member in good standing in the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court.  I have personal knowledge of the facts stated herein.

2.      Exhibit A is a true and correct copy of the transcript of the remote videotaped deposition of Chase Rankin, the Rule 30(b)(6) witness for Oklahoma Firefighters Pension and Retirement System, which took place on Monday, June 27, 2022.

3.      Exhibit B is a true and correct copy of the transcript of the remote videotaped deposition of Ginger Sigler, the Rule 30(b)(6) witness for Oklahoma Police Pension and Retirement System, which took place on Thursday, June 30, 2022.

4.      Exhibit C is a true and correct copy of the transcript of the remote videotaped deposition of Paul Bronson, the Rule 30(b)(6) witness for Oklahoma City Employees' Retirement System, which took place on Monday, July 11, 2022.

5.      Exhibit D is a true and correct copy of the transcript of the remote videotaped deposition of Duane Michael, the Rule 30(b)(6) witness for Oklahoma Law Enforcement Retirement System, which took place on Wednesday, July 13, 2022.

6.      Exhibit E is a true and correct copy of the transcript of the remote videotaped deposition of Kelly Tapper, the Rule 30(b)(6) witness for the Police and Fire Retirement System for the City of Detroit, which took place on Thursday, July 14, 2022.

7.      Exhibit F is a true and correct copy of the transcript of the remote videotaped deposition of Andreas Thielemann Wagner, the Rule 30(b)(6) witness for Nykredit Portefølje Administration A/S, which took place on Wednesday, July 6, 2022.

8.      Exhibit G is a true and correct copy of the transcript of the remote videotaped deposition of Frank C. Torchio, Plaintiffs' damages expert, which took place on Tuesday, July 12, 2022.

9.      Exhibit H is a true and correct copy of the Expert Rebuttal Report of Frank C. Torchio, submitted as ECF # 116-6 in *Loritz v. Exide*, No. 2:13-cv-02607-SVW-E (C.D. Cal. May 26, 2015).

10.      Exhibit I is a true and correct copy of ProPetro's Form 8-K, filed August 8, 2019, which was obtained from the SEC's public website.

11.      Exhibit J is a true and correct copy of an October 29, 2019 email and attachment produced by Plaintiff Nykredit Portefølje Administration A/S.

12.      Exhibit K is a true and correct copy of the transcript of the remote videotaped

2

deposition of Kasper Illemann Hansen, the Rule 30(b)(6) witness for Nykredit Portefølje Administration A/S, which took place on Thursday, July 7, 2022.

13.     Exhibit L is a true and correct copy of ProPetro's Form 8-K, filed November 13, 2019, which was obtained from the SEC's public website.

14.     Exhibit M is a true and correct copy of ProPetro's Prospectus, filed March 20, 2017, which was obtained from the SEC's public website.

15.     Exhibit N is a true and correct copy of ProPetro's Form 10-Q for the quarterly period ended March 31, 2018, filed May 9, 2018, which was obtained from the SEC's public website.

16.     Exhibit O is a true and correct copy of ProPetro's Form 10-K for the fiscal year ended December 31, 2017, filed on March 27, 2018, which was obtained from the SEC's public website.

17.     Exhibit P is a true and correct copy of the Expert Report of Frank C. Torchio, submitted as ECF # 205-3 in *In re BofI Holding, Inc. Secs. Litig.*, No. 3:15-cv-02324-GPC-KSC (S.D. Cal. May 28, 2021).

18.     Exhibit Q is a true and correct copy of the Expert Report of John Montgomery, Ph.D. (July 22, 2022).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

4

Executed this 22nd day of July, 2022.

               */s/ Shahzeb Lari*
               Shahzeb Lari