# EXHIBIT Q

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all other similarly situated, <br>    *Plaintiffs,*<br><br>VS.<br><br>PROPETRO HOLDING CORP., ET AL.,<br>    *Defendants.* | CASE No. MO:19-CV-00217-DC |

**EXPERT REPORT OF JOHN MONTGOMERY**

July 22, 2022

Expert Report of John Montgomery, Ph.D.

Contents

I.      Qualifications ................................................................................................................3

II.     Assignment.....................................................................................................................3

III.    Summary of opinions .....................................................................................................4

IV.     Background on market efficiency ..................................................................................5

V.      Estimation of market model ..........................................................................................7

VI.     Econometric analysis of ProPetro stock returns in March 2020.....................................22

VII.    Insufficiency of Mr. Torchio's proposed framework for calculating damages ...............30

VIII.   Efficiency of the market for ProPetro stock during the period following the IPO...........37

IX.     Flaws in Mr. Torchio's analysis of the efficiency of the market for ProPetro stock ........41

X.      Non-traceability of stock to IPO following expiration of the lock-up ...............................45

XI.     Conclusion.....................................................................................................................47

Expert Report of John Montgomery, Ph.D.

## List of figures and exhibits

Figures within report; exhibits after report

I.      Figures

1.      OLS Market Model Through 3/16/2020 – 8 Dummies

2.      OLS Market Model Through 3/16/2020 – 5 Dummies

3.      ProPetro Implied Volatility 1/2/2020–6/30/2020

4.      OLS Market Model Through 1/31/2020 – 6 Dummies

5.      OLS Market Model Through 1/31/2020 – 4 Dummies

6.      GARCH analysis (S&P 1500 and S&P Select Oil & Gas Equipment and Services) – 8 dummies

7.      Estimated Volatility of ProPetro's Stock

II.     Exhibits

1.      Montgomery CV

2.      Materials Considered

3.      ProPetro Daily Returns and Statistics from OLS Model Jan 1, 2020 – March 31, 2020 (S&P Oil & Gas Equipment & Services Select Industry Index; Eight Single-Day Dummy Variables)

4.      Daily Statistics from GARCH Model May 1, 2019 – April 30, 2020 (S&P Oil & Gas Equipment & Services Select Industry Index; Eight Single-Day Dummy Variables)

5.      Daily Statistics from GARCH Model May 1, 2019 – April 30, 2020 (S&P Oil & Gas Equip. & Services Select Ind. Index; Five Single-Day Dummy Variables)

6.      Daily Statistics from GARCH Model May 1, 2019 – April 30, 2020 (10-K Peer Index; Five Single-Day Dummy Variables)

7.      Market Efficiency Factors During the Quiet Period

## I.    Qualifications

1.    I am a Senior Managing Director at Ankura Consulting Group ("Ankura") in New York, NY. I have been employed as a financial economist at Ankura and other consulting firms for twenty years. I have worked on numerous financial disputes as both a consulting and testifying expert. My consulting activity includes work with major U.S. stock exchanges. My expert work has included analysis of investments in common stock and other securities, the impact of information disclosures on securities prices, the dynamics of orders on stock exchanges, the valuation of companies and corporate credit, market efficiency, and damages in securities class actions. I have testified in U.S. District Court and other venues, and I have been qualified by courts to testify on securities, finance, investing, damages, and other topics.

2.    I have worked as an economist at the Federal Reserve Board, International Monetary Fund, President's Council of Economic Advisers, and Morgan Stanley, focusing primarily on U.S. and international financial markets and institutions. I have also worked as a securities analyst. I hold a Ph.D. in Economics from Princeton University, as well as degrees from Yale University and the London School of Economics. I have taught economics at Princeton University and published numerous articles. My curriculum vitae is attached as *Exhibit 1.*

## II.    Assignment

3.    Counsel for ProPetro Holding Corp. ("ProPetro") has requested that I review the Expert Report of Frank C. Torchio dated May 27, 2022 ("Torchio Report"),

analyze the stock-price impact of the alleged corrective disclosure on March 16, 2020, assess Mr. Torchio's analysis of the efficiency of the market for ProPetro common stock, evaluate Mr. Torchio's proposed framework for estimated damages in this matter, and consider the traceability to the initial public offering ("IPO") of common stock purchased in the secondary market. A list of materials that I considered in forming my opinions appears as *Exhibit 2.*

4.      Ankura charges an hourly rate of $760 for the time I spend on this matter. Ankura charges rates ranging from $240 to $640 per hour for the time of other members of Ankura's staff working under my supervision.

## III.   Summary of opinions

5.      My opinions, as detailed below, may be summarized as follows:

a)  The market models estimated by Mr. Torchio are unreliable.

b)  The disclosure by ProPetro on March 16, 2020 of the share pledges by chief executive officer Dale Redman and his resignation, as well as of other organizational changes, had no significant impact on ProPetro's stock price.

c)  The damages framework proposed by Mr. Torchio provides no methodology for how a damages expert might separate the price impact of corrective disclosure of the alleged fraud in this case from the impact of other "confounding" information disclosed at the same time, in order to estimate alleged inflation in the stock.

d)  For the 25-day quiet period following the IPO, many of the indicators of market efficiency used by courts do not support market efficiency.

e) Mr. Torchio's analysis of market efficiency during the alleged class period is in some cases overstated and in other cases involves indicators that are irrelevant to market efficiency.

f) Purchasers of ProPetro common stock following the expiration of the post-IPO lock-up on September 13, 2017 will be unable to trace the stock purchased to the IPO.

## IV.    Background on market efficiency

6.      The proposition of efficient financial markets holds that securities prices reflect available information, such that opportunities to profit from such information quickly disappear as market participants evaluate any new information and quickly bid prices up (or down) to a price that reflects the information. The concept dates to the 1960s.[1] Financial economists typically focus on market efficiency with respect to public, rather than private information, and a distinction is sometimes made between weak-form efficiency, in which it is impossible to profit from information about a security's own past price performance, and semi-strong-form efficiency, a broader concept under which it is impossible to profit from any publicly available information.

7.      As has long been recognized, however, markets do not automatically reach a level consistent with efficient markets. Efficient markets occur when market participants have an incentive, however brief, to analyze new information and profit from any discrepancy between existing prices and prices that will better reflect the new

---

[1] For an early survey, see Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance,* 25 (1970), 383-417.

information. Because it is costly to monitor information about securities and to evaluate new information, deeper financial markets that permit traders to take larger positions at lower transaction costs are likely to be more efficient. For securities with less trading activity or lower total value outstanding, market efficiency is less likely to hold, and a more thorough examination of whether prices reflect available information is required. Courts, particularly the *Cammer* and *Unger/Krogman* courts, have identified various indicators that are more or less consistent with conditions for efficient markets. These indicators include whether the security had substantial trading volume, was followed by securities analysts, had a number of market makers, was eligible for registration on an SEC Form S-3, responded quickly to company-specific information (the *Cammer* criteria), had a high market capitalization, public float, and narrow bid-ask spread (the *Unger/Krogman* criteria).[2] Most of these indicators are indirect, in that they relate to whether conditions exist that might facilitate the incorporation of public information into the stock price. For example, the presence of securities analysts suggests that professionals are actively distilling information about the company into investment recommendations, which in turn enables prices to incorporate public information. Or measures of market size, such as market capitalization, relate to the ability of informed investors to take positions that enable them to profit from information they gather and evaluate, in turn giving them an incentive to engage in such activities. With a larger market, they can typically take larger positions and reap larger profits from their

---

[2] *Cammer v. Bloom,* 711 F. Supp. 1264, 1286 (D.N.J., 1989), *Unger v. Amedisys*, 401 F.3d 316 (5th Cir. 2005), *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001).

information processing activities. In contrast, the fifth *Cammer* criterion, whether there is a clear cause-and-effect relationship between news and changes in securities prices, more directly addresses whether prices reflect public information. It focuses on the question of whether, and how quickly, prices adjust to new information that is potentially relevant to the underlying value of the securities.

## V.    Estimation of market model

8.    In preparing the analysis in this report, I estimated a "market model," which is a statistical analysis of the relationship between daily stock returns of an individual company (in this case, ProPetro) and one or more explanatory market indices.[3] Market models are used in event studies, which are analyses of the impact of news and other events on the price of a stock or other security. For an event on a given date, the market model provides the expected return given that day's returns on the explanatory indices.[4] The "excess return" (also known as the "abnormal return") is the portion of the daily return that is not explained by the explanatory indices; it is calculated as the difference between the actual stock return and the expected return.

9.    Explanatory indices may track either the broad stock market (a "market index") or stocks of a particular industry (an "industry index"). To estimate a market model for ProPetro, I constructed regressions with various combinations of market and industry indices, as well as regressions with only a single market or industry index.

---

[3] The daily return on a stock is the change in the price of the stock from the previous day's closing price to the current day's closing price. The return can also include a dividend paid to holders of the stock on the current day.
[4] For background on event studies, see for example A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature,* 35 (March 1997), pp. 13–39.

10.    I considered four market indices that tracked broad stock market returns. These included the Russell 2000 Index, to which ProPetro compared its stock performance in its 2017 through 2019 Form 10-Ks.[5] I also considered the S&P Small Cap 600 Index, the S&P Small Cap 600 Total Return Index, and the S&P Composite 1500 Total Return Index. The S&P Small Cap 600 indices reflect the performance of companies with market capitalizations of between $850 million and $3.7 billion.[6] The S&P Composite 1500 index covers a broader range of companies, including the companies in the Small Cap 600 as well as companies with higher market capitalizations.[7] A total return index includes returns from dividends paid by the constituent companies, as well as gains or losses due to price changes.

11.    In ProPetro's 2017 Form 10-K, the company describes itself as "providing hydraulic fracturing and other complementary services" and that their "operations are primarily focused on the Permian Basin...the most prolific oil-producing area in the United States".[8] To capture the stock's exposure to relevant industry risk factors, I considered U.S. equity indices with names referring to the oil or energy industries.[9] I further restricted indices to: (a) those compiled by one of the four firms that developed two prominent systems for classifying stocks into sectors and industries (ICB and

---

[5] ProPetro 2017 SEC Form 10-K (filed March 27, 2018), 2018 Form 10-K (filed March 1, 2019), and 2019 Form 10-K (filed June 22, 2020).

[6] ProPetro's market capitalization was in this range on more than 95% of trading days prior to March 16, 2020. For the complete index construction methodology and additional eligibility conditions see *S&P SmallCap 600*, S&P Dow Jones Indices, June 30, 2022.

[7] *S&P Composite 1500*, S&P Dow Jones Indices, June 30, 2022.

[8] ProPetro 2017 SEC Form 10-K (filed March 27, 2018).

[9] Using Bloomberg L.P.'s *Security Finder*, I restricted indices to U.S indices denominated in U.S. dollars that had the words "Energy" or "Oil" in the index name.

GICS),[10] (b) those with at least six members historically (the minimum count of peer companies listed by ProPetro in its 2017 through 2019 Form 10-Ks),[11] and (c) those with sufficient data between March 17, 2017 and March 13, 2020.[12] The screening with the above restrictions resulted in 161 industry indices available through Bloomberg L.P..

12.    I also considered an industry index of the equally weighted returns of nine peers that ProPetro listed in its 2017 through 2019 Form 10-Ks.[13] Of these nine peers, the return data of three were limited due to corporate events. I include returns for Liberty Oilfield Services, Inc. only following its IPO on January 12, 2018. I exclude returns for Basic Energy Services, Inc. on and after December 3, 2019, when it was delisted from the New York Stock Exchange ("NYSE").[14] I also exclude returns for C&J Energy Services, Inc. beginning June 17, 2019, when the its merger with Keane Group, Inc. was announced.[15] Since Calfrac Well Services Ltd. traded on the Toronto Stock

---

[10] I considered indices developed by Dow Jones, S&P, FTSE, or MSCI. Dow Jones and the FTSE developed ICB, the Industry Classification Benchmark (see page 3 of "Industry Classification Benchmark (ICB) Reclassification," FTSE Russell, December 2019). S&P and MSCI developed GICS, the Global Industry Classification Standard (see page 18 of "Global Industry Classification Standard (GICS) Methodology," MSCI Inc., January 2020).

[11] Historical member counts were queried for March 17, 2017 (the IPO day), March 13, 2020 (the day before the last alleged corrective disclosure) and September 14, 2018 (the midpoint of the first two days). I excluded indices without historical member data for all of those dates or with fewer than six members on at least one of those dates.

[12] I also excluded indices with missing data on at least 21 trading days (equivalent to approximately one calendar month).

[13] The peer companies are Basic Energy Services, Inc., C&J Energy Services, Inc., Calfrac Well Services Ltd., Keane Group, Inc., Liberty Oilfield Services, Inc., Mammoth Energy Services, NexTier Oilfield Solution Inc., Patterson-UTI Energy, Inc., RPC, Inc., and Superior Energy Services, Inc. Keane Group, Inc. merged with C&J Energy Services, Inc. to form NexTier Oilfield Solution Inc. on October 31, 2019.

[14] Superior Energy Services was suspended from the NYSE from September 27, 2019 through December 26, 2019.  I considered an alternative peer index without Superior's returns during this period; using this alternative peer index had no meaningful impact on the results presented in this report. See Superior Energy Services, Inc. Form 10-K, Feb. 28, 2020.

[15] "Oilfield services firms Keane Group, C&J Energy to merge in deal valued at $1.8 bln," Reuters, June 17, 2019.

Exchange in Canadian dollars, I converted its returns to U.S. dollars at the daily exchange rate. Over the period between March 17, 2017 and April 30, 2020, the peer index had between seven and nine members.[16] I refer to this index below as the "10-K peer index."

13.      Mr. Torchio also considers indices the equally weighted returns of peers that ProPetro lists in their 2017 through 2019 Form 10-Ks, but he bases his analysis on a three-peer index that completely excludes peers that do not appear in all three reports. There are several issues with this approach. First, unlike Mr. Torchio, ProPetro considers the possibility that a company may emerge as a peer even if it was previously excluded. For instance, in their 2018 Form 10-K, ProPetro states "[w]e included Mammoth Energy Services to our peer group in 2018 because we believe they are a relevant peer in assessing our performance." Following Mr. Torchio's logic, Mammoth Energy Services was not a valid peer in 2018. Second, and more generally, Mr. Torchio is discarding valid data simply because it may not have been available at all times (e.g. Liberty Oilfield Services, Inc., which could not have been a peer in 2017, before its 2018 IPO). Third, Mr. Torchio's treatment of the predecessor firms of NexTier Oilfield Solution Inc. is inconsistent: NexTier was formed by the merger of Keane Group, Inc. and C&J Energy Services, Inc. The post-merger return data for NexTier in Mr. Torchio's index effectively includes the risk (and reward) of both firms, but the pre-merger returns for NexTier in Mr. Torchio's index reflects only those of Keane Group. Third, by restricting

---

[16] If price data were not available to calculate a return for member on a U.S. trading day, the return for that member on that day was excluded.

the peers to the companies listed in the 2019 Form 10-K, as well as in the previous two Form 10-Ks, Mr. Torchio excludes any company that did not survive the market and industry turmoil of 2019 and 2020 well enough to be considered a peer in the 2019 Form 10-K, which was issued in June 2020.[17] Basic Energy Services, Inc. and Superior Energy Services, Inc. were peers in ProPetro's 2019 Form 10-K, but were excluded from their 2020 Form 10-K. This introduces a "survivorship bias" in Mr. Torchio's analysis, because his selection of constituent companies depend on the returns over the period he studies. Finally, two out of the three peers chosen by Mr. Torchio's are in a different tier of operations according to an August 2019 report by Barclays indicating that the "operational bifurcation of among the pressure pumpers has become dramatic."[18] According to the report, ProPetro is considered to have aligned with "high quality customers (e.g., Majors)" as opposed to two out of Mr. Torchio's three peers (Patterson-UTI Energy, Inc. and RPC, Inc.) which "have a higher mix of spot market and budget-sensitive customers."

14.    More fundamentally, three companies are generally not sufficient to create a useful stock index. Day-to-day movements in the index will include movements due to company-specific events and noise (idiosyncratic variation). Three companies (or even fewer, as Mr. Torchio suggests in his deposition) are not sufficient to minimize this source of variation and allow the index to track a true underlying industry factor. A

---

[17] In addition to the market turmoil of 2020, fracking-focused companies broadly faced financial difficulties in 2019. See "Bankruptcies in Fracking Sector Mount in 2019," Institute for Energy Economics and Financial Analysis, January 2020.

[18] "Bifurcation Widens across Pressure Pumpers; Unpleasant Surprise from PUMP," Barclays, August 12, 2019.

simple calculation, based on data cited by Mr. Torchio, shows that most of the variability of a three-stock index will typically be due to the idiosyncratic variability of each of the three constituent stocks, rather than the common component of the three returns that the index is designed to represent. Mr. Torchio reports that average $R^2$ statistics range from 11% to 17% across stocks.[19] A $R^2$ statistic measures the portion of the total variation (sum of squared differences relative to the mean) of a variable that is explained by a regression model being analyzed (in this case, a regression of a company's stock returns on a market and industry index).[20] Taking the midpoint of 14%, this implies that 14% of the variation of a typical stock is attributable to common market and industry factors and that the remaining 86% is due to idiosyncratic factors. If the overall variance of the stock is represented as the variable $V$, $0.86V$ (86% of $V$) is due to idiosyncratic factors and only $0.14V$ (the remaining 14% of $V$) is due to systematic factors. Taking an average of three such stocks reduces the idiosyncratic variance by a third, to $0.86V/3 = 0.287V$ (28.7% of $V$), and reduces the total variance to $0.14V + 0.287V = 0.427V$ (42.7% of $V$). The proportion of the variance due to idiosyncratic factors in this three-stock index would be $(0.287V)/(0.427V) = 67\%$. In a three-stock index, therefore, most of the variation would still be due to idiosyncratic, company-specific events. It would take seven stocks to bring this proportion below 50%.

---

[19] Torchio Report ¶ 89.

[20] The $R^2$ measures the proportion of the total variation in the dependent variable (such as the return on a stock) that is accounted for by variation in the regressors (such as the return on market and/or industry indices). The adjusted $R^2$ incorporates a penalty for the number of variables in the model. See William H. Greene, *Econometric Analysis*, 7th ed., Prentice Hall, 2012, pp. 41-43.

15. I began my candidate market-model regressions with ProPetro's stock return on April 18, 2017. The period during which the underwriters had the option to purchase Optional Shares pursuant to the March 16, 2017 Underwriting Agreement (also known as the "greenshoe") went through Saturday, April 15, 2017.[21] During the period from the March 17, 2017 IPO through April 15, 2017, movements in the stock price could have been affected by this underwriter option, causing the stock price to have different statistical properties than it would have had in the open market after April 15. The April 18, 2017 return (the price change from Monday April 17 to Tuesday April 18) was the first return entirely after this period.

16. My regression period ended with the March 16, 2020 return, which is the day of the last of the five corrective disclosures alleged by plaintiffs. I include dummy variables for these five corrective disclosure dates, as well as for three dates on which additional information on the Audit Committee investigation was released. A dummy variable in this context is 1 for the specific indicated day and 0 for all other days in the regression.

17. The five alleged corrective disclosure dates are as follows:

a) August 9, 2019, the trading day following the after-hours disclosure on August 8, 2019 of, among other items, an ongoing review by the Audit Committee of ProPetro's board of directors and preliminary financial results for the second quarter of 2019.

---

[21] Any election by the underwriters to purchase Optional Shares must have been exercised with 30 calendar days of the date of the March 16, 2017 Underwriting Agreement.

b) September 3, 2019, the trading day following the after-hours disclosure (prior to a holiday weekend) of the intended resignation of ProPetro's General Counsel and Corporate Secretary.

c) October 18, 2019, the day of the news of the launch of an SEC investigation of ProPetro.

d) October 31, 2019, the day of the release of the Culper short-seller report.

e) March 16, 2020, the day of the announcement of, among other developments, the resignation of ProPetro's CEO Dale Redman.

18.    The three additional disclosure dates are as follows:

a) October 10, 2019, the trading day following after-hours disclosure of an update by the company on the Audit Committee's review and changes to its executive team, as well an operational update.[22]

b) November 14, 2019, the day following the after-hours disclosure of an update by the company on the Audit Committee's review and preliminary financial results for the third quarter of 2019.[23]

c) February 25, 2020, the day following the disclosure of an update by the company on the Audit Committee's review and preliminary financial results for the fourth quarter of 2019.[24]

19.    After examining 869 different regressions with combinations of market and industry indices (as well as market or industry indices alone), I found that the best fitting

---

[22] ProPetro Holding Corp. Form 8-K, Oct. 9, 2019.
[23] ProPetro Holding Corp. Form 8-K, Nov. 13, 2019.
[24] ProPetro Holding Corp. Form 8-K, Feb. 24, 2020.

regressions were those using the S&P 600 Oil & Gas Equipment and Services Index (Sub Industry GICS Level 4) and the S&P Oil & Gas Equipment and Services Select Industry Index with various market indices.[25] However, these two indices both included ProPetro, giving ProPetro a direct effect on the explanatory index in the regressions. I therefore re-created these two indices, taking the average of the daily total returns for each member of each index. The result of these calculations is to produce equally weighted indices, rather than value weighted indices that give much more weight to the largest companies.

20.    After adjusting the best-fitting industry indices to exclude ProPetro, I found that the best fitting market model regression used the S&P 1500 Total Return index as a market index and the S&P Oil & Gas Equipment Select Industry Index (reconstructed to exclude ProPetro) as an industry index. Because this industry index has substantially more companies than the 10-K peer index I considered, it is also less subject to variation related to idiosyncratic variations in returns of constituent companies.[26] The market model regression is shown below in Figure 1. I show the estimated coefficients on the two indices, the estimated constant term, and the coefficients on the eight single-day dummy variables. Like Mr. Torchio, I estimate the coefficient on the industry index using the industry index return net of the market return. All of these estimate coefficients (except the constant) are statistically significant at the 1 percent level (based on p

---

[25] The S&P Oil & Gas Equipment and Services Select Industry Index comprises stocks in the broad equity market that are classified in the GICS oil & gas equipment & services sub-industry. See S&P Oil & Gas Equipment & Services Select Industry Index, S&P Dow Jones Indices, June 30, 2022.

[26] The S&P Oil & Gas Equipment Select Industry Index had between 29 and 41 constituents between April 17, 2017 and April 30, 2020 (excluding ProPetro).

values of less than 0.01), which is a high level of statistical significance. The coefficients on the five dummies for days with alleged corrective disclosures are all negative, and the coefficients on the three dummies for the days with additional disclosures regarding the Audit Committee's review are all positive.

### Figure 1: OLS Market Model (Eight Single-Day Dummy Variables)
### Dependent Variable: ProPetro Stock Returns
### 4/18/2017-3/16/2020

| | Coefficient | t statistic | p value[27] | |
|---|---|---|---|---|
| Constant | 0.002 | 1.884 | 0.060 | |
| S&P 1500 Total Return Index | 0.623 | 7.184 | 0.000 | * |
| S&P Oil & Gas Equipment & Services Select Industry Index | 1.078 | 26.409 | 0.000 | * |
| Dummy Variables | | | | |
| 08/09/2019 | -0.281 | -11.448 | 0.000 | * |
| 09/03/2019 | -0.083 | -3.367 | 0.001 | * |
| 10/10/2019 | 0.169 | 6.885 | 0.000 | * |
| 10/18/2019 | -0.069 | -2.811 | 0.005 | * |
| 10/31/2019 | -0.080 | -3.256 | 0.001 | * |
| 11/14/2019 | 0.078 | 3.183 | 0.002 | * |
| 02/25/2020 | 0.120 | 4.857 | 0.000 | * |
| 03/16/2020 | -0.351 | -12.956 | 0.000 | * |
| R-squared: | 0.675 | | | |
| Adj. R-squared: | 0.671 | | | |
| No. Observations: | 733 | | | |

21.     To facilitate a comparison with Mr. Torchio's analysis, I also present a version of this regression with dummy variables only for the five alleged-corrective disclosure dates. This is shown below in Figure 2. All of these estimate coefficients are

---

[27] Model estimated using ordinary least squares (OLS). One star (*) indicates statistical significance at 5% level.

statistically significant at the 1 percent level. The coefficients on the five dummies for

days with alleged corrective disclosures are all negative.

**Figure 2: OLS Market Model (Five Single-Day Dummy Variables)**
**Dependent Variable: ProPetro Stock Returns**
**4/18/2017-3/16/2020**

|  | Coefficient | t statistic | p value[28] | |
|---|---|---|---|---|
| Constant | 0.002 | 2.328 | 0.020 | * |
| S&P 1500 Total Return Index | 0.592 | 6.526 | 0.000 | * |
| S&P Oil & Gas Equipment & Services Select Industry Index | 1.079 | 25.146 | 0.000 | * |
| Dummy Variables | | | | |
| 08/09/2019 | -0.281 | -10.905 | 0.000 | * |
| 09/03/2019 | -0.083 | -3.227 | 0.001 | * |
| 10/18/2019 | -0.070 | -2.695 | 0.007 | * |
| 10/31/2019 | -0.080 | -3.117 | 0.002 | * |
| 03/16/2020 | -0.355 | -12.483 | 0.000 | * |
| R-squared: | 0.639 | | | |
| Adj. R-squared: | 0.635 | | | |
| No. Observations: | 733 | | | |

22.    The market model can be used to estimate the excess return for each

trading day and calculate the statistical significance of each daily return. The results of

this analysis for the first quarter of 2020 (based on the eight-dummy market model

shown above in Figure 1) are shown in Exhibit 3. The results indicate a problem with

implementing the market model that I have estimated over this period. As can be seen,

many of the excess returns in March 2020 are statistically significant. As a rule of

thumb, one would expect 1 in 20 excess returns to be statistically significant at the 5%

---

[28] Model estimated using ordinary least squares (OLS). One star (*) indicates statistical significance at 5% level.

level, but in these results, 14 of the 22 daily returns in March 2020 are statistically significant (nearly 64% of trading days). That was, of course, the month when the COVID-19 pandemic first had a major impact in the United States and also a month that saw heightened volatility in the oil market.[29] The high number of statistically significant days indicates that the market model described above, which was estimated with the standard (and most prevalent) statistical technique of ordinary least squares, does not fit the data well. The heightened volatility can also be seen in Figure 3 below, which graphs implied volatility of ProPetro common stock, derived from the prices of traded options on ProPetro. This volatility measure skyrocketed in March 2020.

---

[29] See for example "Oil plunges 25%, hit by erupting Saudi-Russia oil price war," Reuters, 3/8/2020, 6:20 pm; "Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak," Proclamation 9994 of March 13, 2020, Federal Register Vol. 85, No. 53 at 15337-38.

Expert Report of John Montgomery, Ph.D.



**Figure 3: Option-Implied Volatility of ProPetro Common Stock Returns[30]
1/2/2020-6/30/2020**



23.    The results presented above indicated than an OLS regression estimated through March 16, 2020 does not provide a reliable market model, because of the sharp increase in volatility in late February and in March 2020. Before presenting analysis that explicitly accounts for that changing volatility (the GARCH analysis below), I present the results of estimating an OLS market model on a shorter period, starting April 18, 2017 (as above), but stopping on January 31, 2020, which is the end date used by Mr. Torchio for his Market Model 1, estimated with OLS. I report these results to facilitate a comparison with Mr. Torchio's results.

---

[30] Obtained from Bloomberg, L.P. Implied volatility is at-the-money implied volatility of the first listed expiry that is at least 20 business days out from each of the above dates and is a calculated from a weighted average of the closest out-of-the-money call option and the closest out-of-the money put options.

7/22/2022                                                                page 19

24.     For this OLS market model, I follow the same model selection procedure outline above, though of course for a shortened regression period. For this period, I find that the model with the best statistical fit is based on the S&P 600 total return market index (an index of small capitalization stocks) and the 10-K peer industry index (net of the market index). The results of this analysis are shown below in Figure 4. As above, the coefficients on both indices and on the six dummy variables are all highly statistically significant. The coefficients for the dummy variables on the four corrective disclosures (before 1/31/2020) are all negative, and the coefficients on the two additional disclosure dates (before 1/31/2020) are both positive.

Expert Report of John Montgomery, Ph.D.

*Figure 4: OLS Market Model (Six Single-Day Dummy Variables); Dependent Variable: ProPetro Stock Returns; 4/18/2017-1/31/2020*

| | Coefficient | t statistic | p value[31] | |
|---|---|---|---|---|
| Constant | 0.002 | 1.926 | 0.055 | |
| S&P 600 Total Return Index | 1.041 | 12.904 | 0.000 | * |
| 10-K Peer Index | 0.656 | 21.220 | 0.000 | * |
| Dummy Variables | | | | |
| 08/09/2019 | -0.298 | -14.397 | 0.000 | * |
| 09/03/2019 | -0.072 | -3.499 | 0.000 | * |
| 10/10/2019 | 0.170 | 8.249 | 0.000 | * |
| 10/18/2019 | -0.078 | -3.767 | 0.000 | * |
| 10/31/2019 | -0.067 | -3.258 | 0.001 | * |
| 11/14/2019 | 0.066 | 3.197 | 0.001 | * |
| R-squared: | 0.617 | | | |
| Adj. R-squared: | 0.613 | | | |
| No. Observations: | 703 | | | |

25.    Once again, to facilitate comparison with Mr. Torchio's results, a version of this market model excluding the two dummy variables for the additional disclosure dates is shown below in Figure 5. As with Mr. Torchio's market model, the coefficients on the two indices and on the four dummies are all statistically significant.

---

[31] Model estimated using ordinary least squares (OLS). One star (*) indicates statistical significance at 5% level.

**Figure 5: OLS Market Model (Four Single-Day Dummy Variables)**
**Dependent Variable: ProPetro Stock Returns**
**4/18/2017-1/31/2020**

|  | Coefficient | t statistic | p value[32] |  |
|---|---|---|---|---|
| Constant | 0.002 | 2.239 | 0.025 | * |
| S&P 600 Total Return Index | 1.045 | 12.290 | 0.000 | * |
| 10-K Peer Index | 0.657 | 20.167 | 0.000 | * |
| Dummy Variables |  |  |  |  |
| 08/09/2019 | -0.298 | -13.682 | 0.000 | * |
| 09/03/2019 | -0.073 | -3.335 | 0.001 | * |
| 10/18/2019 | -0.078 | -3.591 | 0.000 | * |
| 10/31/2019 | -0.068 | -3.106 | 0.002 | * |
| R-squared: | 0.574 |  |  |  |
| Adj. R-squared: | 0.571 |  |  |  |
| No. Observations: | 703 |  |  |  |

## VI.    Econometric analysis of ProPetro stock returns in March 2020

26.    As discussed above, market volatility sharply increased in March 2020, and a market model estimated with OLS, the standard approach, does not fit stock returns during this period. The standard model in financial econometrics for time-changing volatility is the GARCH (generalized auto-regressive conditional heteroskedasticity) model. This is the same type of model that Mr. Torchio used to analyze ProPetro's stock returns in the high-volatility period. However, Mr. Torchio's implementation of the model suffers from several shortcomings. My implementation of the GARCH framework avoids these shortcomings and, in contrast to Mr. Torchio, I find

---

[32] Model estimated using ordinary least squares (OLS). One star (*) indicates statistical significance at 5% level.

that the reaction of ProPetro's stock price to the March 16, 2020 disclosure is not statistically significant. In other words, I find that the change in ProPetro's stock price on March 16, 2020 is within the statistical bounds that would be expected given the changes in the market and industry indices on that day (both indices declined) and the high and changing volatility in the market at that time. As Mr. Torchio might phrase it, the excess return of ProPetro's stock on March 16, 2020 was consistent with random price movements (i.e. due to chance).[33] The March 16, 2020 disclosure, therefore, had no impact on ProPetro's stock price.

27.    I implement the following corrections to Mr. Torchio's GARCH analysis.

a) I end my analysis on April 30, 2020. Mr. Torchio cut off his GARCH analysis on March 13, 2020, only a few days after a substantial increase in stock price volatility. This early cut-off makes it difficult for the GARCH model to distinguish a few large random returns in mid-March from an increase in volatility.

b) I calculate my stock and index returns as log returns (the daily difference in log values for the stock and indices) rather than percentage returns (the daily change in prices or index values as a percentage of the previous day's price or index values). The theory of financial markets typically assumes that log returns of stock prices follow a normal distribution. Percent returns cannot be normally distributed, because they are not symmetric. The lowest

---

[33] See Torchio Report ¶ 42.

mathematically possible percent return is –100 percent but returns greater than +100 percent are possible.

c) I use dummy variables to control for, and estimate, the effect of particular, unusual events, particularly the corrective and additional disclosures at issue in this case.[34] The GARCH model estimates a statistical process governing the evolution of the volatility of ProPetro's stock price after controlling market and industry effects.[35] The volatility process being estimated is the normal background noise that typically characterizes stock price returns, and it generally grows larger or smaller over time according to the estimated parameters of the GARCH equation, which predict expected volatility on a particular day as a function of the previous day's expected volatility and the previous day's realized volatility. Adding dummy variables on particular days allows from a portion of a day's return to be ascribed to the events being studied (dates with disclosures regarding the Audit Committee), while also allowing part of that day's return to have been produced by the background

---

[34] Using dummy variables to estimate the excess returns in an event study has long been a common approach, especially when the estimation windows must extend through the date of the events, as discussed in a widely-cited reference on the subject: John Binder, "The Event Study Methodology since 1969," *Review of Quantitative Finance and Accounting* 11:2 (1998), pp. 111-137. Binder (footnote 13) also discusses the possibility of using a GARCH model to account for changing volatility around an event date.

[35] Several papers in the literature have used dummy variables to measure excess returns in an event study combined with a GARCH process to model the volatility. Examples include: Zijun Wang, Victoria Salin, Neal H. Hooker, and David Leatham, "Stock Market Reaction to Food Recalls: a GARCH Application, *Applied Economic Letters,* 9 (2002), pp. 979-987; Kaushik Bhattacharya, Nityananda Sarkar, and Debabrata Mukhopadhyay, "Stability of the Day of the Week Effect in Return and in Volatility at the Indian Capital Market: a GARCH Approach with Proper Mean Specification," *Applied Financial Economics,* 13:8 (2003), pp. 553-563; Marie-Anne Cam and Vikash Ramiah, "The Influence of Systematic Risk Factors and Econometric Adjustments in Catastrophic Event Studies," *Review of Quantitative Finance and Accounting,* 42 (2014), pp. 171–189.

volatility of the stock. Without the dummy variables, any large return on a disclosure date being studies will be treated by the model as an increase in stock price volatility that would continue for a number of days. Dummy variables separate the impact of disclosures from the evolution of underlying stock price volatility.[36]

d) The three-peer index used by Mr. Torchio is an average return of only three companies. As discussed above, returns on this index are therefore influenced by random idiosyncratic components of the returns of these three companies. In contrast, my GARCH analysis focuses on a broader industry index (the S&P Select Oil and Gas Equipment and Services Index) that will be much less influenced by idiosyncratic returns of individual companies.

28.    I estimate a GARCH model with the same indices used in my OLS model estimated through March 16, 2020, which are the S&P 1500 total return index as a market index and the S&P Select Oil and Gas Equipment and Services Index (excluding ProPetro) as an industry index. The industry index is included net of market. I include dummy variables for ProPetro's stock return on each of the five alleged corrective disclosure dates as well as the three dates on which additional information on the Audit Committee's activities were disclosed. The results of this analysis are presented below in Figure 6. The top section of the figure presents the results of the market model, while the lower section shows the results of the GARCH equation that estimates day-to-day

---

[36] Mr. Torchio claims it is more conservative to exclude dummy variables in the GARCH analysis (Torchio Report footnote 57), but including them clearly produces more accurate results by separating the impact of the events being studied from the underlying volatility of the stock returns.

volatility. The market model shows that both indices have statistically significant coefficients. Most of the dummy variables are also statistically significant, indicating that the events of the days in question had an impact on the stock price beyond what would be expected based on normal random fluctuations in the stock price as well as fluctuations in the volatility of stock returns. The exception is the dummy for 3/16/2020, which is not statistically significant, implying that the stock return on that day was consistent with the rapid changes in volatility during that period. I also estimated a version of this model with only five dummies (for the five alleged corrective disclosures) (reported in Exhibit 5), and I obtained similar results.

### Figure 6: GARCH Model (S&P Oil & Gas Equip. & Srvcs Select Ind. Index) 4/18/2017-4/30/2020

|  | Coefficient | z statistic | p value[37] | |
|---|---|---|---|---|
| Constant | 0.0018 | 2.25 | 0.024 | |
| S&P 1500 Total Return Index | 1.0148 | 10.15 | 0.000 | * |
| S&P Oil & Gas Equipment & Services Select Industry Index | 0.9825 | 24.84 | 0.000 | * |
| **Dummy Variables** | | | | |
| 08/09/2019 | -0.2801 | -9.77 | 0.000 | * |
| 09/03/2019 | -0.0807 | -3.26 | 0.001 | * |
| 10/10/2019 | 0.1664 | 5.51 | 0.000 | * |
| 10/18/2019 | -0.0689 | -2.46 | 0.014 | * |
| 10/31/2019 | -0.0801 | -2.23 | 0.026 | * |
| 11/14/2019 | 0.0750 | 2.47 | 0.013 | * |
| 02/25/2020 | 0.1573 | 3.86 | 0.000 | * |
| 03/16/2020 | -0.2985 | -1.49 | 0.137 | |
| **Variance Equation** | | | | |
| Constant | 0.0000 | 2.71 | 0.007 | * |
| ARCH Coefficient | 0.1009 | 5.03 | 0.000 | * |
| GARCH Coefficient | 0.8464 | 25.19 | 0.000 | * |

---

[37] One star (*) indicates statistical significance at 5% level.

Number of Observations                765

29.     Because the best-fitting OLS model through January 31, 2020 was a model using the 10-K peer index and the S&P 600 market index, I also estimated a version of the GARCH model using these two indices. The results are presented below in Figure 7 and are generally consistent with my other GARCH model. (A five-dummy version of this model, with similar results, is reported in Exhibit 6.)

### Figure 7: GARCH Model (10-K Peer Index)
### 4/18/2017-4/30/2020

|  | Coefficient | z statistic | p value[38] | |
|---|---|---|---|---|
| Constant | 0.0020 | 2.74 | 0.006 | |
| S&P 600 Total Return Index | 1.0675 | 13.62 | 0.000 | * |
| 10-K Peer Index | 0.7434 | 22.54 | 0.000 | * |
| | | | | |
| Dummy Variables | | | | |
| 08/09/2019 | -0.2980 | -10.33 | 0.000 | * |
| 09/03/2019 | -0.0710 | -3.35 | 0.001 | * |
| 10/10/2019 | 0.1692 | 6.62 | 0.000 | * |
| 10/18/2019 | -0.0778 | -2.57 | 0.010 | * |
| 10/31/2019 | -0.0648 | -1.36 | 0.174 | |
| 11/14/2019 | 0.0672 | 1.91 | 0.056 | |
| 02/25/2020 | 0.2221 | 7.92 | 0.000 | * |
| 03/16/2020 | -0.2968 | -0.73 | 0.467 | |
| | | | | |
| Variance Equation | | | | |
| Constant | 0.0000 | 2.63 | 0.009 | * |
| ARCH Coefficient | 0.1269 | 5.48 | 0.000 | * |
| GARCH Coefficient | 0.8497 | 31.80 | 0.000 | * |

Number of Observations                765

---

[38] One star (*) indicates statistical significance at 5% level.

30.    Both of the models I estimate (and in both the five and eight dummy versions) share the important result that the dummy variable for March 16, 2020 is statistically insignificant, with p-values greater than both the standard 5 percent level but also the less stringent 10 percent that experts sometimes consider. Exhibit 4 shows the daily predicted volatility and other key statistics over the last year of analysis (May 1, 2019–April 30, 2020).

31.    It is important to note that the process for determining statistical significance of the excess returns in a GARCH model rests on the same basic statistical principles as is the case for a simple linear regression model like OLS. Even in a linear model like OLS, the statistical error associated with an excess return will be driven by two related, but distinct factors: the randomness that is explicitly captured by the model (usually represented by a normally distributed disturbance term), and the imprecision inherent in the estimation of the parameters.[39] The second factor arises from the fact that the parameters of the model are not known with certainty but must be estimated, estimation which is subject to error.

32.    The same principle applies in the case of a GARCH model, but in a more complicated setting: the variance is explicitly allowed to fluctuate, such that not only does the variance change, but the rate at which it can change will also vary. This is easily seen from Figure 8, which shows the estimated volatility of Propetro's stock over time from the GARCH models. The volatility is strongly elevated in March 2020, and it reached that level at an accelerated pace. In other words, the level of volatility was itself

---

[39] See for example Greene, 2012, p. 81.

highly uncertain at this time. It is this total error which is accounted for in the results presented in Figures 6 and 7 above, including the statistically insignificant values for the March 16 dummy variable.[40]



**Figure 8: Estimated Volatility of ProPetro's Stock
Using the 10-K Peer and S&P Oil & Gas Equip. & Srvcs Select Ind. Indices
5/1/2019-4/30/2020**

33.      The conclusion of the GARCH models is that much of ProPetro's negative return on March 16, 2020 was the product of the high stock price volatility experienced by ProPetro and other stocks in March 2020. The portion of the March 16 return that can be ascribed to the disclosure on that day is represented by the dummy. The

---

[40] I estimated my market model with GARCH effects using the widely used Stata software package. The standard errors used to determine the p-values were calculated by the option referred to in Stata as the "observed information matrix," which in the literature appears to be considered the preferred method for calculating standard errors for the standard GARCH(1,1) model. (See Greene, 2012, pp. 521-522.)

GARCH models tell us that the dummy is not statistically significant. In other words, despite the relatively large value of the dummy, this value is uncertain enough that it is not statistically distinguishable from zero (in which case the entire excess return would be attributed to underlying stock price volatility on that day). The models, therefore, indicate that the March 16, 2020 disclosure did not have an impact on ProPetro's stock price.

## VII.  Insufficiency of Mr. Torchio's proposed framework for calculating damages

34.    I have also been asked to assess Mr. Torchio's proposed methodology for estimating damages in this matter. The relevant sections of his report appear to be Section VII ("Class-Wide Damages Methodology") and Section VIII ("How the Methodology for Calculating Class-Wide Damages Would Be Applied in This Case").

35.    His methodology starts with the principle that damages under "SEC Rule 10b-5 are generally based on an out-of-pocket measure – the difference between the artificial inflation on the date of purchase and the artificial inflation on the date of sale."[41] As for how to estimate "artificial inflation," he also states: "The stock price change caused by a corrective disclosure is generally the best estimate of the change in the amount of artificial inflation present in the security on the date of the disclosure because the corrective disclosure removes artificial inflation from the market price of the stock."[42] These two basic principles are entirely standard among experts working in securities litigation.

---

[41] Torchio Report ¶ 179. In a footnote to this paragraph, Mr. Torchio also notes the limitation of the "90-day look-back provision of the PSLRA."
[42] Torchio Report ¶ 181.

36.     The key problem in this case is how to estimate the amount of the stock price caused by the corrective disclosure. The difficulty, which Mr. Torchio does not address with any specificity, is how to disentangle the impact on the stock price of information correcting allegedly fraudulent statements from the impact of other information released at the same time.

37.     The first allegedly corrective disclosure, in a press release and SEC Form 8-K released after the close of stock trading on August 8, 2019, provides a good example. Plaintiffs allege that this disclosure caused ProPetro's stock price to drop on the next trading day, August 9, 2019. The problem is that ProPetro's disclosure on August 8 contained a lot of information, only some of which is connected to alleged fraud in this case.

38.     The alleged fraud in this case is defined in the following:

> Plaintiffs' remaining 10(b)-5 claims therefore are limited to (i) ProPetro's pre-IPO and secondary offering statements regarding its internal and disclosure controls in relation to expense reimbursements and related parties; and (ii) ProPetro's statements during the class period regarding its internal controls in relation to Redman's share pledges.[43]

39.     The Aug. 8, 2019 8-K and press release include a range of disclosures, most of which do not appear to be statements that corrected previous statements or omissions on the alleged fraud described in the quote above. The press release reports the company's financial results for the second quarter of 2019, including, but not limited to, revenue and earnings. It also provides an operational update, including information on the expected utilization of its "fracturing assets" in the third quarter of 2019 and the

---

[43] Order 3/18/2022 (Doc 116), p. 4.

planned deployment of its three new "electrically powered *DuraStim*® hydraulic fracturing fleets" later in 2019.

40.    In addition, the 8-K and press release disclose the following items:

a.  The Audit Committee is conducting an "internal review" of communications regarding Durastim fleets, and "among other items… expense reimbursements and certain transactions involving related parties or potential conflicts of interest."[44]

b.  Preliminary findings of the Committee include incorrectly reimbursed expenses of chief executive officer and the chief financial officer totaling approximately $370,000, which the executives have repaid to the company.[45]

c.  "The Company's management is evaluating certain internal control deficiencies identified to date as a result of the review. Management has not yet completed this process but is likely to conclude that certain internal control deficiencies, rising to a level of a material weakness, resulted in the Company's disclosure controls and procedures not being effective. In the course of the continuing review, management may identify additional deficiencies that rise to a level of a material weakness."[46]

---

[44] ProPetro Form 8-K, Aug. 8, 2019, p. 2.
[45] ProPetro Form 8-K, Aug. 8, 2019, p. 2.
[46] ProPetro Form 8-K, Aug. 8, 2019, p. 2.

     d. "The Company is also in the process of implementing improvements to address certain findings identified to date in the review." The improvement plan includes the formation of a Disclosure Committee, led by Phillip Gobe, the independent Chairman of the company, and the revision and expansion of "key Company policies and procedures to enhance the Company's control environment, including with respect to transactions involving related parties or potential conflicts of interest."[47]

     e. The earnings conference call on the second quarter results and the filing of the Form 10-Q for the second quarter were to be delayed.[48]

41.    In addition to these specific disclosures, the 8-K also left the door open for further, and possibly more negative, financial disclosures arising from the company's review:

> Based on the review conducted to date, the Committee and management has not identified any failure to appropriately disclose related party transactions. The Committee and management have also not identified to date any items that would require revision or restatement of the Company's historical financial statements. However, the review is continuing and there is no assurance that additional items will not be identified. The Company does not intend to provide additional updates on

---

[47] ProPetro Form 8-K, Aug. 8, 2019, p. 3.
[48] ProPetro Form 8-K, Aug. 8, 2019, Exhibit 99.1 (press release "ProPetro Reports Preliminary Financial Results for the Second Quarter 2019, Delays Conference Call and Form 10-Q"), p. 1.

the results of the review until itis concluded or the Company determines that further disclosure is appropriate or necessary.[49]

42.     As should be clear from the above list of items disclosed in the 8-K and press release, these documents provided information on a range of topics that did not relate to the alleged fraud, which concerns "internal and disclosure controls in relation to expense reimbursements and related parties" and "internal controls in relation to Redman's share pledges." The only specific disclosure related to any of these items appear to the report of the expense reimbursements that had been repaid to the company.

43.     Mr. Torchio provides no guidance on how he might go about disentangling the financial impact of this disclosure related to the alleged fraud (if repaid expenses could somehow be said to have any financial impact on the company) from all the other information in the 8-K and press release.

44.     What little he says amounts to the following:

   a.  "As a general proposition, modern finance theory holds that the market price of a common stock reflects the discounted value of expected future cash flows to the stockholder."[50] This implies that stock price changes should reflect changes in the discounted value of expected future cash flows.

   b.  "Event studies are most useful in determining the effects of new information on security prices [when, among other factors] it is

---

[49] ProPetro Form 8-K, Aug. 8, 2019, p. 2.
[50] Torchio Report ¶ 28.

possible to isolate the effect of the news items from market, industry, and other issuer-specific factors simultaneously affecting the issuer's security prices."[51]

c. "Confounding information refers to other information that affects the valuation of a stock that enters the market in the event window and is unrelated to the alleged disclosure failure or its foreseeable economic consequences. Such news can have a simultaneous, 'confounding' effect on the stock's price."[52]

45.    The August 8, 2019 disclosure appears to contain a substantial amount of confounding information. Mr. Torchio suggests a few possible analyses to address confounding information, but he does not explain how they could be implemented to disentangle all the confounding information in the August 8, 2019 disclosure.[53] It seems clear that the only direct information relating to the alleged fraud pertains to $370,000 in expense reimbursements; because these reimbursements were fully repaid by Aug. 8, 2019, they could have no impact on expected future cash flows, which as Torchio states, is what determines the stock price.

46.    For information with a quantitative value, such as the announced second quarter 2019 financials and projected third quarter fleet utilization, Torchio opens the door to using "financial analysis such as discounted cash flow or price-earnings ratio

---

[51] Torchio Report ¶ 48.
[52] Torchio Report ¶ 198.
[53] Torchio Report ¶¶ 200-205.

analyses."[54] But this does not help disentangle the impact of the other disclosures in the 8-K and press release, nor does it help measure the price impact of possible further negative financial information that might arise from the ongoing review.

47.     What Mr. Torchio seems intent on doing is ascribing all of the price drop on August 9, 2019, after allowing for market and industry factors and any financially quantifiable information, to a "loss of management credibility or integrity because of disclosure failures."[55] He explains neither how he would tie such a loss in "credibility or integrity" to the alleged fraud nor how he would measure the stock price impact of such a loss in credibility or integrity. Even if part (or all) of the stock price drop could be ascribed to a loss in managerial credibility, this part of the price drop could not possibly represent inflation when the alleged fraud initially occurred (at the time of the first alleged failure to disclose financial control shortcomings in 2017). At that time, if information about control shortcomings had not been omitted, then the stock price would have been lower by the value the market value attached to those shortcomings, providing a measure of initial stock-price inflation. Even if the failure to disclose this information eventually affected managerial credibility and therefore the share price, this impaired credibility would not have affected the initial stock price inflation, which is the difference in 2017 in the value with or without the omitted information, with no difference any credibility that might have been impaired by this omission. In one case, the market did not know about omission; in the other case, the omission never happened. Mr.

---

[54] Torchio Report ¶ 204.
[55] Torchio Report ¶ 191.

Torchio provides no methodology to estimate when this secondary failure to disclose a lack of credibility might have affected the stock price and therefore eventually become part of stock price inflation. And he does not provide a methodology to separate the price effect of the disclosure of financial controls issue from the price effect of any impairment of managerial credibility; such a separation would be necessary to estimate share price inflation during the class period.[56]

48.    As my detailed discussion of the August 8, 2019 disclosure shows, much of the information reaching the market at the time of the alleged corrective disclosure had little, if anything, to do with the alleged fraud. Mr. Torchio does not provide a sufficiently detailed framework for how a damages expert might disentangle the stock price effect of any disclosure correcting (or partially correcting) the alleged fraud from other information disclosed at the same time. Similar issues would arise with the other alleged corrective disclosures.

## VIII.    Efficiency of the market for ProPetro stock during the period following the IPO

49.    In his report, Mr. Torchio reviews many indicators related to market efficiency. Some of these are factors cited in the *Cammer, Krogman, Unger,* and *Polymedica* decisions, although Mr. Torchio cites various other facts and statistics that are not cited by these decisions and have no economic connection to market efficiency. I will discuss this latter group of facts and statistics later in this report.

---

[56] For discussions of related issues, see Bradford Cornell and James C. Rutten, "Collateral Damage and Securities Litigation," Utah Law Review, 2009; and Frederick C. Dunbar and Arun Sen, "Counterfactual Keys to Causation and Damages in Shareholder Class Actions," Wisconsin Law Review, 2009.

50.     Upon completion of ProPetro's IPO, the Company entered a 25-calendar-day period during which the company and securities analysts associated with the IPO did not publicly disclose certain information or research (the "Quiet Period"). Based on my review of available databases of analyst reports obtained from Refinitiv and Bloomberg, L.P., no analyst report on ProPetro was issued until April 11, 2017, the first day after the end of the Quiet Period. Since analyst reports have a strong influence on market efficiency and are one of the five factors cited in the *Cammer* decision, there is substantially less support for market efficiency during the Quiet Period.

51.     Support for the third *Cammer* criterion, the existence of market makers and arbitrageurs is also weaker during the Quiet Period and longer. As Mr. Torchio observes, the presence of listed options can provide profit opportunities for arbitrageurs, seeking to benefit from any mispricing of options relative to stock prices. However, data on listed options on ProPetro were not introduced until September 8, 2017. Until that date, there was less incentive for arbitrageurs to be active in ProPetro stock.[57]

52.     The fourth *Cammer* criterion is whether the company is eligible to file a Form S-3 registration statement, which is available to seasoned issuers above a minimum market capitalization. ProPetro met the market capitalization threshold of $150 million (at the time of the *Cammer* criteria) or $75 million now (and in 2017).[58] It did not,

---

[57] The test of put-call parity of option prices, considered by the *Polymedica* court, cannot be implemented during the quiet period, because of the lack of listed options.

[58] *Cammer* cites that the firm "either have outstanding $150 million of voting stock held by nonaffiliates or $100 million of such stock outstanding with annual trading volume of three million shares per year." (*Cammer* footnote 5). For standard effective in 2017, see Form S-3 "Registration Statement Under the Securities Act of 1933," Securities and Exchange Commission, November 2014.

however, meet the current test of having filed reports under the Exchange Act for at least the prior twelve calendar months.[59] Thus, ProPetro did not meet the fourth *Cammer* criterion during the Quiet Period and beyond.[60]

53.     The fifth *Cammer* criterion is whether there is a cause-and-effect relationship between news about a company (or other events) and changes in the stock price. I criticize some of the tests Torchio runs on this issue below. The ones I do not criticize are his analysis of the relationship of company press releases and stock price movements and his analysis of earnings announcements and stock price movements. It is impossible, however, to run either of those tests for the Quiet Period, because there were no relevant press releases or earnings announcements (which are also disclosed in a press release) during the Quiet Period. The sole press release Mr. Torchio considers before May 2017 is a disclosure of the pricing of the IPO, which in fact came out at 8:30 AM on March 16, 2017, before the stock started trading after the IPO on March 17, 2017. It is impossible to measure the market impact of this press release because the base price that Mr. Torchio uses is the IPO price itself, which is set by the underwriters rather than in the open market. Mr. Torchio appeared to recognize this shortcoming in his deposition testimony, stating that he doesn't think it's "fair" to view

---

[59] *Ibid*.

[60] In ¶82 of his report, Mr. Torchio limits his discussion of Form S-3 eligibility to the "public float" aspect, implying that the seasoned issuer portion of the Form S-3 eligibility criteria is irrelevant to market efficiency. His argument, however, would reduce this criterion to just a test of market capitalization, which would then make the *Krogman/Unger* criterion on market capitalization irrelevant.

the statistically significant increase in ProPetro's stock price on March 17, 2017 as in response to the March 16, 2017 press release announcing the pricing of the IPO.[61]

54. The third *Krogman* factor is the percentage of shares held by the public (i.e. not by insiders or corporate affiliates).[62] The market prices of stocks with greater holdings by insiders and corporate affiliates are less likely to reflect all available information since such holders may have private information that is not impounded into market prices.[63] During the Quiet Period, the float of ProPetro was approximately 36.6% of shares outstanding. This is even less than the 46% that the *Krogman* court found to weigh against a finding of market efficiency.[64] I find that the public float during the Quiet Period weighs against a finding of market efficiency during that period.

55. I also tested for serial correlation of ProPetro's stock returns during the quiet period. I focused on excess returns predicted by the market model identified in in Figure 1.[65] The results of this analysis did not find statistically significant serial correlation. I would note, however, that the small number of data points in the quiet period (17 daily returns) makes it difficult to perform an analysis of serial correlation with any statistical precision.

56. A summary of my review of market efficiency criteria in the quiet period appears as *Exhibit 5.* As discussed above, many of the indicators either fail to support

---

[61] July 12, 2022 Deposition of Frank Torchio - Rough Draft, 19:22-25; 20:1-9.
[62] *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001).
[63] ibid.
[64] Ibid. In *Krogman*, 54% of shares were held by insiders (i.e. 46% held by non-insiders), which the court found "weighs against a finding of market efficiency."
[65] The market model was estimated between April 18, 2017 and March 16, 2020 (excluding eight single-days) using the S&P 1500 Total Return Index and the S&P Oil & Gas Equipment and Services Select Industry Index (excluding ProPetro).

market efficiency during the quiet period, and some other indicators, including the fifth Cammer criteria of a cause-and-effect relationship, cannot meaningfully be analyzed in the quiet period.

## IX.    Flaws in Mr. Torchio's analysis of the efficiency of the market for ProPetro stock

57.    Much of Mr. Torchio's report is devoted to an exhaustive review of data and other information that he claims provide evidence on market efficiency. I do not dispute his overall conclusion that the market for ProPetro is relatively efficient, except for the Quiet Period, which I discussed above. I would note, however, that much of this analysis is overstated and, in some cases, irrelevant to market efficiency. This has the impact of making the support for market efficiency appear stronger than it actually is.

58.    Regarding analyst coverage, the second *Cammer* criterion, Mr. Torchio claims that over 600 analyst reports on ProPetro were issued during the alleged class period.[66] However, as he notes, this tally includes reports by "quantitative firms." In my experience, many such reports are merely automated reprocessing of publicly available financial data and do not involve any judgment on the value of the stock relative to its price, which is the work of a regular securities analyst. Mr. Torchio thus overstates the number of analyst reports providing meaningful information to investors considering purchasing or selling the stock.

59.    In an attempt to augment his analysis of the second *Cammer* criterion, Mr. Torchio cites the number of news articles on ProPetro that appeared during the class

---

[66] Torchio Report ¶ 72.

period. He claims to have found over 1,400 such articles. However, he does not indicate how many of these articles were essentially duplicates of the same information. In my experience, the Factiva database, which Mr. Torchio uses, generates many articles that are duplicates or near-duplicates (such as a news service's transmission of the company's press release with an additional sentence tacked on reporting the company's stock price).

60.     A more important point on media coverage is that I know of no economic evidence that more media coverage of a company is correlated with greater market efficiency, and the *Cammer* decision did not mention news coverage above and beyond the release of numerous press releases by the firm itself concerning its business operations.[67] Market efficiency relates to whether the stock price reflects public information; it does not relate to the quantity of public information. One can easily think of situations where greater media coverage might work against market efficiency, by inducing less informed individual investors to focus on the stock and trade it for ill-considered reasons. Recent stock swings of so-called meme stocks provide an example.

61.     Mr. Torchio provides numerous tests that he claims are relevant to establishing the existence of a cause-and-effect relationship between information on ProPetro and its stock price. Several of these analyses are irrelevant to the question of a cause-and-effect relationship.

---

[67] *Cammer v. Bloom,* 711 F. Supp. 1264, 1286 (D.N.J., 1989), footnote 30.

62.    The first of these irrelevant analyses is his discussion of the "Reaction to Market-wide and Industry-wide Information."[68] He cites the $R^2$ statistics of his market model regressions as evidence for this. These statistics measure the percentage of the overall daily variation of ProPetro's stock price that is explained by daily movements in the market and industry indices used in his regressions.[69] This has no discernible connection to market efficiency. The article cited by Mr. Torchio on this subject is focused on the impact of corporate disclosure on the $R^2$ of market models. Better disclosure or more public knowledge about a company leads to less idiosyncratic variability and therefore decreases the ratio of idiosyncratic variation to total stock price variation, increasing the "synchronicity" of firm and market returns. The article does not study how well the company's stock incorporates market or industry factors, and it contains no direct discussion of the implication of $R^2$ for market efficiency.[70]

63.    As a test of market efficiency, Mr. Torchio's "Event Study of the Alleged Corrective Disclosures" is circular and uninformative.[71] Shareholder class actions are usually filed after a substantial price drop on a day with some possibly relevant disclosure. It follows that price drops associated with alleged corrective disclosures will typically be large, and large corrective disclosures will typically be statistically

---

[68] Torchio Report ¶ 89.

[69] $R^2$ is not a meaningful statistic for his market model 2, which is estimated by a GARCH model that is not designed to maximize the $R^2$.

[70] See Sudipto Dasgupta, Jie Gan, and Ning Gao, "Transparency, Price Informativeness, and Stock Return Synchronicity: Theory and Evidence" *Journal of Financial and Quantitative Analysis,* 45:5, Oct. 2010, pp. 1189–1220, at p. 1212: "When the information environment of a firm improves and more firm specific information is available, market participants are able to improve their predictions about the occurrence of future firm-specific events. As a result, the surprise components of stock returns will be lower when the events are actually disclosed, and the return synchronicity will be higher."

[71] Torchio Report ¶¶

significant. To use these same price drops to test whether ProPetro's stock price efficiently reflects the information allegedly corrected with these disclosures is therefore circular. This is a test for market efficiency with a very high degree of selection bias. The dates analyzed are dates selected largely because they have substantial price drops. Using the same dates to test market efficiency creates a test that is strongly biased toward finding market efficiency.

64.    Mr. Torchio claims that his analysis of the "Correlation Between Price Changes and Trading Volume" provides another test of the cause-and-effect aspect of market efficiency. I know of no economic support for this. While it is true that the literature supports a connection between trading volume and prices changes, it does not connect this to market efficiency.[72] The analysis reported by Mr. Torchio showing a correlation for ProPetro between trading volume and the size of price changes does not imply that there is a meaningful cause-and-effect relationship between information about ProPetro and stock price movements. Trading volume is not news about the company, although it may reflect a reaction to such news.

65.    Mr. Torchio's calculation of the float of ProPetro, one of the *Krogman/Unger* factors, is overstated. He includes as public float the 16.6 million

---

[72] The literature survey that Mr. Torchio cites regarding prices changes and trading volume contains no mention of market efficiency, apart from a footnote (footnote 8) that reports that the findings in one article are inconsistent with market efficiency. See Jonathan M. Karpoff, "The Relation Between Price Changes and Trading Volume: A Survey," *Journal of Financial and Quantitative Analysis,* 22:1, March 1987, pp. 109-126.

shares held by Pioneer Natural Resources Company, which acquired these shares through an asset divestiture agreement with ProPetro on November 13, 2018.[73].

66.    As my review of Mr. Torchio's analysis of market efficiency demonstrates, he introduces analysis that is irrelevant to the question of market efficiency. He also overstates the case for market efficiency in certain other areas, such as his count of analyst reports. Because of these problems, Mr. Torchio does not provide a clear and focused analysis of market efficiency.

## X.    Non-traceability of stock to IPO following expiration of the lock-up

67.    I have also been asked to provide an opinion regarding the question of whether ProPetro stock purchased in the secondary market can be traced to the shares issued at the IPO pursuant to the registration statement for the IPO. In my opinion, this would be possible only for stock purchased before the expiration on September 12, 2017 of the lock-up of shares held by ProPetro's directors and executive officers.[74]

68.    After the expiration of the lock-up, both shares issued in the IPO and shares subsequently sold by ProPetro's directors and executive officers and other shareholders would be available for purchase in the secondary market. An investor purchasing shares in the secondary market would not be able to distinguish these two types of shares.

---

[73] See "Pioneer Natural Resources Announces Divestiture of Pioneer Pumping Services Assets and Long-Term Agreement with ProPetro," BusinessWire, November 13, 2018.
These shares were in Mr. Torchio's float calculation, as they were not accounted for by "Insider Holdings" in sheet "Inst CIQ" within the document Bates stamped TORCHIO_0000002 within the backup production of Frank Torchio.
[74] See page 109 of the Prospectus dated March 16, 2017.

69.    Shares sold in ProPetro's IPO were delivered to book-entry accounts at The Depository Trust Company "(DTC").[75] The DTC holds its shares in "fungible bulk," so that the shares held by the DTC cannot specifically be attributed to particular DTC participants, which include "most large U.S. broker-dealers and banks," which instead hold a pro-rata share of the DTC's holdings according to the size of their accounts. Individual investors in turn hold their shares in accounts at these financial institutions.[76]

70.    When the lock-up agreements began to expire 180 days following the effectiveness date of the registration statement of the shares offered through the IPO prospectus (on September 12, 2017), shares held by investors who acquired them from ProPetro in private transactions, not in the IPO, could then be sold by those investors into the public market, subject to various restrictions.[77] A prospectus dated September 19, 2017, covered 17,355,045 shares held by 13 different shareholders. It stated, "The selling shareholders may, from time to time, sell, transfer or otherwise dispose of any or all of their shares or interests in the shares on any stock exchange, market or trading facility on which the shares are traded or in private transactions. The selling shareholders may sell their shares of common stock from time to time at the prevailing market price or in privately negotiated transactions."[78] When these sales commenced, investors purchasing shares in the open market could no longer be certain that the

---

[75] ProPetro Prospectus, SEC Form 424B4, March 16, 2017, cover page.
[76] Securities and Exchange Commission, "DTC Chills and Freezes," Investor Alerts and Bulletins, May 1, 2012 (https://www.sec.gov/oiea/investor-alerts-bulletins/ib_dtcfreezes, accessed July 19, 2022).
[77] ProPetro Prospectus, March 16, 2017, p. 109.
[78] ProPetro Holding Corp. Prospectus, September 19, 2017, pp. 77-80.

shares they purchased had originated in the IPO and had been issued pursuant to the registration statement issued at the time of the IPO.

71.    Additional non-IPO shares owned by various Energy Capital Partners entities reached the market in November 2017 in an offering underwritten by Goldman Sachs.[79] Energy Capital Partners had been ProPetro's majority shareholder before the IPO and continued to hold at least 34,487,522 shares after the IPO.[80]

## XI.    Conclusion

72.    In this report, I have evaluated Mr. Torchio's analysis as described in his report. I find that Mr. Torchio's market models are unreliable, and when the analysis is done correctly, the event study based on the GARCH market model indicates that the March 16, 2020 disclosure did not have a statistically significant impact on ProPetro's stock price. Therefore, it cannot be claimed that ProPetro's stock was inflated because of this information prior to its disclosure.

73.    I also review Mr. Torchio's description of his damages methodology. A fundamental challenge for damages experts in this case will be estimating the portion of ProPetro's price drops that are due to alleged corrective disclosures, rather than other confounding information released simultaneously, especially non-financial information. Mr. Torchio provides no methodology for doing this estimation.

74.    In addition, I review indicators of market efficiency during the Quiet Period following the IPO, and I find that the support for market efficiency is considerably

---

[79] ProPetro Holding Corp. Prospectus, November 6, 2017, p. 83.
[80] ProPetro Holding Corp. Prospectus, March 16, 2017, p. 103.

weaker during this period that it is during the alleged class period overall. I also note that Mr. Torchio's analysis of market efficiency includes analysis that is overstated or irrelevant to market efficiency.

75.    Finally, it is likely to be very difficult to trace to the IPO any shares purchased after the expiration of the post-IPO lock-up on September 12, 2017.

76.    I reserve the right to supplement or amend this report if I become aware of additional information relevant to my opinions.

Respectfully submitted,

John Montgomery, Ph.D.

Expert Report of John Montgomery, Ph.D.

**Exhibit 1: Curriculum Vitae of John Montgomery, Ph.D.**

*Education*

Ph.D. in Economics, Princeton University (1990)

M.Sc. in Economics, London School of Economics (1985)

B.A. cum laude with distinction in the economics major, Yale University (1982)

*Employment History*

Ankura Consulting Group, New York, NY:

　　Senior Managing Director, 2018–present

Navigant Consulting, Inc., New York, NY:

　　Managing Director, 2015–2018

NERA Economic Consulting, New York, NY:

　　Senior Vice President, 2010–2015

　　Vice President, 2006-2010

　　Senior Consultant, 2002–2006

Morgan Stanley, Inc., New York, NY:

　　Vice President & Senior Global Economist, 1998–2001

International Monetary Fund, Washington, DC:

　　Economist, 1993–1998

President's Council of Economic Advisers, Washington, DC:

　　Senior Staff Economist, 1996–1997 (on leave from IMF)

Board of Governors of the Federal Reserve System, Washington, DC:

　　Economist, 1989–1993

Expert Report of John Montgomery, Ph.D.

J. Bush and Company, Inc., New York, NY:

Research Analyst, 1982–1984

**Expert Reports & Testimony (last 4 years)**

Expert report (September 17, 2021; amended January 18, 2022), rebuttal report (November 19, 2021), and deposition (December 29, 2021), *GWA, LLC v. Commissioner of Internal Revenue* (United States Tax Court).

Expert testimony at sentencing hearing, *United States v. Rhame et al.* (United States District Court for the Northern District of Georgia), December 6, 2021.

Expert report (July 23) and deposition (August 14), *In Re Horsehead Corp. Securities Litigation* (United States District Court for the District of Delaware), 2020.

Expert report (December 5) and deposition (December 12), *Senior Health Insurance Company of Pennsylvania v. Beechwood Re Ltd.* (United States District Court for the Southern District of New York), 2019.

Expert report (October 11), rebuttal report (November 1), and deposition (November 15), *Birse v. CenturyLink, Inc.* (United States District Court for the District of Colorado), 2019.

Expert report (March 22), rebuttal report (May 24), and deposition (August 21), *In re Parametric Sound Corporation Shareholders' Litigation* (Eighth Judicial District Court, Clark County Nevada), 2019.

Expert report (February 26), rebuttal report (March 11), and deposition (April 2), *Diverse Partners LP v. AgriBank, FCB* (United States District Court for the Southern District of New York), 2019.

Expert report (October 8) and deposition (October 31), *In re Parametric Sound Corporation Shareholders' Litigation* (Eighth Judicial District Court, Clark County Nevada), 2018.

Expert Report of John Montgomery, Ph.D.

**Publications**

"Spoofing, Market Manipulation, and the Limit-Order Book," Navigant Consulting, Inc. white paper, May 3, 2016.

"Spoofing and the Limit-Order Book," Law360, April 29, 2016.

"Recent Trends in Securities Class Action Litigation: 2012 Mid-Year Review," (with Renzo Comolli, Ronald Miller and Svetlana Starykh), NERA paper, July 24, 2012.

"Recent Trends in Securities Class Action Litigation: 2011 Year-End Review" (with Jordan Milev, Robert Patton and Svetlana Starykh), NERA paper, December 14, 2011.

"Insider Trading" (with David Tabak), NERA At A Glance, December 8, 2011.

"Economic Analysis in ERISA Litigation: What Should Investors Do, What Do They Do, and What Should Fiduciaries Do About It?" in *ERISA Litigation 2010,* Practising Law Institute, New York, 2010.  Published as a three-part series in the *Employment Law Strategist,* July-September 2011.

"Economic Analysis in ERISA Litigation," NERA At A Glance, April 2, 2009.

"The Fed's Expanding Playbook: Economists Views" (with Elaine Buckberg), NERA Brief, 2008.

"Information Sharing and Central Bank Intervention in the Foreign Exchange Market," *Journal of International Economics,* 2001 (with Helen Popper).

"Japan: Financial Sector Fragilities and the Stock Market," International Monetary Fund, box in *World Economic Outlook: Interim Assessment,* 1997.

"Indonesian Financial System: Its Contribution to Economic Performance and Key Policy Issues," International Monetary Fund, chapter 10 of *Macroeconomic Issues Facing ASEAN Countries,* 1997.

"Causes of Recent Swings in Bond Yields," International Monetary Fund, box in *International Capital Markets: Developments, Prospects, and Key Policy Issues,* 1996.

"International Bond Issuance and the Swaps Market," International Monetary Fund, box in *International Capital Markets: Developments, Prospects, and Key Policy Issues,* 1996.

Expert Report of John Montgomery, Ph.D.

"The Internationalization of German Financial Markets," International Monetary Fund, chapter in *Germany: Selected Background Issues,* 1995.

"Evolution of the Mexican Peso Crisis," International Monetary Fund, background paper in *International Capital Markets: Developments, Prospects, and Policy Issues,* 1995.

"Government Securities Markets," International Monetary Fund, background paper in *International Capital Markets: Developments, Prospects, and Policy Issues,* 1994.

"Market Segmentation and 1992: Toward a Theory of Trade in Financial Services," in *Financial Regulations and Monetary Arrangements after 1992,* North-Holland Press, 1991.

"Financial Structure: An International Perspective," *Brookings Papers on Economic Activity,* 1991 (with Allen Frankel).

Expert Report of John Montgomery, Ph.D.

## Exhibit 2: Materials considered

### Articles

Binder, John, "The Event Study Methodology since 1969," Review of Quantitative Finance and Accounting 11:2 (1998), pp. 111-137

Bhattacharya, Kaushik, Nityananda Sarkar, and Debabrata Mukhopadhyay, "Stability of the Day of the Week Effect in Return and in Volatility at the Indian Capital Market: a GARCH Approach with Proper Mean Specification," Applied Financial Economics, 13:8 (2003), pp. 553-563.

Bhole, Bharat, Sunita Surana, and Frank Torchio, "Benchmarking Market Efficiency Indicators for Securities Litigation," *University of Illinois Law Review Online,* 2020.

Cam, Marie-Anne and Vikash Ramiah, "The Influence of Systematic Risk Factors and Econometric Adjustments in Catastrophic Event Studies," Review of Quantitative Finance and Accounting, 42 (2014), pp. 171–189.

Cornell, Bradford, and James C. Rutten, "Collateral Damage and Securities Litigation," *Utah Law Review,* 2009.

Dasgupta, Sudipto, Jie Gan, and Ning Gao, "Transparency, Price Informativeness, and Stock Return Synchronicity: Theory and Evidence," *Journal of Financial and Quantitative Analysis,* 45:5, Oct. 2010, pp. 1189–1220.

Dunbar, Frederick C., and Arun Sen, "Counterfactual Keys to Causation and Damages in Shareholder Class Actions," *Wisconsin Law Review,* 2009.

Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance,* 25 (1970), 383-417.

Karpoff, Jonathan M., "The Relation Between Price Changes and Trading Volume: A Survey," *Journal of Financial and Quantitative Analysis,* 22:1, March 1987, pp. 109-126.

MacKinlay, A. Craig, "Event Studies in Economics and Finance," Journal of Economic Literature, 35 (March 1997), pp. 13–39.

Torchio, Frank, "Proper Event Study Analysis in Securities Litigation," *Journal of Corporation Law,* 35:1, 2009, pp. 159–168.

Wang, Zijun, Victoria Salin, Neal H. Hooker, and David Leatham, "Stock Market Reaction to Food Recalls: a GARCH Application, Applied Economic Letters, 9 (2002), pp. 979-987.

### Case documents (Logan vs. ProPetro Holding Corp.)

Third Amended Class Action Complaint for Violations of the Federal Securities Laws, July 30, 2020

Defendant Propetro Holding Corp.'s Motion to Dismiss the Third Amended Complaint for Violations of the Federal Securities Laws, August 31, 2020

Order Granting in Part and Denying in Part Defendants' Motions to Dismiss (Doc 105), Sep. 13, 2021

Expert Report of John Montgomery, Ph.D.

Order (Doc 116), March 18, 2022

Plaintiffs' Motion for Class Certification (Doc 126), May 27, 2022

Expert Report of Frank C. Torchio, May 27, 2022

Deposition transcript for Frank Torchio

## Court opinions

Cammer v. Bloom, 711 F. Supp. 1264, 1286 (D.N.J., 1989)

Unger v. Amedisys, 401 F.3d 316 (5th Cir. 2005)

Krogman v. Sterritt, 202 F.R.D. 467 (N.D. Tex. 2001).

In re Polymedica Corporation Securities Litigation, 453 F. Supp. 2d 260 (D. Mass. 2006).

## Data

Bloomberg L.P.

Refinitiv

## SEC filings

Basic Energy Services, Inc. Form 10-K, March 31, 2021

ProPetro Holding Corp. Prospectus, SEC Form 424B4, March 16, 2017

ProPetro Holding Corp. Prospectus, SEC Form 424B3, Sep. 19, 2017

ProPetro Holding Corp. Prospectus, SEC Form 424B4, Nov. 6, 2017

ProPetro Holding Corp. Form 10-Q, May 12, 2017

ProPetro Holding Corp. Form 8-K, March 16, 2017

ProPetro Holding Corp. Form 8-K, Aug. 8, 2019

ProPetro Holding Corp. Form 8-K, Aug. 30, 2019

ProPetro Holding Corp. Form 8-K, Oct. 9, 2019

ProPetro Holding Corp. Form 8-K, Nov. 13, 2019

ProPetro Holding Corp. Form 8-K, Feb. 24, 2020

ProPetro Holding Corp. Form 8-K, March 16, 2020

ProPetro Holding Corp. Form 10-K, March 27, 2018

ProPetro Holding Corp. Form 10-K, March 1, 2019

ProPetro Holding Corp. Form 10-K, June 22, 2020

Superior Energy Services, Inc. Form 10-K, Feb. 28, 2020

## Miscellaneous

Backup production of Frank Torchio.

"Bankruptcies in Fracking Sector Mount in 2019," Institute for Energy Economics and Financial Analysis, January 2020

"Bifurcation Widens across Pressure Pumpers; Unpleasant Surprise from PUMP," Barclays, August 12, 2019

Bloomberg L.P.'s Security Finder

Culper Research, "ProPetro Holding Corp (PUMP): Friends & Family First at this Permian Cesspool," Oct. 31, 2019

"Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak," Proclamation 9994 of March 13, 2020, Federal Register Vol. 85, No. 53 at 15337-38

"Designated Market Makers," NYSE, 2019

"Global Industry Classification Standard (GICS) Methodology," MSCI Inc., January 2020

William H. Greene, *Econometric Analysis,* 7th ed., Prentice Hall, 2012

"Industry Classification Benchmark (ICB) Reclassification," FTSE Russell, December 2019

"Oil plunges 25%, hit by erupting Saudi-Russia oil price war," Reuters, 3/8/2020, 6:20 pm

"Oilfield services firms Keane Group, C&J Energy to merge in deal valued at $1.8 bln," Reuters, June 17, 2019.

"Pioneer Natural Resources Announces Divestiture of Pioneer Pumping Services Assets and Long-Term Agreement with ProPetro," BusinessWire, November 13, 2018

Regulatory Notice 12-49, FINRA, November 2012

Reuters, "Exclusive: SEC probes oilfield firm ProPetro over accounting, disclosures – sources," Oct. 18, 2019

Securities and Exchange Commission Form S-3 "Registration Statement Under the Securities Act of 1933," Securities and Exchange Commission, November 2014.

Securities and Exchange Commission, "DTC Chills and Freezes," Investor Alerts and Bulletins, May 1, 2012 (https://www.sec.gov/oiea/investor-alerts-bulletins/ib_dtcfreezes, accessed July 19, 2022).

S&P Composite 1500, S&P Dow Jones Indices, June 30, 2022

S&P SmallCap 600, S&P Dow Jones Indices, June 30, 2022

S&P Oil & Gas Equipment & Services Select Industry Index, S&P Dow Jones Indices, June 30, 2022

Exhibit 3

**ProPetro Holding Corp.**

First Quarter 2020 Excess Returns of ProPetro
Using the S&P 1500 Total Return Index and the S&P Oil & Gas Equipment
& Services Select Industry Index (Eight Single-Day Dummy Variables)

| Date | ProPetro Closing Price ($) | ProPetro Stock Return | S&P 1500 Total Return | SPSIOS Total Return[1] | ProPetro Predicted Return[2] | Excess Return[3] | t-stat |
|---|---|---|---|---|---|---|---|
| 1/2/2020 | 11.0200 | -0.0207 | 0.0078 | -0.0084 | -0.0024 | -0.0182 | -0.7451 |
| 1/3/2020 | 11.3500 | 0.0295 | -0.0066 | 0.0215 | 0.0208 | 0.0087 | 0.3568 |
| 1/6/2020 | 11.9700 | 0.0532 | 0.0031 | 0.0143 | 0.0191 | 0.0341 | 1.3938 |
| 1/7/2020 | 11.6000 | -0.0314 | -0.0028 | -0.0202 | -0.0218 | -0.0096 | -0.3940 |
| 1/8/2020 | 11.1800 | -0.0369 | 0.0047 | -0.0385 | -0.0368 | -0.0001 | -0.0024 |
| 1/9/2020 | 11.0400 | -0.0126 | 0.0064 | -0.0041 | 0.0013 | -0.0139 | -0.5689 |
| 1/10/2020 | 10.9000 | -0.0128 | -0.0029 | -0.0087 | -0.0094 | -0.0033 | -0.1358 |
| 1/13/2020 | 10.9400 | 0.0037 | 0.0071 | -0.0169 | -0.0120 | 0.0157 | 0.6410 |
| 1/14/2020 | 11.2200 | 0.0253 | -0.0011 | -0.0005 | 0.0005 | 0.0248 | 1.0116 |
| 1/15/2020 | 11.0700 | -0.0135 | 0.0019 | -0.0187 | -0.0172 | 0.0038 | 0.1541 |
| 1/16/2020 | 11.4500 | 0.0338 | 0.0087 | 0.0021 | 0.0094 | 0.0244 | 0.9963 |
| 1/17/2020 | 11.1700 | -0.0248 | 0.0034 | -0.0127 | -0.0099 | -0.0148 | -0.6064 |
| 1/21/2020 | 11.1500 | -0.0018 | -0.0030 | -0.0315 | -0.0341 | 0.0323 | 1.3208 |
| 1/22/2020 | 10.8700 | -0.0254 | 0.0003 | -0.0153 | -0.0146 | -0.0108 | -0.4414 |
| 1/23/2020 | 10.2900 | -0.0548 | 0.0013 | -0.0196 | -0.0186 | -0.0362 | -1.4805 |
| 1/24/2020 | 10.0000 | -0.0286 | -0.0093 | -0.0233 | -0.0292 | 0.0006 | 0.0251 |
| 1/27/2020 | 9.7500 | -0.0253 | -0.0157 | -0.0240 | -0.0339 | 0.0086 | 0.3504 |
| 1/28/2020 | 10.0900 | 0.0343 | 0.0100 | -0.0009 | 0.0070 | 0.0273 | 1.1141 |
| 1/29/2020 | 10.1200 | 0.0030 | -0.0013 | -0.0121 | -0.0121 | 0.0151 | 0.6166 |
| 1/30/2020 | 10.3300 | 0.0205 | 0.0030 | 0.0080 | 0.0122 | 0.0083 | 0.3394 |
| 1/31/2020 | 9.7400 | -0.0588 | -0.0181 | -0.0106 | -0.0209 | -0.0379 | -1.5480 |
| 2/3/2020 | 9.2900 | -0.0473 | 0.0075 | -0.0102 | -0.0046 | -0.0427 | -1.7434 |
| 2/4/2020 | 9.6900 | 0.0422 | 0.0147 | 0.0012 | 0.0121 | 0.0300 | 1.2262 |
| 2/5/2020 | 10.2100 | 0.0523 | 0.0115 | 0.0355 | 0.0471 | 0.0052 | 0.2110 |
| 2/6/2020 | 9.5600 | -0.0658 | 0.0028 | -0.0468 | -0.0470 | -0.0188 | -0.7664 |
| 2/7/2020 | 9.6200 | 0.0063 | -0.0057 | -0.0095 | -0.0121 | 0.0184 | 0.7511 |
| 2/10/2020 | 9.5100 | -0.0115 | 0.0072 | -0.0297 | -0.0258 | 0.0143 | 0.5832 |
| 2/11/2020 | 9.5700 | 0.0063 | 0.0022 | 0.0153 | 0.0196 | -0.0133 | -0.5436 |
| 2/12/2020 | 9.9500 | 0.0389 | 0.0065 | 0.0102 | 0.0168 | 0.0221 | 0.9050 |
| 2/13/2020 | 10.2200 | 0.0268 | -0.0009 | -0.0095 | -0.0090 | 0.0358 | 1.4632 |
| 2/14/2020 | 10.3200 | 0.0097 | 0.0017 | 0.0015 | 0.0045 | 0.0053 | 0.2158 |

Exhibit 3

## ProPetro Holding Corp.

First Quarter 2020 Excess Returns of ProPetro
Using the S&P 1500 Total Return Index and the S&P Oil & Gas Equipment
& Services Select Industry Index (Eight Single-Day Dummy Variables)

| Date | ProPetro Closing Price ($) | ProPetro Stock Return | S&P 1500 Total Return | SPSIOS Total Return[1] | ProPetro Predicted Return[2] | Excess Return[3] | t-stat | |
|---|---|---|---|---|---|---|---|---|
| 2/18/2020 | 10.1800 | -0.0137 | -0.0030 | -0.0070 | -0.0076 | -0.0060 | -0.2467 | |
| 2/19/2020 | 10.7500 | 0.0545 | 0.0048 | 0.0141 | 0.0199 | 0.0345 | 1.4116 | |
| 2/20/2020 | 10.4700 | -0.0264 | -0.0031 | 0.0008 | 0.0007 | -0.0271 | -1.1066 | |
| 2/21/2020 | 10.0100 | -0.0449 | -0.0105 | -0.0288 | -0.0359 | -0.0091 | -0.3708 | |
| 2/24/2020 | 9.1100 | -0.0942 | -0.0336 | -0.0404 | -0.0628 | -0.0315 | -1.2853 | |
| 2/25/2020 | 9.9900 | 0.0922 | -0.0311 | -0.0091 | -0.0274 | 0.1196 | 4.8566 | * |
| 2/26/2020 | 9.3200 | -0.0694 | -0.0047 | -0.0216 | -0.0245 | -0.0449 | -1.8360 | |
| 2/27/2020 | 8.2300 | -0.1244 | -0.0443 | -0.0114 | -0.0382 | -0.0862 | -3.5209 | * |
| 2/28/2020 | 8.7600 | 0.0624 | -0.0091 | 0.0393 | 0.0385 | 0.0239 | 0.9774 | |
| 3/2/2020 | 8.8500 | 0.0102 | 0.0439 | -0.0345 | -0.0082 | 0.0184 | 0.7512 | |
| 3/3/2020 | 8.3200 | -0.0618 | -0.0279 | -0.0132 | -0.0299 | -0.0319 | -1.3033 | |
| 3/4/2020 | 8.6200 | 0.0354 | 0.0407 | -0.0479 | -0.0246 | 0.0600 | 2.4508 | * |
| 3/5/2020 | 8.0400 | -0.0697 | -0.0345 | -0.0257 | -0.0475 | -0.0222 | -0.9061 | |
| 3/6/2020 | 6.9200 | -0.1500 | -0.0173 | -0.1078 | -0.1252 | -0.0248 | -1.0144 | |
| 3/9/2020 | 4.0300 | -0.5406 | -0.0804 | -0.3289 | -0.4029 | -0.1377 | -5.6279 | * |
| 3/10/2020 | 3.7700 | -0.0667 | 0.0472 | -0.0622 | -0.0359 | -0.0308 | -1.2580 | |
| 3/11/2020 | 3.7600 | -0.0027 | -0.0514 | -0.0694 | -0.1051 | 0.1025 | 4.1874 | * |
| 3/12/2020 | 4.0000 | 0.0619 | -0.1005 | -0.0240 | -0.0868 | 0.1486 | 6.0733 | * |
| 3/13/2020 | 3.7600 | -0.0619 | 0.0884 | 0.0443 | 0.1046 | -0.1665 | -6.8027 | * |
| 3/16/2020 | 2.5000 | -0.4081 | -0.1291 | 0.0199 | -0.0573 | -0.3508 | -12.9563 | * |
| 3/17/2020 | 2.0100 | -0.2182 | 0.0579 | -0.0545 | -0.0209 | -0.1972 | -8.0586 | * |
| 3/18/2020 | 1.5100 | -0.2860 | -0.0574 | -0.1001 | -0.1419 | -0.1441 | -5.8869 | * |
| 3/19/2020 | 2.1100 | 0.3346 | 0.0081 | 0.1083 | 0.1235 | 0.2111 | 8.6256 | * |
| 3/20/2020 | 1.9200 | -0.0944 | -0.0444 | 0.0415 | 0.0188 | -0.1132 | -4.6252 | * |
| 3/23/2020 | 2.0000 | 0.0408 | -0.0295 | -0.0186 | -0.0368 | 0.0776 | 3.1698 | * |
| 3/24/2020 | 2.2100 | 0.0998 | 0.0903 | 0.0615 | 0.1243 | -0.0245 | -1.0001 | |
| 3/25/2020 | 2.2800 | 0.0312 | 0.0124 | -0.0324 | -0.0254 | 0.0566 | 2.3138 | * |
| 3/26/2020 | 2.5100 | 0.0961 | 0.0606 | -0.0346 | 0.0022 | 0.0939 | 3.8366 | * |
| 3/27/2020 | 2.2900 | -0.0917 | -0.0345 | -0.0288 | -0.0508 | -0.0410 | -1.6737 | |

**ProPetro Holding Corp.**

First Quarter 2020 Excess Returns of ProPetro

Using the S&P 1500 Total Return Index and the S&P Oil & Gas Equipment
& Services Select Industry Index (Eight Single-Day Dummy Variables)

| Date | ProPetro Closing Price ($) | ProPetro Stock Return | S&P 1500 Total Return | SPSIOS Total Return[1] | ProPetro Predicted Return[2] | Excess Return[3] | t-stat |
|---|---|---|---|---|---|---|---|
| 3/30/2020 | 2.1600 | -0.0584 | 0.0325 | -0.0668 | -0.0500 | -0.0085 | -0.3454 |
| 3/31/2020 | 2.5000 | 0.1462 | -0.0154 | 0.0412 | 0.0365 | 0.1096 | 4.4800 * |

**Notes and Sources:**

* indicates statistical significance at 5% level.

All returns are logarithmic

Data obtained from Bloomberg, L.P.

[1]SPSIOS is the S&P Oil & Gas Equipment & Services Select Industry Index. Returns
exclude ProPetro and are net of the S&P 1500 Total Return Index.

[2]ProPetro's predicted return is its expected daily return given changes in the S&P 1500
Total Return Index and the S&P Oil & Gas Equipment & Services Select Industry Index.
Eight single-day dummy variables are used. See Figure 1.

[3]Excess return is ProPetro's stock return less ProPetro's predicted return.

**ProPetro Holding Corp.**

GARCH Model Statistics

May 1, 2019 - April 30, 2020

| | S&P Oil & Gas Equip. & Srvcs Select Ind. Index[1] | | | 10-K Peer Index[2] | | |
|---|---|---|---|---|---|---|
| Date | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility |
| 5/1/2019 | -0.0243 | 0.0065 | 0.0182 | -0.0167 | -0.0011 | 0.0174 |
| 5/2/2019 | -0.0118 | 0.0209 | 0.0179 | -0.0011 | 0.0102 | 0.0167 |
| 5/3/2019 | 0.0289 | -0.0059 | 0.0187 | 0.0222 | 0.0008 | 0.0164 |
| 5/6/2019 | 0.0083 | 0.0059 | 0.0183 | 0.0084 | 0.0058 | 0.0158 |
| 5/7/2019 | -0.0248 | -0.0019 | 0.0179 | -0.0122 | -0.0145 | 0.0154 |
| 5/8/2019 | -0.0096 | -0.0295 | 0.0175 | -0.0226 | -0.0165 | 0.0157 |
| 5/9/2019 | 0.0040 | -0.0253 | 0.0195 | -0.0072 | -0.0142 | 0.0163 |
| 5/10/2019 | -0.0106 | 0.0426 | 0.0205 | 0.0032 | 0.0288 | 0.0165 |
| 5/13/2019 | -0.0391 | 0.0180 | 0.0240 | -0.0469 | 0.0258 | 0.0189 |
| 5/14/2019 | 0.0365 | 0.0084 | 0.0235 | 0.0417 | 0.0032 | 0.0202 |
| 5/15/2019 | 0.0160 | 0.0042 | 0.0226 | -0.0037 | 0.0238 | 0.0192 |
| 5/16/2019 | 0.0118 | 0.0539 | 0.0216 | 0.0157 | 0.0501 | 0.0201 |
| 5/17/2019 | -0.0324 | 0.0024 | 0.0269 | -0.0433 | 0.0133 | 0.0261 |
| 5/20/2019 | -0.0095 | -0.0192 | 0.0254 | -0.0235 | -0.0051 | 0.0250 |
| 5/21/2019 | 0.0161 | -0.0104 | 0.0249 | 0.0101 | -0.0043 | 0.0235 |
| 5/22/2019 | -0.0394 | -0.0170 | 0.0239 | -0.0442 | -0.0121 | 0.0222 |
| 5/23/2019 | -0.0583 | -0.0534 | 0.0234 | -0.0679 | -0.0439 | 0.0214 |
| 5/24/2019 | -0.0067 | -0.0180 | 0.0280 | 0.0006 | -0.0253 | 0.0256 |
| 5/28/2019 | -0.0002 | 0.0076 | 0.0270 | -0.0141 | 0.0215 | 0.0256 |
| 5/29/2019 | 0.0011 | 0.0219 | 0.0257 | -0.0116 | 0.0346 | 0.0252 |
| 5/30/2019 | -0.0154 | 0.0297 | 0.0253 | -0.0146 | 0.0289 | 0.0267 |
| 5/31/2019 | -0.0241 | 0.0113 | 0.0258 | -0.0166 | 0.0039 | 0.0271 |
| 6/3/2019 | 0.0219 | -0.0240 | 0.0247 | 0.0187 | -0.0207 | 0.0254 |
| 6/4/2019 | 0.0216 | -0.0531 | 0.0247 | 0.0508 | -0.0822 | 0.0250 |
| 6/5/2019 | -0.0235 | -0.0035 | 0.0289 | -0.0468 | 0.0198 | 0.0375 |
| 6/6/2019 | 0.0006 | 0.0146 | 0.0272 | -0.0372 | 0.0524 | 0.0356 |
| 6/7/2019 | 0.0150 | 0.0220 | 0.0262 | 0.0067 | 0.0304 | 0.0380 |
| 6/10/2019 | 0.0055 | -0.0076 | 0.0257 | -0.0027 | 0.0006 | 0.0369 |
| 6/11/2019 | 0.0050 | -0.0181 | 0.0245 | 0.0041 | -0.0172 | 0.0344 |
| 6/12/2019 | -0.0516 | 0.0162 | 0.0240 | -0.0538 | 0.0184 | 0.0326 |
| 6/13/2019 | 0.0346 | -0.0259 | 0.0234 | 0.0452 | -0.0365 | 0.0311 |

Exhibit 4

**ProPetro Holding Corp.**

GARCH Model Statistics

May 1, 2019 - April 30, 2020

| | S&P Oil & Gas Equip. & Srvcs Select Ind. Index[1] | | | 10-K Peer Index[2] | | |
|---|---|---|---|---|---|---|
| Date | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility |
| 6/14/2019 | -0.0372 | -0.0015 | 0.0238 | -0.0364 | -0.0023 | 0.0318 |
| 6/17/2019 | 0.0278 | 0.0253 | 0.0227 | 0.0428 | 0.0103 | 0.0296 |
| 6/18/2019 | 0.0257 | -0.0375 | 0.0231 | 0.0119 | -0.0237 | 0.0279 |
| 6/19/2019 | 0.0092 | -0.0054 | 0.0251 | -0.0011 | 0.0049 | 0.0275 |
| 6/20/2019 | 0.0409 | 0.0126 | 0.0239 | 0.0417 | 0.0117 | 0.0258 |
| 6/21/2019 | -0.0060 | -0.0053 | 0.0231 | 0.0047 | -0.0160 | 0.0245 |
| 6/24/2019 | -0.0213 | -0.0112 | 0.0221 | -0.0258 | -0.0067 | 0.0238 |
| 6/25/2019 | 0.0031 | -0.0203 | 0.0215 | -0.0188 | 0.0016 | 0.0225 |
| 6/26/2019 | 0.0276 | -0.0056 | 0.0216 | 0.0189 | 0.0031 | 0.0212 |
| 6/27/2019 | 0.0011 | 0.0230 | 0.0208 | -0.0026 | 0.0267 | 0.0201 |
| 6/28/2019 | 0.0222 | 0.0468 | 0.0213 | 0.0043 | 0.0647 | 0.0213 |
| 7/1/2019 | 0.0069 | 0.0099 | 0.0253 | 0.0214 | -0.0046 | 0.0306 |
| 7/2/2019 | -0.0369 | 0.0055 | 0.0242 | -0.0369 | 0.0056 | 0.0286 |
| 7/3/2019 | -0.0020 | -0.0093 | 0.0231 | 0.0000 | -0.0114 | 0.0268 |
| 7/5/2019 | 0.0123 | -0.0015 | 0.0222 | 0.0186 | -0.0077 | 0.0255 |
| 7/8/2019 | 0.0003 | 0.0012 | 0.0213 | 0.0044 | -0.0030 | 0.0241 |
| 7/9/2019 | -0.0099 | -0.0074 | 0.0204 | -0.0268 | 0.0095 | 0.0227 |
| 7/10/2019 | 0.0313 | -0.0504 | 0.0198 | 0.0351 | -0.0542 | 0.0216 |
| 7/11/2019 | -0.0009 | 0.0014 | 0.0250 | 0.0007 | -0.0002 | 0.0281 |
| 7/12/2019 | 0.0023 | -0.0239 | 0.0237 | 0.0058 | -0.0273 | 0.0263 |
| 7/15/2019 | -0.0255 | -0.0137 | 0.0238 | -0.0374 | -0.0017 | 0.0265 |
| 7/16/2019 | -0.0158 | -0.0149 | 0.0231 | -0.0228 | -0.0078 | 0.0249 |
| 7/17/2019 | -0.0324 | -0.0067 | 0.0226 | -0.0295 | -0.0096 | 0.0235 |
| 7/18/2019 | -0.0089 | -0.0056 | 0.0217 | -0.0287 | 0.0142 | 0.0224 |
| 7/19/2019 | 0.0144 | -0.0033 | 0.0209 | 0.0168 | -0.0057 | 0.0217 |
| 7/22/2019 | 0.0238 | -0.0145 | 0.0201 | 0.0298 | -0.0206 | 0.0206 |
| 7/23/2019 | 0.0163 | -0.0181 | 0.0199 | 0.0204 | -0.0222 | 0.0209 |
| 7/24/2019 | 0.0050 | -0.0125 | 0.0201 | -0.0273 | 0.0198 | 0.0213 |
| 7/25/2019 | -0.0402 | 0.0203 | 0.0198 | -0.0464 | 0.0265 | 0.0213 |
| 7/26/2019 | 0.0023 | 0.0036 | 0.0202 | -0.0051 | 0.0110 | 0.0223 |
| 7/29/2019 | -0.0335 | 0.0091 | 0.0195 | -0.0560 | 0.0316 | 0.0214 |

**ProPetro Holding Corp.**

GARCH Model Statistics

May 1, 2019 - April 30, 2020

| | S&P Oil & Gas Equip. & Srvcs Select Ind. Index[1] | | | 10-K Peer Index[2] | | |
|---|---|---|---|---|---|---|
| Date | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility |
| 7/30/2019 | 0.0677 | 0.0272 | 0.0191 | 0.0742 | 0.0207 | 0.0231 |
| 7/31/2019 | 0.0121 | -0.0176 | 0.0205 | 0.0459 | -0.0514 | 0.0230 |
| 8/1/2019 | -0.0654 | -0.0072 | 0.0205 | -0.0711 | -0.0015 | 0.0284 |
| 8/2/2019 | -0.0341 | 0.0512 | 0.0199 | -0.0633 | 0.0804 | 0.0265 |
| 8/5/2019 | -0.0353 | -0.0088 | 0.0252 | 0.0035 | -0.0476 | 0.0379 |
| 8/6/2019 | -0.0101 | -0.0228 | 0.0240 | -0.0214 | -0.0114 | 0.0391 |
| 8/7/2019 | -0.0142 | 0.0812 | 0.0240 | 0.0120 | 0.0550 | 0.0366 |
| 8/8/2019 | 0.0088 | 0.0121 | 0.0345 | 0.0014 | 0.0195 | 0.0392 |
| 8/9/2019 | -0.3075 | 0.0000 | 0.0325 | -0.3075 | 0.0000 | 0.0371 |
| 8/12/2019 | -0.0127 | -0.0306 | 0.0304 | -0.0186 | -0.0247 | 0.0345 |
| 8/13/2019 | 0.0044 | -0.0060 | 0.0302 | -0.0004 | -0.0013 | 0.0333 |
| 8/14/2019 | -0.0581 | -0.0010 | 0.0285 | -0.0479 | -0.0113 | 0.0310 |
| 8/15/2019 | -0.0134 | -0.0059 | 0.0268 | -0.0152 | -0.0041 | 0.0292 |
| 8/16/2019 | 0.0474 | -0.0412 | 0.0255 | 0.0393 | -0.0331 | 0.0274 |
| 8/19/2019 | 0.0358 | -0.0131 | 0.0275 | 0.0359 | -0.0133 | 0.0282 |
| 8/20/2019 | -0.0094 | 0.0163 | 0.0263 | -0.0275 | 0.0344 | 0.0268 |
| 8/21/2019 | 0.0076 | 0.0043 | 0.0254 | -0.0032 | 0.0151 | 0.0279 |
| 8/22/2019 | -0.0112 | -0.0329 | 0.0241 | -0.0147 | -0.0294 | 0.0267 |
| 8/23/2019 | -0.0504 | -0.0306 | 0.0252 | -0.0583 | -0.0227 | 0.0271 |
| 8/26/2019 | 0.0049 | -0.0088 | 0.0259 | -0.0053 | 0.0014 | 0.0267 |
| 8/27/2019 | -0.0112 | 0.0083 | 0.0247 | -0.0165 | 0.0137 | 0.0250 |
| 8/28/2019 | 0.0314 | -0.0199 | 0.0236 | 0.0315 | -0.0200 | 0.0240 |
| 8/29/2019 | 0.0355 | -0.0184 | 0.0233 | 0.0255 | -0.0084 | 0.0236 |
| 8/30/2019 | -0.0111 | 0.0101 | 0.0230 | -0.0115 | 0.0105 | 0.0225 |
| 9/3/2019 | -0.0965 | 0.0000 | 0.0222 | -0.0965 | 0.0000 | 0.0215 |
| 9/4/2019 | 0.0259 | -0.0217 | 0.0213 | 0.0014 | 0.0027 | 0.0203 |
| 9/5/2019 | 0.0416 | -0.0062 | 0.0216 | 0.0435 | -0.0081 | 0.0193 |
| 9/6/2019 | 0.0008 | 0.0101 | 0.0208 | 0.0174 | -0.0065 | 0.0186 |
| 9/9/2019 | 0.0596 | -0.0518 | 0.0203 | 0.0341 | -0.0262 | 0.0179 |
| 9/10/2019 | 0.0250 | -0.0057 | 0.0255 | 0.0359 | -0.0166 | 0.0195 |
| 9/11/2019 | 0.0129 | 0.0014 | 0.0243 | 0.0188 | -0.0046 | 0.0194 |

**ProPetro Holding Corp.**

GARCH Model Statistics

May 1, 2019 - April 30, 2020

| Date | S&P Oil & Gas Equip. & Srvcs Select Ind. Index[1] | | | 10-K Peer Index[2] | | |
|---|---|---|---|---|---|---|
| | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility |
| 9/12/2019 | -0.0136 | 0.0164 | 0.0231 | -0.0346 | 0.0375 | 0.0185 |
| 9/13/2019 | 0.0090 | -0.0109 | 0.0227 | 0.0012 | -0.0031 | 0.0221 |
| 9/16/2019 | 0.0777 | -0.0032 | 0.0219 | 0.0957 | -0.0212 | 0.0209 |
| 9/17/2019 | -0.0496 | -0.0439 | 0.0210 | -0.0708 | -0.0226 | 0.0212 |
| 9/18/2019 | -0.0453 | 0.0101 | 0.0246 | -0.0205 | -0.0147 | 0.0216 |
| 9/19/2019 | -0.0191 | -0.0010 | 0.0236 | -0.0238 | 0.0037 | 0.0211 |
| 9/20/2019 | 0.0054 | -0.0469 | 0.0225 | 0.0152 | -0.0567 | 0.0200 |
| 9/23/2019 | 0.0152 | 0.0089 | 0.0261 | 0.0115 | 0.0125 | 0.0277 |
| 9/24/2019 | -0.0468 | 0.0024 | 0.0249 | -0.0813 | 0.0369 | 0.0263 |
| 9/25/2019 | 0.0007 | 0.0014 | 0.0237 | -0.0046 | 0.0068 | 0.0280 |
| 9/26/2019 | -0.0229 | 0.0120 | 0.0226 | -0.0461 | 0.0352 | 0.0263 |
| 9/27/2019 | -0.0127 | 0.0007 | 0.0219 | -0.0514 | 0.0393 | 0.0276 |
| 9/30/2019 | -0.0039 | 0.0061 | 0.0210 | 0.0375 | -0.0353 | 0.0294 |
| 10/1/2019 | -0.0395 | -0.0229 | 0.0203 | -0.0041 | -0.0583 | 0.0302 |
| 10/2/2019 | -0.0196 | 0.0067 | 0.0209 | 0.0255 | -0.0385 | 0.0351 |
| 10/3/2019 | 0.0122 | 0.0193 | 0.0202 | 0.0314 | 0.0002 | 0.0354 |
| 10/4/2019 | -0.0084 | 0.0095 | 0.0204 | -0.0030 | 0.0042 | 0.0329 |
| 10/7/2019 | 0.0001 | -0.0140 | 0.0199 | 0.0024 | -0.0163 | 0.0307 |
| 10/8/2019 | -0.0174 | -0.0121 | 0.0197 | -0.0242 | -0.0054 | 0.0293 |
| 10/9/2019 | -0.0011 | -0.0531 | 0.0195 | -0.0520 | -0.0022 | 0.0274 |
| 10/10/2019 | 0.1781 | 0.0000 | 0.0253 | 0.1781 | 0.0000 | 0.0257 |
| 10/11/2019 | 0.0484 | -0.0495 | 0.0240 | 0.0142 | -0.0152 | 0.0241 |
| 10/14/2019 | -0.0066 | -0.0051 | 0.0277 | -0.0137 | 0.0019 | 0.0233 |
| 10/15/2019 | -0.0002 | -0.0106 | 0.0262 | -0.0004 | -0.0104 | 0.0220 |
| 10/16/2019 | 0.0011 | -0.0320 | 0.0251 | 0.0042 | -0.0350 | 0.0211 |
| 10/17/2019 | -0.0046 | -0.0330 | 0.0259 | -0.0148 | -0.0228 | 0.0235 |
| 10/18/2019 | -0.0848 | 0.0000 | 0.0267 | -0.0848 | 0.0000 | 0.0236 |
| 10/21/2019 | 0.0282 | 0.0017 | 0.0252 | 0.0251 | 0.0048 | 0.0222 |
| 10/22/2019 | 0.0178 | 0.0076 | 0.0239 | 0.0066 | 0.0188 | 0.0210 |
| 10/23/2019 | 0.0082 | -0.0034 | 0.0229 | -0.0071 | 0.0119 | 0.0210 |
| 10/24/2019 | -0.0179 | 0.0203 | 0.0219 | -0.0032 | 0.0055 | 0.0203 |

Exhibit 4

**ProPetro Holding Corp.**

GARCH Model Statistics

May 1, 2019 - April 30, 2020

| | S&P Oil & Gas Equip. & Srvcs Select Ind. Index[1] | | | 10-K Peer Index[2] | | |
|---|---|---|---|---|---|---|
| Date | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility |
| 10/25/2019 | 0.0153 | 0.0435 | 0.0220 | 0.0090 | 0.0498 | 0.0194 |
| 10/28/2019 | -0.0055 | 0.0418 | 0.0252 | -0.0007 | 0.0370 | 0.0256 |
| 10/29/2019 | 0.0103 | 0.0004 | 0.0273 | -0.0033 | 0.0141 | 0.0274 |
| 10/30/2019 | -0.0395 | -0.0510 | 0.0258 | -0.0388 | -0.0517 | 0.0261 |
| 10/31/2019 | -0.0982 | 0.0000 | 0.0294 | -0.0982 | 0.0000 | 0.0306 |
| 11/1/2019 | 0.0448 | -0.0320 | 0.0276 | 0.0516 | -0.0388 | 0.0286 |
| 11/4/2019 | 0.0530 | -0.0543 | 0.0280 | 0.0677 | -0.0690 | 0.0301 |
| 11/5/2019 | -0.0109 | -0.0401 | 0.0316 | -0.0120 | -0.0390 | 0.0373 |
| 11/6/2019 | -0.0282 | 0.0147 | 0.0322 | -0.0514 | 0.0379 | 0.0374 |
| 11/7/2019 | -0.0001 | -0.0026 | 0.0306 | 0.0321 | -0.0348 | 0.0373 |
| 11/8/2019 | -0.0085 | 0.0260 | 0.0288 | -0.0079 | 0.0255 | 0.0368 |
| 11/11/2019 | -0.0058 | -0.0077 | 0.0283 | -0.0162 | 0.0027 | 0.0354 |
| 11/12/2019 | -0.0192 | 0.0631 | 0.0268 | -0.0192 | 0.0630 | 0.0330 |
| 11/13/2019 | -0.0231 | -0.0235 | 0.0323 | -0.0319 | -0.0147 | 0.0381 |
| 11/14/2019 | 0.0531 | 0.0000 | 0.0312 | 0.0531 | 0.0000 | 0.0358 |
| 11/15/2019 | 0.0213 | 0.0593 | 0.0293 | 0.0054 | 0.0752 | 0.0333 |
| 11/18/2019 | -0.0308 | -0.0168 | 0.0334 | -0.0217 | -0.0259 | 0.0410 |
| 11/19/2019 | -0.0181 | 0.0143 | 0.0318 | -0.0227 | 0.0190 | 0.0391 |
| 11/20/2019 | 0.0008 | 0.0252 | 0.0302 | -0.0109 | 0.0369 | 0.0370 |
| 11/21/2019 | 0.0295 | -0.0125 | 0.0295 | 0.0042 | 0.0128 | 0.0368 |
| 11/22/2019 | 0.0103 | -0.0164 | 0.0280 | 0.0080 | -0.0140 | 0.0345 |
| 11/25/2019 | 0.0386 | 0.0144 | 0.0269 | 0.0261 | 0.0269 | 0.0325 |
| 11/26/2019 | -0.0273 | -0.0018 | 0.0259 | -0.0212 | -0.0079 | 0.0318 |
| 11/27/2019 | 0.0200 | 0.0102 | 0.0245 | 0.0207 | 0.0096 | 0.0298 |
| 11/29/2019 | -0.0181 | 0.0054 | 0.0235 | -0.0132 | 0.0006 | 0.0280 |
| 12/2/2019 | 0.0039 | -0.0238 | 0.0225 | -0.0062 | -0.0137 | 0.0262 |
| 12/3/2019 | -0.0244 | 0.0220 | 0.0228 | -0.0037 | 0.0013 | 0.0251 |
| 12/4/2019 | 0.0386 | 0.0145 | 0.0229 | 0.0474 | 0.0057 | 0.0236 |
| 12/5/2019 | -0.0001 | -0.0078 | 0.0223 | -0.0088 | 0.0008 | 0.0223 |
| 12/6/2019 | 0.0439 | 0.0241 | 0.0215 | 0.0613 | 0.0066 | 0.0210 |
| 12/9/2019 | 0.0062 | -0.0190 | 0.0220 | 0.0088 | -0.0216 | 0.0200 |

**ProPetro Holding Corp.**

GARCH Model Statistics

May 1, 2019 - April 30, 2020

| Date | S&P Oil & Gas Equip. & Srvcs Select Ind. Index[1] | | | 10-K Peer Index[2] | | |
|---|---|---|---|---|---|---|
| | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility |
| 12/10/2019 | 0.0055 | -0.0066 | 0.0219 | 0.0094 | -0.0105 | 0.0205 |
| 12/11/2019 | 0.0102 | 0.0390 | 0.0211 | 0.0238 | 0.0254 | 0.0198 |
| 12/12/2019 | 0.0307 | -0.0095 | 0.0238 | 0.0219 | -0.0007 | 0.0209 |
| 12/13/2019 | -0.0026 | 0.0036 | 0.0229 | -0.0079 | 0.0089 | 0.0197 |
| 12/16/2019 | 0.0105 | 0.0268 | 0.0219 | 0.0227 | 0.0146 | 0.0190 |
| 12/17/2019 | 0.0082 | 0.0268 | 0.0226 | 0.0154 | 0.0196 | 0.0188 |
| 12/18/2019 | 0.0288 | -0.0187 | 0.0232 | 0.0324 | -0.0223 | 0.0192 |
| 12/19/2019 | 0.0128 | -0.0054 | 0.0229 | 0.0029 | 0.0045 | 0.0199 |
| 12/20/2019 | -0.0098 | 0.0153 | 0.0220 | 0.0209 | -0.0155 | 0.0190 |
| 12/23/2019 | 0.0343 | -0.0092 | 0.0216 | 0.0150 | 0.0102 | 0.0189 |
| 12/24/2019 | 0.0037 | -0.0046 | 0.0209 | 0.0086 | -0.0095 | 0.0184 |
| 12/26/2019 | 0.0014 | 0.0004 | 0.0202 | 0.0197 | -0.0179 | 0.0178 |
| 12/27/2019 | -0.0143 | -0.0099 | 0.0195 | -0.0018 | -0.0224 | 0.0182 |
| 12/30/2019 | 0.0154 | -0.0037 | 0.0191 | 0.0132 | -0.0015 | 0.0191 |
| 12/31/2019 | -0.0050 | 0.0139 | 0.0186 | 0.0066 | 0.0024 | 0.0182 |
| 1/2/2020 | 0.0015 | -0.0222 | 0.0186 | -0.0175 | -0.0031 | 0.0174 |
| 1/3/2020 | 0.0162 | 0.0133 | 0.0194 | 0.0225 | 0.0070 | 0.0167 |
| 1/6/2020 | 0.0191 | 0.0341 | 0.0193 | 0.0322 | 0.0209 | 0.0162 |
| 1/7/2020 | -0.0208 | -0.0106 | 0.0216 | -0.0028 | -0.0286 | 0.0173 |
| 1/8/2020 | -0.0312 | -0.0057 | 0.0210 | -0.0402 | 0.0033 | 0.0195 |
| 1/9/2020 | 0.0043 | -0.0169 | 0.0203 | -0.0213 | 0.0087 | 0.0185 |
| 1/10/2020 | -0.0096 | -0.0031 | 0.0203 | 0.0020 | -0.0148 | 0.0179 |
| 1/13/2020 | -0.0075 | 0.0112 | 0.0196 | -0.0154 | 0.0190 | 0.0179 |
| 1/14/2020 | 0.0003 | 0.0250 | 0.0193 | 0.0053 | 0.0200 | 0.0184 |
| 1/15/2020 | -0.0146 | 0.0011 | 0.0203 | -0.0021 | -0.0113 | 0.0190 |
| 1/16/2020 | 0.0127 | 0.0211 | 0.0196 | 0.0370 | -0.0032 | 0.0185 |
| 1/17/2020 | -0.0073 | -0.0175 | 0.0201 | -0.0162 | -0.0086 | 0.0177 |
| 1/21/2020 | -0.0322 | 0.0304 | 0.0202 | -0.0501 | 0.0483 | 0.0172 |
| 1/22/2020 | -0.0129 | -0.0125 | 0.0217 | -0.0057 | -0.0197 | 0.0238 |
| 1/23/2020 | -0.0161 | -0.0387 | 0.0212 | -0.0215 | -0.0334 | 0.0235 |
| 1/24/2020 | -0.0305 | 0.0019 | 0.0238 | -0.0315 | 0.0029 | 0.0251 |

Exhibit 4

**ProPetro Holding Corp.**

GARCH Model Statistics

May 1, 2019 - April 30, 2020

| Date | S&P Oil & Gas Equip. & Srvcs Select Ind. Index[1] | | | 10-K Peer Index[2] | | |
|---|---|---|---|---|---|---|
| | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility |
| 1/27/2020 | -0.0376 | 0.0123 | 0.0227 | -0.0287 | 0.0034 | 0.0236 |
| 1/28/2020 | 0.0111 | 0.0232 | 0.0220 | 0.0378 | -0.0035 | 0.0223 |
| 1/29/2020 | -0.0113 | 0.0143 | 0.0223 | -0.0046 | 0.0076 | 0.0210 |
| 1/30/2020 | 0.0128 | 0.0078 | 0.0219 | 0.0056 | 0.0150 | 0.0201 |
| 1/31/2020 | -0.0269 | -0.0319 | 0.0211 | -0.0276 | -0.0312 | 0.0198 |
| 2/3/2020 | -0.0006 | -0.0467 | 0.0227 | -0.0283 | -0.0190 | 0.0218 |
| 2/4/2020 | 0.0179 | 0.0243 | 0.0263 | 0.0076 | 0.0346 | 0.0217 |
| 2/5/2020 | 0.0483 | 0.0040 | 0.0260 | 0.0622 | -0.0100 | 0.0239 |
| 2/6/2020 | -0.0413 | -0.0244 | 0.0247 | -0.0493 | -0.0165 | 0.0228 |
| 2/7/2020 | -0.0133 | 0.0196 | 0.0247 | -0.0085 | 0.0148 | 0.0223 |
| 2/10/2020 | -0.0200 | 0.0085 | 0.0243 | -0.0153 | 0.0038 | 0.0217 |
| 2/11/2020 | 0.0191 | -0.0128 | 0.0233 | 0.0131 | -0.0068 | 0.0205 |
| 2/12/2020 | 0.0185 | 0.0205 | 0.0226 | 0.0205 | 0.0184 | 0.0196 |
| 2/13/2020 | -0.0084 | 0.0352 | 0.0225 | -0.0134 | 0.0402 | 0.0197 |
| 2/14/2020 | 0.0051 | 0.0047 | 0.0243 | 0.0284 | -0.0187 | 0.0236 |
| 2/18/2020 | -0.0080 | -0.0057 | 0.0231 | -0.0101 | -0.0035 | 0.0232 |
| 2/19/2020 | 0.0206 | 0.0339 | 0.0221 | 0.0109 | 0.0436 | 0.0219 |
| 2/20/2020 | -0.0005 | -0.0259 | 0.0238 | 0.0157 | -0.0421 | 0.0258 |
| 2/21/2020 | -0.0371 | -0.0078 | 0.0241 | -0.0098 | -0.0351 | 0.0285 |
| 2/24/2020 | -0.0719 | -0.0223 | 0.0231 | -0.0694 | -0.0248 | 0.0294 |
| 2/25/2020 | 0.1186 | -0.0264 | 0.0231 | 0.1691 | -0.0769 | 0.0289 |
| 2/26/2020 | -0.0242 | -0.0453 | 0.0236 | -0.0366 | -0.0328 | 0.0385 |
| 2/27/2020 | -0.0543 | -0.0700 | 0.0267 | -0.0432 | -0.0811 | 0.0376 |
| 2/28/2020 | 0.0313 | 0.0311 | 0.0337 | -0.0109 | 0.0734 | 0.0454 |
| 3/2/2020 | 0.0124 | -0.0022 | 0.0330 | -0.0102 | 0.0205 | 0.0495 |
| 3/3/2020 | -0.0394 | -0.0223 | 0.0310 | -0.0404 | -0.0214 | 0.0464 |
| 3/4/2020 | -0.0039 | 0.0394 | 0.0299 | 0.0155 | 0.0199 | 0.0437 |
| 3/5/2020 | -0.0584 | -0.0112 | 0.0308 | -0.0488 | -0.0209 | 0.0412 |
| 3/6/2020 | -0.1215 | -0.0285 | 0.0292 | -0.1413 | -0.0087 | 0.0389 |
| 3/9/2020 | -0.4029 | -0.1377 | 0.0289 | -0.3159 | -0.2247 | 0.0363 |
| 3/10/2020 | -0.0114 | -0.0553 | 0.0515 | 0.0537 | -0.1203 | 0.0869 |

Exhibit 4

**ProPetro Holding Corp.**

GARCH Model Statistics

May 1, 2019 - April 30, 2020

| Date | S&P Oil & Gas Equip. & Srvcs Select Ind. Index[1] | | | 10-K Peer Index[2] | | |
|---|---|---|---|---|---|---|
| | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility |
| 3/11/2020 | -0.1185 | 0.1158 | 0.0509 | -0.0811 | 0.0784 | 0.0910 |
| 3/12/2020 | -0.1237 | 0.1856 | 0.0599 | -0.1209 | 0.1828 | 0.0885 |
| 3/13/2020 | 0.1351 | -0.1970 | 0.0809 | 0.0465 | -0.1084 | 0.1045 |
| 3/16/2020 | -0.4081 | 0.0000 | 0.0974 | -0.4082 | 0.0000 | 0.1039 |
| 3/17/2020 | 0.0071 | -0.2252 | 0.0898 | 0.0463 | -0.2645 | 0.0958 |
| 3/18/2020 | -0.1548 | -0.1313 | 0.1095 | -0.1516 | -0.1344 | 0.1293 |
| 3/19/2020 | 0.1164 | 0.2182 | 0.1091 | 0.1269 | 0.2076 | 0.1285 |
| 3/20/2020 | -0.0024 | -0.0920 | 0.1222 | 0.0020 | -0.0964 | 0.1397 |
| 3/23/2020 | -0.0464 | 0.0873 | 0.1163 | -0.0736 | 0.1144 | 0.1334 |
| 3/24/2020 | 0.1539 | -0.0541 | 0.1107 | 0.1202 | -0.0203 | 0.1296 |
| 3/25/2020 | -0.0174 | 0.0486 | 0.1034 | -0.0041 | 0.0353 | 0.1198 |
| 3/26/2020 | 0.0293 | 0.0668 | 0.0966 | 0.0233 | 0.0728 | 0.1112 |
| 3/27/2020 | -0.0614 | -0.0303 | 0.0915 | -0.0433 | -0.0484 | 0.1058 |
| 3/30/2020 | -0.0308 | -0.0277 | 0.0850 | 0.0074 | -0.0658 | 0.0992 |
| 3/31/2020 | 0.0267 | 0.1195 | 0.0789 | 0.0107 | 0.1355 | 0.0945 |
| 4/1/2020 | -0.0991 | -0.0152 | 0.0821 | -0.0886 | -0.0257 | 0.0997 |
| 4/2/2020 | 0.0819 | 0.1493 | 0.0759 | 0.0558 | 0.1754 | 0.0924 |
| 4/3/2020 | -0.0385 | 0.1399 | 0.0846 | -0.0365 | 0.1379 | 0.1058 |
| 4/6/2020 | 0.0554 | 0.0881 | 0.0899 | 0.0666 | 0.0770 | 0.1093 |
| 4/7/2020 | 0.0118 | -0.0343 | 0.0875 | 0.0281 | -0.0506 | 0.1045 |
| 4/8/2020 | 0.0834 | 0.1126 | 0.0814 | 0.0689 | 0.1271 | 0.0981 |
| 4/9/2020 | 0.0653 | -0.0938 | 0.0832 | 0.0753 | -0.1038 | 0.1012 |
| 4/13/2020 | 0.0052 | -0.0420 | 0.0824 | -0.0059 | -0.0309 | 0.1005 |
| 4/14/2020 | -0.0099 | -0.0283 | 0.0772 | -0.0223 | -0.0159 | 0.0934 |
| 4/15/2020 | -0.0827 | 0.0457 | 0.0718 | -0.0776 | 0.0406 | 0.0864 |
| 4/16/2020 | -0.0886 | -0.1964 | 0.0679 | -0.0636 | -0.2214 | 0.0811 |
| 4/17/2020 | 0.0711 | 0.1556 | 0.0885 | 0.0713 | 0.1554 | 0.1087 |
| 4/20/2020 | -0.0312 | -0.0368 | 0.0954 | -0.0355 | -0.0324 | 0.1146 |
| 4/21/2020 | -0.0222 | -0.0089 | 0.0888 | -0.0103 | -0.0208 | 0.1064 |
| 4/22/2020 | 0.0095 | 0.0810 | 0.0819 | 0.0460 | 0.0445 | 0.0984 |
| 4/23/2020 | 0.1164 | 0.0207 | 0.0798 | 0.1314 | 0.0058 | 0.0922 |

Exhibit 4

**ProPetro Holding Corp.**

GARCH Model Statistics

May 1, 2019 - April 30, 2020

| | **S&P Oil & Gas Equip. & Srvcs Select Ind. Index**[1] | | | **10-K Peer Index**[2] | | |
|---|---|---|---|---|---|---|
| Date | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility | ProPetro Predicted Return[3] | Excess Return | Predicted Return Volatility |
| 4/24/2020 | -0.0079 | -0.0705 | 0.0740 | 0.0046 | -0.0829 | 0.0851 |
| 4/27/2020 | -0.0062 | -0.0186 | 0.0719 | -0.0294 | 0.0046 | 0.0840 |
| 4/28/2020 | 0.0425 | 0.0196 | 0.0667 | 0.0393 | 0.0228 | 0.0776 |
| 4/29/2020 | 0.1614 | 0.0002 | 0.0619 | 0.1385 | 0.0231 | 0.0721 |
| 4/30/2020 | -0.0180 | -0.0392 | 0.0573 | -0.0331 | -0.0242 | 0.0671 |

**Notes:**

All returns are logarithmic.

[1] Includes S&P 1500 Total Return Index as a market index and the S&P Oil & Gas Equipment Select Industry Index (excluding ProPetro) as the industry index. See Figure 6.

[2] Includes S&P 600 Total Return Index as a market index and the 10-K peer index as the industry index. See Figure 7.

[3] Predictions include the effect of eight single-day dummy variables.

Exhibit 5

**ProPetro Holding Corp.**

GARCH Model (S&P Oil & Gas Equipment & Services Select Industry Index)
Five Single-Day Dummy Variables
4/18/2017 - 4/30/2020

| | Coefficient | z statistic | p value[1] |
|---|---|---|---|
| Constant | 0.0027 | 3.19 | 0.001 * |
| S&P 1500 Total Return Index | 0.9206 | 9.27 | 0.000 * |
| S&P Oil & Gas Equipment & Services Select Industry Index[2] | 0.9579 | 23.04 | 0.000 * |
| Dummy Variables | | | |
| 08/09/2022 | -0.2821 | -9.48 | 0.000 * |
| 09/03/2022 | -0.0825 | -3.24 | 0.001 * |
| 10/18/2022 | -0.0704 | -1.74 | 0.082 |
| 10/31/2022 | -0.0816 | -2.00 | 0.046 * |
| 03/16/2022 | -0.3111 | -1.32 | 0.188 |
| Variance Equation | | | |
| Constant | 0.0000 | 2.85 | 0.004 * |
| ARCH Coefficient | 0.1263 | 4.45 | 0.000 * |
| GARCH Coefficient | 0.8193 | 20.11 | 0.000 * |
| Number of Observations | 765 | | |

**Notes:**

All returns are logarithmic.

[1]One star (*) indicates statistical significance at 5% level.

[2]The S&P Oil & Gas Equipment and Services Select Industry Index excludes ProPetro.

Exhibit 6

**ProPetro Holding Corp.**

GARCH Model (10-K Peer Index)
Five Single-Day Dummy Variables
4/18/2017 - 4/30/2020

| | Coefficient | z statistic | p value[1] | |
|---|---|---|---|---|
| Constant | 0.0026 | 3.52 | 0.000 | * |
| S&P 600 Total Return Index | 0.9940 | 12.93 | 0.000 | * |
| 10-K Peer Index | 0.7601 | 23.39 | 0.000 | * |
| | | | | |
| Dummy Variables | | | | |
| 08/09/2022 | -0.2995 | -10.26 | 0.000 | * |
| 09/03/2022 | -0.0724 | -3.11 | 0.002 | * |
| 10/18/2022 | -0.0787 | -1.88 | 0.061 | |
| 10/31/2022 | -0.0656 | -1.50 | 0.134 | |
| 03/16/2022 | -0.3088 | -1.35 | 0.176 | |
| | | | | |
| Variance Equation | | | | |
| Constant | 0.0000 | 2.41 | 0.016 | * |
| ARCH Coefficient | 0.1249 | 5.74 | 0.000 | * |
| GARCH Coefficient | 0.8663 | 40.47 | 0.000 | * |
| | | | | |
| Number of Observations | 765 | | | |

**Notes:**

All returns are logarithmic.

[1]One star (*) indicates statistical significance at 5% level.

Exhibit 7

**ProPetro Holding Corp.**

Market Efficiency Factors During the Quiet Period
March 17, 2017 - April 10, 2017

| | Result | Supports Market Efficiency? |
|---|---|---|
| **Cammer Factors** | | |
| Average weekly trading volume | 6.1%+ of shares out[1] | Yes[1] |
| Significant number of securities analysts followed and reported on ProPetro's stock | No reporting by securities analysts[2] | No[2] |
| Existence of market makers and arbitrageurs | Designated Market Maker[3]; no traded options[4] | Mixed[3,4] |
| Eligible to file SEC Form S-3 | Ineligible[5] | No[5] |
| Cause-and-Effect relationship | N/A[6] | N/A[6] |
| **Krogman/Unger Factors** | | |
| Market Capitalization | $1.07BB (3/31/2017)[7] | Yes[7] |
| Bid-Ask Spread | Median of 0.08%[8] | Yes[8] |
| Public Float | 36.6% of shares out[9] | No[9] |
| **Polymedica Factors** | | |
| Autocorrelation (Raw & Excess Returns) | Not Found[10] | Yes[10] |
| Put-Call Parity | N/A[11] | N/A[11] |

**Notes:**

[1] Equals the minimum pro-rata weekly trading volume during the Quiet Period of 5,058,322 shares divided by 83,039,854 shares outstanding. Pro-rata weekly trading volume equals total weekly trading volume multiplied by five divided by the number of trading days in the week. Trading volume obtained from Bloomberg, L.P. Shares outstanding obtained from the SEC.

**ProPetro Holding Corp.**

Market Efficiency Factors During the Quiet Period

March 17, 2017 - April 10, 2017

[2] There were zero analyst reports issued during the Quiet Period, as reported by Refinitiv.

[3] ProPetro traded on the NYSE. The NYSE has a Designated Market Maker (DMM) with obligations regarding the provision liquidity, quotations, and transactions. This weighs in favor of a finding of market efficiency. For details of the NYSE DMM, see "Designated Market Makers," NYSE, 2019.

[4] There was no data on exchange-level option trading in ProPetro during the Quiet Period. This weighs against a finding of market efficiency.

[5] To be eligible to file SEC Form S-3, a firm must have filed reports under the Exchange Act for twelve calendar months. ProPetro did not meet this requirement but did meet the minimum market capitalization requirement of $75 million or more.

[6] A test of a cause-and-effect relationship between unexpected corporate events or financial releases and an immediate response in the price of ProPetro stock is not possible due to a lack of such events or releases during the Quiet Period.

[7] ProPetro's market capitalization of approximately $1.07BB during the Quiet Period is between the 50th and 75th percentile for average market capitalization over the 2016 to 2018 period, according to the Bhole, et al. (2020) report cited by Mr. Torchio. The *Krogman* court found that a market capitalization in the top 60th percent of a sample group "weighs slightly in favor of a determination of market efficiency."

[8] The median bid-ask spread is calculated as the spread as a percent of the bid-ask midpoint.

[9] 36.6% equals the 30.389M share float (i.e. shares that are available to the public) divided by the number of shares outstanding as of March 31, 2017. Float and shares outstanding data obtained from Bloomberg, L.P.

[10] Autocorrelation on the excess returns was calculated with the market model described in Figure 1.

[11] Violations of put-call parity could not be tested since there was no data on exchange-level option trading in ProPetro during the Quiet Period.