**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated,** | § § § § § § § § § § § § § | **Civil Action No. 7:19-CV-00217-DC** <br><br> **CLASS ACTION** <br><br> **Hon. Walter David Counts, III** |
|         **Plaintiffs,** | § § § | |
|   **vs.** | § § § | |
| **PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III,** | § § § § § § | |
|         **Defendants.** | § § § § | |

**DECLARATION OF ALEXANDER T. PAYNE IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

I, Alexander T. Payne, declare as follows:

1.    I, Alexander T. Payne, am an associate in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), which is Court-appointed Co-Lead Counsel in this matter. I am a member in good standing in the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I have personal knowledge of the matters set forth herein.

2.    Attached as Exhibit A is a true and correct copy of a document bearing bates numbers PUMP_WDTX_00011247-PUMP_WDTX_00011277.

3.    Attached as Exhibit B is a true and correct copy of a letter from James A. Harrod, dated June 15, 2022.

4.    Attached as Exhibit C is a true and correct copy of an email from Sean Reilly, dated July 7, 2022.

5.    Attached as Exhibit D is a true and correct copy of a document bearing bates numbers PUMP_WDTX_00271326-PUMP_WDTX_271346.

6.    Attached as Exhibit E is a true and correct copy of an excerpt of Plaintiffs' First Request for Production of Documents to Defendant ProPetro Holding, served on December 9, 2021.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of July, 2022.

/s/ _____

Alexander T. Payne

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/   James A. Harrod*