# EXHIBIT E

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated,** | § § § § § § § § § § § § § | |
| *Plaintiffs,* | § § | |
| **v.** | § § | **No. MO:19-CV-217-DC** |
| **PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III,** | § § § § § § | |
| *Defendants.* | § | |

### PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PROPETRO HOLDING

Pursuant to Federal Rules of Civil Procedure 26 and 34, and subject to the definitions and instructions set forth below, Lead Plaintiffs Nykredit Portefølje Administration A/S ("Nykredit"), Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), Oklahoma Law Enforcement Retirement System ("Oklahoma Law Enforcement"), Oklahoma Police Pension and Retirement System ("Oklahoma Police"), and Oklahoma City Employee Retirement System ("Oklahoma City"), and additional named Plaintiff Police and Fire Retirement System of the City of Detroit ("Detroit PFRS"), (collectively, "Plaintiffs") request that Defendant ProPetro Holding Corp. ("ProPetro" of "Defendant"), produce the documents requested below.  In accordance with

(a) Any reports, findings, presentations or conclusions produced by, derived from, or issued in connection with the SEC Investigation;

(b) Communications Concerning the SEC Investigation;

(c) requests for Documents, information, testimony, and cooperation;

(d) any responses or to such requests or otherwise Concerning such requests ;

(e) all notes, transcripts or recordings of any interviews, depositions or meetings, Concerning the SEC Investigation.

**REQUEST NO. 3**:

All Documents produced, provided, or distributed in connection with the Audit Committee Investigation.

**REQUEST NO. 4:**

All Documents Concerning the Audit Committee Investigation, including:

(a) Any reports, findings, presentations or conclusions produced by, derived from, or issued in connection with the Audit Committee Investigation;

(b) Communications Concerning the Audit Committee Investigation;

(c) All contracts, retainers, statements or scopes of work, invoices or bills Concerning the retention or work conducted by external firms, individuals or agents Concerning the Audit Committee Investigation

(d) requests for Documents, information, testimony, and cooperation;

(e) all minutes, recordings, notes or presentations from meetings Concerning the Audit Committee Investigation;

(f) any responses or to such requests or otherwise Concerning such requests; and

(g) all notes, transcripts or recordings of any interviews Concerning the Audit Committee Investigation.

**REQUEST NO 5:**

Documents Concerning the effectiveness of the Company's Internal Controls or disclosure controls, including documents that were reviewed or relied on in connection with any

7

identification, by the Company or any other Person, of any weaknesses or deficiencies in the Company's Internal Controls or disclosure controls.

**REQUEST NO 6:**

All Documents Concerning certifications and any sub certifications pursuant to the Sarbanes-Oxley Act for the Company's financial statements during the Relevant Period, including the preparation, review, and signing of those certifications and sub certifications.

**REQUEST NO 7:**

All Documents Concerning the Company's Internal Controls.

**REQUEST NO 8:**

All Documents Concerning any public disclosures Concerning the Company's Internal Controls.

**REQUEST NO 9:**

All Documents Concerning the Company's Code of Ethics and Conduct, including the monitoring of compliance with the Code, who was responsible for monitoring compliance, and the actual compliance or noncompliance with the Code

**REQUEST NO 10:**

All Documents Concerning Redman's share pledge agreements, as referenced in the Company's June 22, 2020 Form 10-K and March 16, 2020 Form 8-K.

**REQUEST NO. 11:**

All Documents Concerning the policies, procedures and protocols Concerning the pledging of the Company's stock.

**REQUEST NO. 12:**

All Documents Concerning payments, transfers or credits provided to Redman and Smith other than in connection with their publicly disclosed compensation, including but not limited to Documents Concerning all expense reimbursements.

8