# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III,**<br><br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:19-CV-00217-DC<br><br><u>**CLASS ACTION**</u><br><br>**Hon. Walter David Counts, III** |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**

Upon consideration of the Plaintiffs' Motion to Compel Discovery filed July 25, 2022, and the parties' respective submission in support of and in opposition to the Plaintiffs' motion,

IT IS HEREBY ORDERED THAT:

1.    Plaintiffs' Motion to Compel Discovery is GRANTED.

2

2.      Defendants  will  ███████████████████████████████

Plaintiffs' Opposed Motion to Compel Discovery.

3.      Defendants will apply ████████████████████████████ as search terms

across all agreed-upon custodians' files and produce relevant documents returned by these terms.

4.      Defendants ████████████████████████████████████

████████████████████████████████████████████████████

custodial files by applying the search terms that have been agreed upon by the Parties.

5.      Defendants are to complete production of the documents specified in this Order

within 21 days of this Order.


        SO ORDERED this _____ day of _____, 2022


                                        _____
                                        HONORABLE JUDGE
                                        Walter David Counts, III