**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all other similarly situated, *Plaintiffs,*<br><br>VS.<br><br>PROPETRO HOLDING CORP., ET AL., *Defendants*. | CASE No. MO:19-CV-00217-DC |

## DECLARATION OF SEAN REILLY

I, Sean Reilly, declare as follows:

1.     I, Sean Reilly, am Counsel in the law firm of Hughes Hubbard & Reed LLP, attorneys of record for Defendants ProPetro Holding Corp. ("ProPetro") and Spencer D. Armour III.  I am a member in good standing in the Bar of the State of Virginia and have been admitted *pro hac vice* to practice before this Court.  I have personal knowledge of the facts stated herein.

2.     Exhibit 1 is a true and correct copy of ProPetro's Responses and Objections to Plaintiffs' First Request for Production of Documents, dated January 10, 2022.

3.     Exhibit 2 is a true and correct copy of the search protocol, including the list of custodians, applied by ProPetro, dated February 10, 2022.

4.     Exhibit 3 is a true and correct copy of an email from Alexander Payne dated March 21, 2022, confirming the Parties' understanding of the agreed upon search terms.

5. On March 18, 2022, ProPetro produced to Plaintiffs the April 17, 2020 memorandum (the "April 17 Memo"), Plaintiffs' Exhibit A, upon which Plaintiffs base their demand for additional discovery.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of August, 2022.

_/s/ Sean Reilly_
Sean Reilly