# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| RICHARD LOGAN, et al., | § | |
| | § | CIVIL NO: |
| vs. | § | MO:19-CV-00217-DC |
| | § | |
| PROPETRO HOLDING CORP., et ak, | § | |

## ORDER SETTING HEARING ON ALL PENDING MOTIONS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON ALL PENDING MOTIONS** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Thursday, October 27, 2022 at 01:30 PM**.

IT IS SO ORDERED this 2nd day of August, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE