IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated, | § | |
| *Plaintiffs*, | § | |
| v. | § | No. MO:19-CV-217-DC |
| PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III, | § | |
| *Defendants*. | § | |

**ORDER**

On this date, the Court considered the status of this case. The Court hereby **ORDERS** the Parties to file an updated Fed. R. Civ. P. 26 Joint Report identifying the live causes of action, defenses, and counterclaims that remain pending before the Court on or before **August 31, 2022**.

It is so **ORDERED**.

SIGNED this 17th day of August, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE