# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III, <br><br> *Defendants.* | No. MO:19-CV-217-DC |

## PARTIES' UNOPPOSED MOTION FOR APPROVAL OF STIPULATION REGARDING DEADLINES AND [PROPOSED] ORDER ADOPTING THE SAME

The Parties, by and through their undersigned attorneys of record, request the Court to order as follows:

## STIPULATION

WHEREAS, on August 11, 2022, the Parties reached an agreement in principle to settle this action, which they are preparing customary documentation of, and which will be subject to the Court's approval (the "Settlement");

WHEREAS, the Parties are diligently working to finalize and document the proposed Settlement;

WHEREAS, following the finalization and completion of documentation of the Settlement, Plaintiffs will file a motion for preliminary approval of the Settlement with the Court;

WHEREAS, the Parties believe that the Settlement will be documented, and Plaintiffs will be in a position to file their motion for preliminary approval of the Settlement, in no more than 30 days;

WHEREAS, on August 8, 2022, the Court scheduled a hearing on all pending motions to take place on October 27, 2022 (the "Hearing");

WHEREAS, in light of the proposed Settlement and Plaintiffs' forthcoming motion for preliminary approval of the Settlement, the Parties respectfully request the adjournment at this time of all pending case deadlines and the Hearing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court:

1. All pending case deadlines are adjourned at this time;
2. The Hearing is adjourned at this time; and
3. Plaintiffs shall file their motion for preliminary approval of the Settlement by no later than September 22, 2022.

Dated: August 22, 2022

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: *s/ James A. Harrod*
Jeroen van Kwawegen
James A. Harrod
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1444
jeroen@blbglaw.com
jim.harrod@blbglaw.com


**GRANT & EISENHOFER P.A.**
Daniel L. Berger
Caitlin M. Moyna
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
dberger@gelaw.com
cmoyna@gelaw.com

*Counsel for Plaintiffs and Lead Counsel for the Class*


**MARTIN & DROUGHT, P.C.**
Gerald T. Drought
State Bar No. 06134800
Federal Bar No. 8942
Frank B. Burney
State Bar No. 03438100
Bank of America Plaza, 25th Floor 300 Convent Street San Antonio, Texas 78205
Telephone: (210) 227-7591
Fax: (210) 227-7924
gdrought@mdtlaw.com
fburney@mdtlaw.com

*Liaison Counsel for Plaintiffs*

**HUGHES HUBBARD & REED LLP**

By: *s/ Kevin T. Abikoff*
Kevin T. Abikoff (Texas Bar No. 24034118)
Benjamin S. Britz (admitted *pro hac vice*)
1775 I Street, NW
Washington, DC 20006
Telephone: (202) 761-4600
Fax: (202) 721-4646
Email: kevin.abikoff@hugheshubbard.com
Email: benjamin.britz@hugheshubbard.com

*Attorneys for Defendants ProPetro Holding Corp., and Spencer D. Armour, III*


**WINSTEAD PC**

By: *s/ Toby M. Galloway*
Toby M. Galloway (Texas Bar No. 00790733)
Matthias Kleinsasser (Texas Bar No. 24071357)
300 Throckmorton Street
Suite 1700 Fort Worth, Texas 76102
Telephone: (817) 420-8200
Fax: (817) 420-8201
Email: tgalloway@winstead.com
Email: mkleinsasser@winstead.com

*Attorneys for Defendant Dale Redman*


**BELL NUNNALLY & MARTIN LLP**

By: *s/ Craig M. Warner*
Craig M. Warner (Texas Bar No. 24084158)
2323 Ross Avenue
Suite 1900
Dallas, Texas 75201
Telephone: (214) 740-1400
Fax: (214) 740-1499
Email: cwarner@bellnunnally.com

**VEDDER PRICE LLP**
Jeff J. Ansley (Texas Bar No. 00790235)
100 Crescent Ct. Suite 350
Dallas, Texas 75201

*Attorneys for Defendant Ian Denholm*

**EDMUNDSON SHELTON WEISS PLLC**

By: *s/ J. Kevin Edmundson*
J. Kevin Edmundson (Texas Bar No. 24044020)
Jesse Z. Weiss (Texas Bar No. 24013728)
317 Grace Lane
Suite 210
Austin, Texas 78746
Telephone: (512) 596-3058
Fax: (512) 532-6637
Email: kevin@eswpllc.com
Email: jesse@eswpllc.com

*Attorneys for Defendant Jeffrey Smith*

**It is so ordered.**

SIGNED this _____ day of _____, 2022.

                                                                                     _____
                                                                                     HONORABLE DAVID COUNTS
                                                                                     UNITED STATES DISTRICT JUDGE