# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated, | § § § § § § § § § § § | No. MO:19-CV-217-DC |
| *Plaintiffs,* | § § § | |
| v. | § § § | |
| PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III, | § § § § | |
| *Defendants.* | § § § § | |

**DECLARATION OF KELLY TAPPER, ASSISTANT EXECUTIVE DIRECTOR OF POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, IN SUPPORT OF (A) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (B) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES AND PLAINTIFFS' MOTION FOR AWARDS**

I, KELLY TAPPER, declare as follows:

1.     I am the Assistant Executive Director of the Police and Fire Retirement System of the City of Detroit ("Detroit").   Detroit acted as a named plaintiff and proposed Class Representative for the Settlement Class in the above-captioned action (the "Action").[1]  I submit this declaration in support of: (a) Plaintiffs' motion for final approval of the proposed settlement of the Action for $30 million in cash (the "Settlement") and approval of the proposed Plan of Allocation; (b) Lead Counsel's motion for an award of attorneys' fees and payment of expenses to Plaintiffs' Counsel; and (c) Detroit's request to recover its reasonable costs and expenses incurred in connection with the prosecution of this litigation.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

## I.     Background

### A.     Detroit

2.     Detroit is a public pension system consisting of defined benefit pension plans, defined contribution plans, and annuity savings plans for current and retired police officers and firefighters of the City of Detroit, Michigan.  As of July 2022, Detroit managed over $2.7 billion in assets for the benefit of its members.  Detroit purchased over 65,000 shares of ProPetro common stock during the Class Period and suffered damages as a result of the conduct alleged in this Action.

3.     Since it became involved in the Action as an additional named plaintiff in 2020, Detroit has actively monitored the prosecution and settlement of this Action through my involvement and the involvement of other Detroit employees and Trustees and through our counsel, Ronald King of Clark Hill PLC ("Clark Hill").  We have had regular communications

---

[1] Capitalized terms that are not defined in this declaration have the same meanings as set forth in the Stipulation and Agreement of Settlement dated September 22, 2022 (ECF No. 168-1) (the "Stipulation").

2

concerning the prosecution and settlement of this case with Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and with Clark Hill.  We have communicated with Bernstein Litowitz and Clark Hill throughout the litigation, including in connection with each material event in the case.

4.    Based on its active participation in the prosecution of this Action, Detroit has participated in the prosecution of this case and the ultimate settlement of the Action.  Detroit was able to directly observe the substantial efforts undertaken by Lead Counsel to obtain an excellent proposed recovery for the Settlement Class, notwithstanding the meaningful risks Plaintiffs faced in this litigation.

5.    Detroit, consistent with its strong interest in the outcome of this litigation and the exercise of its fiduciary duties to the Settlement Class, worked diligently to ensure that the recovery in this Action was maximized to the greatest extent possible in light of the risks and circumstances of the case.

**B.    Detroit's Extensive Participation
in the Prosecution and Settlement of this Action**

6.    Throughout the litigation, Detroit engaged in frequent discussions with Bernstein Litowitz and Clark Hill concerning case developments and strategy, and received periodic status reports from Clark Hill and Bernstein Litowitz.  Among other things, Detroit has:

a.    Consulted with Clark Hill and Bernstein Litowitz concerning the merits of the potential case prior to joining the action as a named plaintiff, including evaluating: (i) the potential alleged wrongdoing of and securities claims against ProPetro and the other Defendants; and (ii) the critical legal and procedural issues involved in prosecuting the Action;

3

b.      Including through the efforts of our counsel at Clark Hill, we reviewed the pleadings filed in the Action, including the Amended Class Action Complaint for Violations of the Federal Securities Laws and the Third Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint");

c.      Reviewed the briefs filed in the Action, including the documents filed in opposition to Defendants' motions to dismiss the Complaint and in support of Plaintiffs' motion to certify the class;

d.      Reviewed the discovery requests served on Plaintiffs in this Action;

e.      Assisted in searching for and producing documents and electronically stored information in response to Defendants' document requests on Plaintiffs;

f.      Consulted with Bernstein Litowitz and Clark Hill regarding counsel's review and assessment of the document discovery obtained;

g.      Prepared for and sat for my deposition on July 14, 2022;

h.      Participated in the mediation process and consulted with Clark Hill and Lead Counsel concerning the settlement negotiations that ultimately led to the agreement in principle to settle the Action; and

i.      Evaluated the mediator's recommendation that the Action be settled for $30 million in cash.

## II.      Detroit Strongly Endorses Approval of the Settlement and the Plan of Allocation

7.      Based on Detroit's involvement in the prosecution of this Action, Detroit strongly endorses the Settlement and believes it provides an excellent recovery for the Settlement Class, especially when measured against the substantial risks of establishing liability and damages. Detroit also strongly endorses the proposed Plan of Allocation, and believes that it represents a

4

fair and reasonable method for valuing claims submitted by Settlement Class Members, and for distributing the Net Settlement Fund to Settlement Class Members who submit valid and timely Claim Forms.

**III.   Detroit Supports Lead Counsel's
          Motion for Attorneys' Fees and Litigation Expenses**

8.      Detroit also supports Lead Counsel's requested fee (for all Plaintiffs' Counsel) of 20% of the Settlement Fund.  Detroit believes the requested fee is fair and reasonable in light of the very favorable result obtained for the Settlement Class, the excellent work performed by Plaintiffs' Counsel, and the risks undertaken by counsel in this Action.

9.      Detroit further believes Plaintiffs' Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action.  As a result, Detroit has approved the request for payment of expenses submitted by Plaintiffs' Counsel.

10.     Based on the foregoing and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, Detroit supports Lead Counsel's motion for attorneys' fees and expenses.

**IV.   Detroit's Request for Reimbursement of Costs and Expenses**

11.     Detroit understands that reimbursement of a plaintiff's reasonable costs and expenses is authorized under the PSLRA. For this reason, in connection with Lead Counsel's request for payment of Litigation Expenses, Detroit seeks reimbursement for the time that its employees dedicated to the representation of the Settlement Class in the Action, which is in addition to the time spent by its counsel at Clark Hill advising Detroit on the matter.

12.     In addition to me, the following officers and employees of Detroit also participated in the prosecution and settlement of this Action: David Cetlinski, Executive Director.

5

13. The time that I and other Detroit employees devoted to the representation of the Settlement Class in this Action was time that we otherwise would have expected to spend on other work for Detroit and, thus, represented a cost to Detroit. Detroit seeks reimbursement in the amount of $2,860.30 for the time of the following personnel:

| Personnel | Hours[2] | Hourly Rate[3] | Total |
|---|---|---|---|
| David Cetlinski, Executive Director | 14.5 | 95.56 | $1,385.62 |
| Kelly Tapper, Assistant Executive Director | 21.5 | 68.59 | $1,474.68 |
| | | | |
| **TOTAL** | | | **$2,860.30** |

## V.   Conclusion

14. In conclusion, Detroit was closely involved with the prosecution and settlement of this Action, strongly endorses the proposed Settlement as fair, reasonable, and adequate, and believes that it represents an excellent recovery for the Settlement Class in light of the risks of continued litigation. We have reviewed and endorse the proposed Plan of Allocation as fair and reasonable for the Settlement Class. Detroit further respectfully requests that the Court approve Lead Counsel's motion for attorneys' fees and expenses for Plaintiffs' Counsel. And finally, Detroit requests reimbursement for its costs and expenses under the PSLRA as set forth above.

---

[2] While Detroit devoted a significant amount of time to this Action, its request for reimbursement of costs is based on a conservative estimate of the number of hours we spent on this litigation.

[3] The hourly rates used for purposes of this request are based on the annual salaries and value of benefits of the respective personnel who worked on this Action.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.  Executed this 3rd day of March, 2023.

KELLY TAPPER