# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated, | § | No. MO:19-CV-217-DC |
| *Plaintiffs,* | § | |
| v. | § | |
| PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III, | § | |
| *Defendants.* | § | |

**DECLARATION OF LUIGGY SEGURA REGARDING:**
**(A) MAILING OF THE NOTICE AND CLAIM FORM;**
**(B) PUBLICATION OF THE SUMMARY NOTICE; AND**
**(C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, LUIGGY SEGURA, declare as follows:

1. I am the Vice President of Securities Operations at JND Legal Administration ("JND"). Pursuant to the Court's September 27, 2022 Order Preliminarily Approving Settlement and Providing for Notice (Doc. 169) (the "Preliminary Approval Order"), JND was appointed to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action (the "Action").[1] I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in order to provide the Court and the parties to the Action with information regarding: (i) dissemination of the Court-approved Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") and the Proof of Claim and Release Form (the "Claim Form") (collectively, the "Notice Packet," attached hereto as Exhibit A); (ii) publication of the Summary Notice; (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; (iv) the number of requests for exclusion from the Settlement Class received to date by JND; and (v) the number of claims received by JND.

**DISSEMINATION OF THE NOTICE PACKET**

3. Pursuant to the Preliminary Approval Order, JND was responsible for disseminating the Notice Packet to potential Settlement Class Members. The Settlement Class consists of all persons or entities who (a) purchased or otherwise acquired ProPetro common stock on the open market during the period from March 17, 2017 to March 13, 2020, both dates inclusive,

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated September 22, 2022 (Doc. 168-1) (the "Stipulation").

and were damaged thereby; or (b) purchased ProPetro common stock in or traceable to ProPetro's March 17, 2017 Initial Public Offering. Excluded from the Settlement Class are: (i) Defendants; (ii) ProPetro's affiliates and subsidiaries; (iii) the Officers and directors of ProPetro and its subsidiaries and affiliates at all relevant times; (iv) members of the Immediate Family of any excluded person; (v) heirs, successors and assigns of any excluded person or entity; and (vi) any entity in which any excluded person has or had a controlling interest. Also excluded from the Settlement Class are any persons and entities that submit a request for exclusion that is accepted by the Court.

4. On October 7, 2022, Lead Counsel emailed to JND data from Defendants' Counsel containing a total of 24 unique names and addresses of persons or entities who were identified as record holders of ProPetro Holding Corp. ("ProPetro") common stock during the Class Period. On October 26, 2022, JND caused the Notice Packet to be sent by first-class mail to 22 potential Settlement Class Members.[2]

5. JND maintains a proprietary database with names and addresses of the largest and most common brokerage firms, banks, and other institutions (referred to as "nominees" or "records holders") that purchase securities in "street name" on behalf of the beneficial owners. At the time of the initial mailing, JND's database of nominees contained 4,076 records. On October 26, 2022, JND caused Notice Packets to be sent by first-class mail to the 4,076 mailing records contained in its database.

6. JND also researched filings with the U.S. Securities and Exchange Commission (SEC) on Form 13-F to identify additional institutions or entities who may have held ProPetro

[2] Two records provided in the October 7, 2022 email from Lead Counsel were identified as persons excluded from the Settlement Class as defined in the Stipulation and Notice. These records were therefore not included in the list of potential Settlement Class Members.

common stock during the Class Period. Based on this research, 609 address records were added to the list of potential Settlement Class Members. On October 26, 2022, JND caused Notice Packets to be sent by first-class mail to these potential Settlement Class Members.

7. In total, 4,707 Notice Packets were mailed to potential Settlement Class Members and nominees by first-class mail on October 26, 2022.

8. The Notice directed those who purchased or otherwise acquired ProPetro common stock during the Class Period, or purchased ProPetro common stock in or traceable to ProPetro's IPO, for the beneficial interest of a person or entity other than themselves to either (i) within seven (7) days of receipt of the Notice, provide a list of the names, mailing addresses, and, if available, email addresses, of all such beneficial owners to JND (who would then mail copies of the Notice Packet to those persons); or (ii) within seven (7) days of receipt of the Notice, request from the Claims Administrator sufficient copies of the Notice Packet to forward to all such beneficial owners and within seven (7) days of receipt of those Notice Packets forward them to all such beneficial owners. *See* Notice at p. 15.

9. As of March 3, 2023, JND has received 15,004 additional names and addresses of potential Settlement Class Members from individuals or brokerage firms, banks, institutions, and other nominees. JND has also received requests from brokers and other nominee holders for 52,478 Notice Packets to be forwarded directly by the nominees to their customers. All such requests have been, and will continue to be, complied with and addressed in a timely manner.

10. As of March 3, 2023, a total of 72,189 Notice Packets have been mailed to potential Settlement Class Members and nominees. In addition, JND has re-mailed 554 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to JND by the USPS or were obtained through other means.

## PUBLICATION OF THE SUMMARY NOTICE

11. In accordance with Paragraph 7(d) of the Preliminary Approval Order, JND caused the Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Summary Notice") to be published in *Investor's Business Daily* and released via *PR Newswire* on November 7, 2022. Copies of proof of publication of the Summary Notice in *Investor's Business Daily* and over *PR Newswire* are attached hereto as Exhibits B and C, respectively. The Summary Notice released via PR Newswire has been available online since its publication on November 7, 2022.[3]

## WEBSITE

12. On October 26, 2022, JND established a website ("Settlement Website") dedicated to the Settlement, www.ProPetroSecuritiesLitigation.com. JND continues to maintain the Settlement Website to inform class members about the Settlement and provide answers to frequently asked questions. The web address was set forth in the Notice Packet and in the Summary Notice. The Settlement Website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and details about the Court's Settlement Hearing. Copies of the Notice and Claim Form, as well as the Stipulation, Preliminary Approval Order, and Complaint are posted on the Settlement Website and are available for downloading. The Settlement Website became operational on October 26, 2022, and is accessible 24 hours a day, 7 days a week. JND will update the Settlement Website as necessary through the administration of the Settlement.

---

[3] *See* https://www.prnewswire.com/news-releases/notice-of-pendency-and-proposed-settlement-of-class-action-involving-all-persons-who-purchased-or-otherwise-acquired-propetro-holding-corp-common-stock-on-the-open-market-from-march-17-2017-to-march-13-2020-inclusive-or-purch-301652453.html

**TELEPHONE HELPLINE**

13. On October 26, 2022, JND established a case-specific, toll-free telephone helpline, 1-877-917-0135, with an interactive voice response system and live operators, to accommodate potential Settlement Class Members with questions about the Action and the Settlement. The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further help have the option to be transferred to a live operator during business hours. JND continues to maintain the telephone helpline and will update the interactive voice response system as necessary through the administration of the Settlement.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

14. The Notice informs potential Settlement Class Members that requests for exclusion from the Settlement Class are to be sent by First Class Mail to EXCLUSIONS, *ProPetro Securities Litigation*, c/o JND Legal Administration, P.O. Box 91309, Seattle, Washington 98111, such that they are postmarked no later than March 21, 2023.

15. The Notice also sets forth the information that must be included in each request for exclusion. JND has monitored and will continue to monitor all mail delivered to the above address and all email delivered to the dedicated email address. As of March 3, 2023, JND has received one (1) request for exclusion. JND will submit a supplemental declaration after the March 21, 2023 deadline for requesting exclusion that will address all requests for exclusion received.

**REPORT ON CLAIMS RECEIVED TO DATE**

16. The Notice informed potential members of the Settlement Class that if they wished to participate in the Settlement they must submit a Claim Form to JND, with supporting documentation, postmarked or submitted online by February 23, 2023. As of March 3, 2023, JND has received approximately 18,333 claims. This claim count may increase if JND receives late

claims that would not delay a future distribution. Lead Counsel have the discretion to accept late claims for processing provided such acceptance does not delay the distribution of the Net Settlement Fund to the Settlement Class. *See* Preliminary Approval Order ¶ 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March 2023, at New Hyde Park, New York.

Luiggy Segura

LUIGGY SEGURA

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated, | § | No. MO:19-CV-217-DC |
| *Plaintiffs,* | § | |
| v. | § | |
| PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III, | § | |
| *Defendants.* | § | |

**NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO: All persons who purchased or otherwise acquired common stock of ProPetro Holdings Corp. ("ProPetro") on the open market during the period from March 17, 2017 to March 13, 2020, inclusive, and all persons who purchased ProPetro common stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017**

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.

PLEASE NOTE THAT IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MAY BE ENTITLED TO SHARE IN THE PROCEEDS OF THE SETTLEMENT DESCRIBED IN THIS NOTICE. TO CLAIM YOUR SHARE OF THE SETTLEMENT PROCEEDS, YOU MUST SUBMIT A VALID PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") **POSTMARKED OR SUBMITTED ONLINE ON OR BEFORE FEBRUARY 23, 2023**.

This Notice has been sent to you pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Western District of Texas (the "Court"). The purpose of this Notice is to inform you of the pendency of this class action (the "Action") between Lead Plaintiffs Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and

Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System (together, "Lead Plaintiffs"), and additional named plaintiff Police and Fire Retirement System of the City of Detroit (together, with Lead Plaintiffs, "Plaintiffs") and Defendants ProPetro Holding Corp. ("ProPetro"), Dale Redman, Jeffrey Smith, Ian Denholm, and Spencer D. Armour III ("Defendants") and the proposed $30,000,000 settlement reached therein (the "Settlement") and of the hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement as well as counsel's application for fees and expenses. This Notice describes what steps you may take in relation to the Settlement and this class action.[1]

This Notice is not intended to be, and should not be construed as, an expression of any opinion by the Court with respect to the truth of the allegations in the Action as to any of the Defendants or the merits of the claims or defenses asserted by or against the Defendants. This Notice is solely to advise you of the proposed Settlement of the Action and of your rights in connection therewith.

| **YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT** | |
|---|---|
| **SUBMIT A PROOF OF CLAIM FORM** | The only way to be eligible to receive a payment from the Settlement. **Proof of Claim forms must be postmarked or submitted online on or before February 23, 2023.** |
| **EXCLUDE YOURSELF** | Get no payment. This is the only option that ***potentially*** allows you to ever be part of any other lawsuit against the Defendants about the legal claims being resolved by this Settlement. Should you elect to exclude yourself from the Settlement Class you should understand that Defendants will have the right to assert any and all defenses they may have to any claims that you may seek to assert, including, without limitation, the defense that any such claims are untimely under applicable statutes of limitations and statutes of repose. **Exclusions must be *postmarked* on or before March 21, 2023.** |
| **OBJECT** | Write to the Court about why you do not like the Settlement, the Plan of Allocation, and/or the request for attorneys' fees and expenses. You will still be a Settlement Class Member. **Objections must be *received* by the Court and counsel on or before March 21, 2023. If you submit a written objection, you may (but do not have to) attend the hearing.** |
| **GO TO THE HEARING ON APRIL 11, 2023** | Ask to speak in Court about the fairness of the Settlement. **Requests to speak must be *received* by the Court and counsel on or before March 21, 2023.** |
| **DO NOTHING** | Receive no payment. You will, however, still be a Settlement Class Member, which means that you give up your right to ever be part of any other lawsuit against the Defendants about the legal claims being resolved by this Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings provided in the Stipulation and Agreement of Settlement dated September 22, 2022 (the "Settlement Agreement" or "Stipulation"), which is available on the website www.ProPetroSecuritiesLitigation.com.

## SUMMARY OF THIS NOTICE

**Statement of Class Recovery**

Pursuant to the Settlement described herein, a $30 million Settlement Fund has been established. Based on Plaintiffs' estimate of the number of affected shares of ProPetro common stock eligible to recover under the Settlement, the average distribution per share under the Plan of Allocation is approximately $0.17 per share, before deduction of any taxes on the income earned on the Settlement Amount, Notice and Administration Costs, and attorneys' fees and Litigation Expenses as determined by the Court. **Settlement Class Members should note, however, that this only an estimate.** A Settlement Class Member's actual recovery will be a proportion of the Net Settlement Fund determined by that claimant's claims as compared to the total claims of all Settlement Class Members who submit acceptable Proof of Claim Forms. An individual Settlement Class Member may receive more or less than this estimated average amount. *See* Plan of Allocation set forth and discussed at pages 16-21 below for more information on the calculation of your claim.

**Statement of Potential Outcome of Case**

The Parties disagree on both liability and damages and do not agree on the amount of damages that would be recoverable even if the Settlement Class prevailed on each claim alleged. Defendants have denied and continue to deny that they violated the federal securities laws. Defendants deny that they are liable to the Settlement Class and deny that the Settlement Class has suffered any damages. The issues on which the parties disagree are many, but include: (1) whether Defendants engaged in conduct that would give rise to any liability to the Settlement Class under the federal securities laws, or any other laws; (2) whether Defendants have valid defenses to any such claims of liability; (3) the appropriate economic model for determining the amount by which the prices of ProPetro shares were allegedly artificially inflated (if at all); (4) the amount, if any, by which the price of ProPetro shares were allegedly artificially inflated (if at all); (4) the effect of various market forces on the price of ProPetro shares; (5) the extent to which external factors influenced the prices of ProPetro shares at various times; (5) whether the various matters that Plaintiffs alleged were materially false or misleading were, in fact, false or misleading; (6) the extent to which the various matters that Plaintiffs alleged were materially false or misleading influenced (if at all) the price of ProPetro shares at various times; and (7) the extent to which the various allegedly adverse material facts that Plaintiffs alleged were omitted influenced (if at all) the price of ProPetro shares at various times.

**Statement of Attorneys' Fees and Expenses Sought**

Since the Action's inception, Lead Counsel have expended considerable time and effort in the prosecution of this Action on a wholly contingent basis and have advanced the expenses of the Action in the expectation that if they were successful in obtaining a recovery for the Settlement Class, they would be paid from such recovery. Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 20% of the Settlement Amount plus interest earned on that amount at the same rate as earned by the Settlement Fund. Lead Counsel will also apply for payment or reimbursement of costs and expenses incurred in prosecuting the Action in an amount not to exceed $750,000, which may include payments to Plaintiffs to reimburse them for their time and expenses incurred in representing the Settlement Class. If the amounts requested are approved by the Court, the average cost per affected share of ProPetro common stock will be approximately $0.04.

**Further Information**

For further information regarding the Action, this Notice, or to review the Settlement Agreement, please contact JND Legal Administration who is the Claims Administrator, toll-free at (877) 917-0135 or visit the website, www.ProPetroSecuritiesLitigation.com.

You may also contact a representative of counsel for the Settlement Class: James A. Harrod, Bernstein Litowitz Berger & Grossmann LLP, 1251 Avenue of the Americas, New York, NY 10020, 1-800-380-8496, settlements@blbglaw.com; or Daniel L. Berger, Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, NY 10017, 1-646-722-8500, www.gelaw.com.

**Please Do Not Call the Court or Defendants with Questions About the Settlement.**

**Reasons for the Settlement**

Plaintiffs' principal reason for entering into the Settlement is that it provides substantial benefits to the Settlement Class now, without further risk or the delays inherent in continued litigation. The cash benefit under the Settlement must be considered against the significant risk that a smaller recovery – or, indeed, no recovery at all – might be achieved after contested motions, trial, and likely appeals, a process that could last several years into the future. For the Defendants, who have denied and continue to deny all allegations, liability, fault, or wrongdoing whatsoever, the principal reason for entering into the Settlement is to eliminate the uncertainty, risk, costs, and distraction inherent in any litigation, especially in complex cases such as this Action. Defendants have concluded that further proceedings in this Action could be protracted, costly, and distracting.

## BASIC INFORMATION

### 1. Why did I get this Notice package?

This Notice was sent to you pursuant to an Order of a U.S. District Court because you or someone in your family or an account for which you serve as custodian may have: (a) purchased or otherwise acquired ProPetro common stock during the period from March 17, 2017 to March 13, 2020, both dates inclusive ("Class Period"); or (b) purchased ProPetro common stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017.

This Notice explains the class action lawsuit, the Settlement, Settlement Class Members' legal rights in connection with the Settlement, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the Action is the United States District Court for the Western District of Texas, Midland/Odessa Division, and the case is known as *Nykredit Portefølje Administration A/S et al. v. ProPetro Holding Corp. et al.*, No. MO:19-CV-217-DC. The case has been assigned to the Honorable Walter David Counts III. The entities representing the Settlement Class are Nykredit Portefølje Administration A/S ("Nykredit"), Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, Oklahoma City Employee Retirement System (the "Oklahoma Funds"), and Police and Fire Retirement System of the City of Detroit ("Detroit Police & Fire"), also called the "Plaintiffs," and the companies and individuals it sued are called the Defendants.

**2. What is this lawsuit about?**

This Action was brought on behalf of all persons and entities who (a) purchased or otherwise acquired ProPetro common stock on the open market during the period from March 17, 2017 to March 13, 2020, both dates inclusive; or (b) purchased ProPetro common stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017.

On September 16, 2019, a class action complaint was filed in the United States District Court for the Western District of Texas, styled *Logan v. ProPetro Holding Corp., et al.*, Case No. 7:19-CV-217. On December 16, 2019, the Court appointed Nykredit and the Oklahoma Funds as Lead Plaintiffs and approved Lead Plaintiffs' selection of Bernstein Litowitz Berger & Grossmann LLP and Grant & Eisenhofer P.A. as Lead Counsel. On February 13, 2020, Lead Plaintiffs and Detroit Police & Fire filed the Amended Class Action Complaint for Violations of the Federal Securities Laws. On April 14, 2020, Plaintiffs filed the Second Amended Class Action Complaint for Violations of the Federal Securities Laws. On July 30, 2020, Plaintiffs filed the Third Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"), which alleges that Defendants made materially false and misleading statements during the Class Period and in connection with ProPetro's Initial Public Offering on March 17, 2017 (the "IPO"), in violation of Sections 10(a) and 20(a) of the Securities Exchange Act of 1934 and Sections 11 and 15 of the Securities Act of 1933.

From the outset of the Action, Defendants have denied any wrongdoing or liability and consistently maintained that they never intentionally made any statement that was false or misleading, and that they made no false or misleading statements in the documents that comprised ProPetro's registration statement for the IPO (the "Registration Statement"). Defendants believed at the time that ProPetro's public statements made during the Class Period were truthful, accurate, and not misleading, and contained no material misstatements or omissions of fact. Defendants also believed, and continue to believe, that the Registration Statement was truthful, accurate, and not misleading, and contained no material misstatements or omissions of fact. Defendants believe that Plaintiffs cannot prove any element of their claims.

On August 31, 2020, Defendants filed motions to dismiss the Complaint. On September 30, 2020, Plaintiffs filed their omnibus memorandum of law in opposition to those motions and, on October 30, 2020, Defendants filed their reply papers.

On September 13, 2021, the Court entered an order granting in part and denying in part Defendants' motions to dismiss the Complaint.

On October 22, 2021, Defendants filed a motion to strike portions of the Complaint under Federal Rule of Civil Procedure 12(f) contending that these portions were rendered "immaterial" and "impertinent" by the Court's order dated September 13, 2021 granting in part and denying in part Defendants' motions to dismiss the Complaint (the "Motion to Strike"). On November 5, 2021, Plaintiffs filed an opposition to the Motion to Strike.

On March 18, 2022, the Court granted the Motion to Strike.

On April 1, 2022, Defendants filed their Answers and Affirmative Defenses to the Complaint.

On May 27, 2022, Plaintiffs filed their motion for class certification (the "Class Certification Motion") and supporting papers, including a report from an expert on market efficiency.

On July 1, 2022, Plaintiffs filed four supplemental declarations in support of the Class Certification Motion. On July 5, 2022, Defendants filed a motion to strike the supplemental declarations dated July 1, 2022 contending that they were untimely and improper declarations. On July 19, 2022, Plaintiffs filed an opposition to Defendants' July 5, 2022 motion to strike the supplemental declarations.

On July 22, 2022 Defendants filed their opposition to Plaintiffs' Class Certification Motion and a motion to exclude Plaintiffs' market efficiency expert.

Discovery in this Action commenced in October 2021 and continued up until the parties agreed to stay all discovery on August 22, 2022. Plaintiffs prepared and served initial disclosures and a set of document requests on the Defendants. Additionally, Plaintiffs prepared and served document subpoenas on twenty non-parties. Plaintiffs also served interrogatories on ProPetro and Defendant Redman. Plaintiffs exchanged numerous letters and held numerous meet and confers with Defendants concerning discovery issues. Defendants and third parties produced a total of over 350,000 pages of documents to Plaintiffs, and Plaintiffs produced over 30,000 pages of documents to Defendants in response to their requests. A total of eight depositions of representatives for each of the Plaintiffs and of Plaintiffs' expert on market efficiency were taken in connection with Plaintiffs' motion for class certification, and eight additional depositions of Defendants and related witnesses were noticed.

On August 22, 2022, Lead Counsel for Plaintiffs and Counsel for Defendants informed the Court that a settlement had been reached.

**3. Why is there a settlement?**

The Court has not decided in favor of Defendants or Plaintiffs. Instead, both sides agreed to the Settlement to avoid the distraction, costs, and risks of further litigation, and Plaintiffs agreed to the Settlement in order to ensure that Settlement Class Members will receive compensation.

Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit. They recognize, however, the significant expense and length of the continued proceedings that would be necessary to pursue their claims against Defendants through the completion of discovery, certification of the class, summary judgment, trial, and appeals, as well as the substantial risks they would face in establishing liability and damages.

Defendants have argued, and would continue to argue, that they did not violate the federal securities laws. More specifically, Defendants have argued, and would continue to argue, that they did not make any misleading statements or omissions and that any alleged misstatements were immaterial. In addition, with respect to the Exchange Act claims, Defendants would contend that any alleged misstatements were not made with "scienter," or fraudulent intent; and that Plaintiffs would not be able to prove that the alleged misleading statements or omissions caused Plaintiffs' losses, or the amount of damages. Overcoming these arguments would have presented significant challenges to Plaintiffs.

In light of these risks, the amount of the Settlement, and the immediacy of recovery to the Settlement Class, Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Settlement Class. Plaintiffs and Lead Counsel believe that the Settlement provides a favorable result for the Settlement Class, namely $30,000,000 in cash (less the various deductions described in this Notice), as compared to the risk

that the claims in the Action would produce a smaller, or no, recovery after full discovery, a class certification motion, summary judgment, trial, and appeals, possibly years in the future.

Defendants are entering into the Settlement solely to eliminate the uncertainty, burden, and expense of further protracted litigation. Each of the Defendants denies any wrongdoing, and denies that Plaintiffs have asserted any valid claims as to any of them, and expressly deny any and all allegations of fault, liability, wrongdoing, or damages whatsoever.

## WHO IS IN THE SETTLEMENT

### 4. How do I know if I am a Settlement Class Member?

The Settlement Class is comprised of all persons or entities who (a) purchased or otherwise acquired ProPetro common stock on the open market during the period from March 17, 2017 to March 13, 2020, both dates inclusive, and were damaged thereby; or (b) purchased ProPetro common stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017.

Excluded from the Settlement Class are: (i) Defendants; (ii) ProPetro's affiliates and subsidiaries; (iii) the Officers and directors of ProPetro and its subsidiaries and affiliates at all relevant times; (iv) members of the Immediate Family of any excluded person; (v) heirs, successors and assigns of any excluded person or entity; and (vi) any entity in which any excluded person has or had a controlling interest. Also excluded from the Settlement Class are any persons and entities that submit a request for exclusion that is accepted by the Court.

**Please Note**: Receipt of this Notice does not mean that you are a Settlement Class Member or that you will be entitled to receive a payment from the Settlement. If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Proof of Claim Form that is being distributed with this Notice and the required supporting documentation as set forth therein postmarked or submitted online on or before February 23, 2023.

### 5. What if I am still not sure if l am included?

If you are still not sure whether you are included, you can ask for free help. You can contact the Claims Administrator toll-free at (877) 917-0135, contact Lead Counsel, or you can fill out and return the Proof of Claim Form enclosed with this Notice package, to see if you qualify.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

### 6. What does the Settlement provide?

The Settlement provides that, in exchange for the release of the Released Claims (defined below) and dismissal of the Action, Defendants have agreed to cause to be paid by their insurers $30 million in cash to be distributed after any Taxes, Notice and Administration Costs, Litigation Expenses awarded by the Court, attorneys' fees awarded by the Court, and any other costs and fees approved by the Court, *pro rata*, to Settlement Class Members who send in a valid Proof of Claim Form pursuant to the Court-approved Plan of Allocation. The Plan of Allocation is described in more detail at the end of this Notice.

**7. How much will my payment be?**

Your share of the Net Settlement Fund will depend on several things, including the total amount of claims represented by the valid Proof of Claim Forms that Settlement Class Members send in, compared to the amount of your claim, all as calculated under the Plan of Allocation discussed below.

## HOW YOU GET A PAYMENT – SUBMITTING A CLAIM FORM

**8. How can I get a payment?**

To be eligible to receive a payment from the Settlement, you must submit a Proof of Claim Form. A Proof of Claim Form is enclosed with this Notice or it may be downloaded at www.ProPetroSecuritiesLitigation.com. Read the instructions carefully, fill out the Proof of Claim Form, include all the documents the form asks for, sign it, and **mail or submit it online so that it is postmarked or received no later than February 23, 2023.** The Proof of Claim Form may be submitted online at www.ProPetroSecuritiesLitigation.com.

**9. When would I get my payment?**

**The Court will hold a Settlement Hearing on April 11, 2023 at 1:30 p.m.**, to decide whether to approve the Settlement. If the Court approves the Settlement, there might be appeals. It is always uncertain whether appeals can be resolved, and if so, how long it would take to resolve them. It also takes time for all the Proof of Claim Forms to be processed. Please be patient. As of the date of this Notice, the Court has preliminarily approved the Settlement Agreement and the Settlement set forth therein, and found that the Settlement has resulted from arms-length bargaining between the parties and as such may be submitted to the Settlement Class for consideration pursuant to Rule 23(e)(1)(B)(i) of the Federal Rules of Civil Procedure. Those matters will be addressed by the Court at the Settlement Hearing.

**10. What am I giving up to get a payment or to stay in the Settlement Class?**

Unless you timely and validly exclude yourself, you are staying in the Settlement Class, and that means you and your respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, cannot sue, continue to sue, or be part of any other lawsuit against the "Defendants' Releasees" (as defined below) about "Released Plaintiffs' Claims" (as defined below) in this case. It also means that all of the Court's orders will apply to you and legally bind you. If you remain a Settlement Class Member, and if the Settlement is approved, you will give up all "Released Plaintiffs' Claims" (as defined below), including "Unknown Claims" (as defined below), against the "Defendants' Releasees" (as defined below):

- "Class Period" means the period from March 17, 2017 to March 13, 2020, both dates inclusive.
- "Complaint" means the Third Amended Class Action Complaint filed in the Action on July 30, 2020.
- "Defendants" means ProPetro and the Individual Defendants.
- "Defendants' Releasees" means Defendants and their respective current and former parents, affiliates, subsidiaries, officers, directors, agents, successors, predecessors,

assigns, assignees, partnerships, partners, trustees, trusts, employees, Immediate Family members, insurers, reinsurers, and attorneys, in their capacities as such.

- "Detroit Police & Fire" means plaintiff Police and Fire Retirement System of the City of Detroit.
- "Effective Date" means the first date by which all the events and conditions specified in paragraph 33 of the Stipulation have been met and have occurred or have been waived.
- "Immediate Family" means children, stepchildren, parents, stepparents, spouses, siblings, mothers-in-law, fathers-in-law, sons-in-law, daughters-in-law, brothers-in-law, and sisters-in-law. As used in this paragraph, "spouse" shall mean a husband, a wife, or a partner in a state-recognized domestic relationship or civil union.
- "Individual Defendants" means Dale Redman, Jeffrey Smith, Ian Denholm, and Spencer D. Armour III.
- "Judgment" means the final judgment to be entered by the Court approving the Settlement.
- "Lead Counsel" means the law firms of Bernstein Litowitz Berger & Grossmann LLP and Grant & Eisenhofer P.A.
- "Lead Plaintiffs" means Nykredit Portefølje Administration A/S, Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, Oklahoma Police Pension and Retirement System, and Oklahoma City Employee Retirement System.
- "Officer" means any officer as that term is defined in Securities and Exchange Act Rule 16a-1(f).
- "Parties" means Defendants and Plaintiffs, on behalf of themselves and the Settlement Class.
- "Plaintiffs" means Lead Plaintiffs and Detroit Police & Fire.
- "Plaintiffs' Counsel" means Lead Counsel; Martin & Drought, P.C., liaison counsel for Plaintiffs and the Settlement Class; and Clark Hill PLC, counsel for Detroit Police & Fire.
- "Plaintiffs' Releasees" means Plaintiffs, Plaintiffs' Counsel, Settlement Class Members, and their respective current and former parents, affiliates, subsidiaries, officers, directors, agents, successors, predecessors, assigns, assignees, partnerships, partners, trustees, trusts, employees, Immediate Family members, insurers, reinsurers, and attorneys, in their capacities as such.
- "Released Claims" means all Released Defendants' Claims and all Released Plaintiffs' Claims.
- "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, that arise out of or relate to the prosecution or settlement of the claims asserted against Defendants in the Action. Released Defendants' Claims do not include: (i) any claims relating to the

enforcement of the Settlement; (ii) any claims against any person or entity that submits a request for exclusion from the Settlement Class that is accepted by the Court; or (iii) any claims that any Defendant may have under or relating to any policy of liability, any other insurance policy, or any contractual or statutory right to indemnification. For the avoidance of doubt, the Stipulation shall not release any insurer, co-insurer, excess insurer, or re-insurer from any obligation owed to any Defendant in the Action for indemnity or coverage under or relating to any policy of liability or other insurance policy.

- "Released Plaintiffs' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, that Plaintiffs or any other member of the Settlement Class (i) asserted in any complaint filed in the Action, including the Complaint (the "Complaints"), (ii) could have asserted in any forum that arise out of or are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the Complaints and that relate to the purchase or acquisition of ProPetro common stock during the Class Period or in or traceable to the Company's March 17, 2017 Initial Public Offering; or (iii) that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants. Released Plaintiffs' Claims do not include: (i) the claims asserted in any shareholder derivative action and (ii) any claims relating to the enforcement of the Settlement.
- "Releasee(s)" means each and any of the Defendants' Releasees and each and any of the Plaintiffs' Releasees.
- "Settlement" means the settlement between Plaintiffs, on behalf of the Settlement Class, and Defendants on the terms and conditions set forth in the Settlement Agreement.
- "Settlement Class" means all persons and entities who (a) purchased or otherwise acquired ProPetro common stock on the open market during the Class Period, and were damaged thereby, or (b) purchased ProPetro common stock in or traceable to the Company's March 17, 2017 Initial Public Offering. Excluded from the Settlement Class are Defendants; ProPetro's affiliates and subsidiaries; the Officers and directors of ProPetro and its subsidiaries and affiliates at all relevant times; members of the Immediate Family of any excluded person; heirs, successors and assigns of any excluded person or entity; and any entity in which any excluded person has or had a controlling interest. Also excluded from the Settlement Class are any persons and entities that submit a request for exclusion that is accepted by the Court.
- "Settlement Class Member" means each person and entity who or which is a member of the Settlement Class.
- "Unknown Claims" means any Released Plaintiffs' Claims that Plaintiffs or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, and any Released Defendants' Claims that any Defendant does not know or suspect to exist in his or its favor at the time of the release of such claims, and that, if known by him, her, or it, might have affected his, her, or its decision(s) with respect to this Settlement. With

respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members shall be deemed to have waived, and by operation of the Judgment shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or principle of common law or foreign law that is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

## EXCLUDING YOURSELF FROM THE SETTLEMENT CLASS

If you do not want to participate in this Settlement, and you want to keep the right to potentially sue Defendants' Releasees, on your own, about the claims being released by the Settlement, then you must take steps to remove yourself from the Settlement Class. This is called excluding yourself – or is sometimes referred to as "opting out." If you are requesting exclusion because you want to bring your own lawsuit based on the matters alleged in this Action, you may want to consult an attorney and discuss whether any claim that you may wish to pursue would be barred, including by the applicable statutes of limitation or repose or on other grounds.

### 11. How do I get out of the Settlement Class and the proposed Settlement?

To exclude yourself from the Settlement Class and the Settlement, you must send a letter by First-Class Mail stating that you "request exclusion from the Settlement Class in the '*ProPetro Securities Settlement*.'" Your letter must identify your purchases or acquisitions of ProPetro common stock during the Class Period, including the dates, the number of ProPetro shares purchased or acquired, and price paid for each such purchase or acquisition, and whether the shares were purchased in or traceable to the ProPetro Initial Public Offering. In addition, you must include your name, address, telephone number, and your signature. Alternatively, you may email your application to the address below.

You must submit your exclusion request so that it is **postmarked no later than March 21, 2023** to:

**EXCLUSIONS**
*ProPetro Securities Litigation*
c/o JND Legal Administration
P.O. Box 91309
Seattle, Washington 98111
(877) 917-0135

If you ask to be excluded, you will not get any payment from the Settlement, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit, and you may be able to sue Defendants' Releasees about the Released Plaintiffs' Claims in the future.

**12. If I do not exclude myself, can I sue the Defendants and other Releasees for the same conduct later?**

No. Unless you exclude yourself, you give up any rights you may potentially have to sue Defendants' Releasees for any and all Released Plaintiffs' Claims. If you have a pending lawsuit against any Releasees, speak to your lawyer in that case immediately. You must exclude yourself from the Settlement Class in this Action to continue your own lawsuit. Remember, the exclusion deadline is March 21, 2023.

**13. If I exclude myself, can I get money from the proposed Settlement?**

No. If you exclude yourself, you should not send in a Proof of Claim Form to ask for any money. But you may have the right to potentially sue or be part of a different lawsuit against Defendants' Releasees.

**THE LAWYERS REPRESENTING THE SETTLEMENT CLASS**

**14. Do I have a lawyer in this case?**

The Court has appointed Bernstein Litowitz Berger & Grossmann LLP and Grant & Eisenhofer P.A. to represent the Settlement Class Members, including you. These lawyers are called Lead Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

**15. How will the lawyers be paid?**

Lead Counsel will apply to the Court for an award of attorneys' fees not to exceed 20% of the Settlement Amount, plus interest on such fees at the same rate as earned by the Settlement Fund, and for litigation expenses, costs and charges incurred in connection with the Action in an amount not to exceed $750,000, which may include payment to Plaintiffs to reimburse them for their time and expenses incurred in representing the Settlement Class. Such sums will be paid from the Settlement Fund if they are approved by the Court.

**OBJECTING TO THE SETTLEMENT**

You can tell the Court that you do not agree with the Settlement or any part of it.

**16. How do I tell the Court that I object to the proposed Settlement?**

If you are a Settlement Class Member, you can comment on or object to the proposed Settlement, the proposed Plan of Allocation and/or Lead Counsel's fee and expense application. You can write to the Court setting out your comment or objection. The Court will consider your views. To comment or object, you must send a signed letter saying that you wish to comment on or object to the proposed Settlement in the *ProPetro Settlement*. Any objections: (a) must identify the case name and docket number, *Nykredit Portefølje Administration A/S et al. v. ProPetro Holding Corp. et al.*, No. MO:19-CV-217-DC; (b) must state the name, address, and telephone number of the person or entity objecting and must be signed by the objector; (c) must state whether

the objector is represented by counsel and, if so, the name, address, and telephone number of the objector's counsel; (d) must state with specificity the grounds for the Settlement Class Member's objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention and whether the objection applies only to the objector, to a specific subset of the Settlement Class, or to the entire Settlement Class; and (e) must include documents sufficient to prove membership in the Settlement Class, including the number of shares of ProPetro common stock that the objecting Settlement Class Member purchased/acquired and/or sold during the Class Period (from March 17, 2017 through March 13, 2020, inclusive), as well as the date, number of shares, and price of each such purchase/acquisition and sale, and the number of shares purchased in or traceable to ProPetro's IPO and the date, number of shares, and price of each such purchase. The objecting Settlement Class Member must provide documentation establishing membership in the Settlement Class through copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from the objector's broker containing the transactional and holding information found in a broker confirmation slip or account statement. Your comments or objection must be filed with the Court and mailed or delivered to each of the following addresses such that it is ***received*** **no later than March 21, 2023:**

| **COURT** | **LEAD COUNSEL** | **REPRESENTATIVE DEFENDANTS' COUNSEL** |
|---|---|---|
| CLERK OF THE COURT<br>UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>MIDLAND/ODESSA DIVISION<br>200 East Wall, Room 222<br>Midland, TX 79701 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>JAMES A. HARROD<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>GRANT & EISENHOFER P.A.<br>DANIEL L. BERGER<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | HUGHES HUBBARD & REED LLP<br>KEVIN T. ABIKOFF<br>1775 I Street, NW<br>Washington, DC 20006<br><br>HUGHES HUBBARD & REED LLP<br>SHAHZEB LARI<br>One Battery Park Plaza<br>New York, NY 10004-1482 |

**17. What is the difference between objecting and excluding?**

Objecting is simply telling the Court that you do not like something about the Settlement. You can object **only** if you stay in the Settlement Class.

Excluding yourself is telling the Court that you do not want to be paid and do not want to release any claims you think you may have against Defendants' Releasees. If you exclude yourself, you cannot object to the Settlement because it does not affect you.

**THE COURT'S SETTLEMENT HEARING**

The Court will hold a hearing to decide whether to approve the proposed Settlement. You may attend and you may ask to speak, but you do not have to.

**18. When and where will the Court decide whether to approve the proposed Settlement?**

The Court will hold a hearing (the "Settlement Hearing") at **1:30 p.m., on April 11, 2023**, before the Honorable David Counts, either in person at the United States District Court for the

Western District of Texas, Midland/Odessa Division, 200 East Wall, Midland, Texas 79701, or by telephone or videoconference, in the discretion of the Court. At the hearing, the Court will consider whether the Settlement and the Plan of Allocation are fair, reasonable, and adequate. If there are objections, the Court will consider them, even if you do not ask to speak at the hearing. The Court will listen to people who have asked to speak at the hearing. The Court will also consider whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Plaintiffs should be certified as Class Representatives for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class. The Court will consider Lead Counsel's motion for attorneys' fees and expenses, and may also decide how much to pay to Lead Counsel and Plaintiffs. After the Settlement Hearing, the Court will decide whether to approve the Settlement and the Plan of Allocation. We do not know how long these decisions will take. You should be aware that the Court may change the date and time of the Settlement Hearing without another notice being sent to Settlement Class Members. **Any updates regarding the date or time of the Settlement Hearing or concerning whether the Settlement Hearing will be held by phone or video, will be posted to the Settlement website, www.ProPetroSecuritiesLitigation.com.** Please review that website or contact Lead Counsel if you plan to attend the Settlement Hearing.

### 19. Do I have to come to the hearing?

No. Lead Counsel will answer questions the Court may have. But, you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed or submitted your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary. Settlement Class Members do not need to appear at the hearing or take any other action to indicate their approval.

### 20. May I speak at the hearing?

If you object to the Settlement, the Plan of Allocation, and/or the fee and expense application, you may ask the Court for permission to speak at the Settlement Hearing. To do so, you must include with your objection (*see* question 16 above) a statement saying that it is your "Notice of Intention to Appear in the '*ProPetro Settlement*.'" Persons who intend to object to the Settlement, the Plan of Allocation, and/or any attorneys' fees and expenses to be awarded to Lead Counsel or Plaintiffs and desire to present evidence at the Settlement Hearing must include in their written objections the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the Settlement Hearing. Your notice of intention to appear must be ***received*** **no later than March 21, 2023**, and addressed to the Clerk of Court, Lead Counsel, and Defendants' Counsel, at the addresses listed above in question 16.

You cannot speak at the hearing if you exclude yourself from the Settlement Class.

## IF YOU DO NOTHING

### 21. What happens if I do nothing?

If you do nothing, you will not receive any money from this Settlement. In addition, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants' Releasees about the Released Plaintiffs' Claims in this case.

## GETTING MORE INFORMATION

### 22. How do I get more information?

For even more detailed information concerning the matters involved in this Action, you can obtain answers to common questions regarding the proposed Settlement by contacting the Claims Administrator toll-free at (877) 917-0135. Copies of the Settlement Agreement, papers in support of approval of the Settlement, Orders entered by the Court related to the Settlement, and to other settlement-related papers filed in the Action have been or will be posted on the Settlement website at www.ProPetroSecuritiesLitigation.com. Documents related to the Action may also be inspected at the Office of the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division, during regular business hours. For a fee, all papers filed in this Action are available at www.pacer.gov.

## SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

If you purchased or acquired ProPetro common stock during the period from March 17, 2017 to March 13, 2020, inclusive, or if you purchased ProPetro common stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017 for the beneficial interest of an individual or organization other than yourself, the Court has directed that, WITHIN SEVEN (7) DAYS OF YOUR RECEIPT OF THIS NOTICE, you either (a) provide to the Claims Administrator a list of the names, mailing addresses, and, if available, email addresses of all such beneficial owners, or (b) request additional copies of this Notice and the Proof of Claim Form, which will be provided to you free of charge, and within seven (7) days mail the Notice and Proof of Claim Form directly to the beneficial owners of the shares referred to herein. If you choose to follow alternative procedure (b), upon such mailing, you must send a statement to the Claims Administrator confirming that the mailing was made as directed and retain the names and addresses for any future mailings to Settlement Class Members. You are entitled to reimbursement from the Settlement Fund of your reasonable expenses actually incurred in connection with the foregoing, including reimbursement of postage expense and the cost of ascertaining the names and addresses of beneficial owners. Your reasonable expenses will be paid upon request and submission of appropriate supporting documentation. All communications concerning the foregoing should be addressed to the Claims Administrator:

*ProPetro Securities Litigation*
c/o JND Legal Administration
P.O. Box 91309
Seattle, Washington 98111
(877) 917-0135
info@ProPetroSecuritiesLitigation.com
-- or --
www.ProPetroSecuritiesLitigation.com

DATED: October 26, 2022

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**APPENDIX A**

**Proposed Plan of Allocation of Net Settlement Fund**

1. The Plan of Allocation (the "Plan") set forth herein is the plan that is being proposed to the Court for approval by Plaintiffs after consultation with their damages expert. The Court may approve the Plan with or without modification, or approve another plan of allocation, without further notice to the Settlement Class. Any Orders regarding a modification to the Plan will be posted to www.ProPetroSecuritiesLitigation.com. Defendants have had, and will have, no involvement or responsibility for the terms or application of the Plan.

2. The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund to those Settlement Class Members who suffered economic losses as a result of the alleged violations of the federal securities laws.

3. In developing the Plan of Allocation, Plaintiffs considered the estimated amount of artificial inflation in the price of ProPetro common stock that was allegedly caused by Defendants' alleged false and misleading statements and material omissions as calculated by Plaintiffs' damages expert. In calculating the estimated artificial inflation, Plaintiffs' damages expert calculated the "Abnormal Return" for each corrective disclosure allegedly revealing the truth concerning Defendants' alleged misrepresentations and material omissions by considered the price changes in ProPetro common stock on the trading day immediately following the disclosures, adjusting for price changes that day that were attributable to market or industry forces. In addition, as discussed further below, to determine the artificial inflation used in this Plan of Allocation, Plaintiffs have adjusted the Abnormal Return for each corrective disclosure date to account for specific litigation risks related to proving that the full Abnormal Return for that disclosure was related to the alleged misstatements, including risks related to disaggregating the effect of unrelated statements.

4. For losses to be compensable damages under Section 10(b) of the Exchange Act, the disclosure of the allegedly misrepresented information must be the cause of the decline in the price of the ProPetro common stock. In the Action, Plaintiffs allege that Defendants made false statements and omitted material facts during the period from March 17, 2017 through March 13, 2020, inclusive, which had the effect of artificially inflating the price of ProPetro common stock. Plaintiffs further allege that corrective information was released to the market through a series of corrective disclosures on August 8, 2019, August 30, 2019, October 18, 2019, October 31, 2019, and March 16, 2020, which partially removed artificial inflation from the price of ProPetro common stock on August 9, 2019, September 3, 2019, October 18, 2019, October 31, 2019, and March 16, 2020. In addition, Plaintiffs allege that Defendants' disclosure on October 9, 2019, caused the price of ProPetro's common stock to increase, which had the effect of partially increasing artificial inflation on October 10, 2019.

5. Recognized Loss Amounts for transactions in ProPetro common stock are calculated under the Plan of Allocation based on the difference in the amount of alleged artificial inflation in the price of ProPetro common stock at the time of purchase and the time of sale or the difference between the actual purchase price and sale price. In order to have a Recognized Loss Amount under the Plan of Allocation, a Settlement Class Member who purchased or otherwise acquired ProPetro common stock prior to the first corrective disclosure, which occurred before the opening of trading on August 9, 2019, must have held his, her, or its ProPetro common stock through that time. A Settlement Class Member who purchased or otherwise acquired publicly

traded ProPetro Common Stock from August 9, 2019 through and including March 13, 2020 must have held those shares through at least one subsequent alleged corrective disclosure date, when additional corrective information was released to the market and removed the remaining artificial inflation from the price of ProPetro Common Stock, in order to have a Recognized Loss Amount.

6. As noted above, the artificial inflation in ProPetro stock was determined by considering the Abnormal Return on each of the corrective disclosure dates and the inflationary disclosure date, with adjustments to the amount made to account for the risks of establishing that the full Abnormal Return on that date was related to alleged fraud (and thus was compensable as damages in the Action). Specifically, (a) the Abnormal Return on August 9, 2019 has been discounted by 40% to reflect the potential difficulties of disaggregating unrelated earnings news that day; (b) the Abnormal Return on September 3, 2019 has been discounted by 75% to reflect the potential difficulties of proving a causal connection between the alleged misstatements and the price decline this day; (c) the Abnormal Return on October 10, 2019 has been discounted by 75% to reflect the potential difficulties of proving a causal connection between this alleged misstatement and the price increase on this day; (d) the Abnormal Return on October 18, 2019 has been discounted by 75% to reflect the lack of material new information concerning control deficiencies on this disclosure date; (e) the Abnormal Return on October 31, 2019 has been discounted by 75% to reflect the nature of the disclosure—a short seller report—and its arguably attenuated relationship to the sustained claims; and (f) the Abnormal Return on March 16, 2020 has been discounted by 75% to reflect material risks to proving the statistical significance of this Abnormal Return, as well as concerns related to connecting the price decline on this day to the sustained claims and disclosure of internal control problems.

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

7. Based on the formula stated below, a "**Recognized Loss Amount**" will be calculated for each purchase or acquisition of ProPetro common stock during the Class Period that is listed on the Claim Form and for which adequate documentation is provided. The **Recognized Loss Amount** for each purchase or acquisition of ProPetro common stock during the Class Period shall be ***the greater of*** (a) the **Exchange Act Loss Amount** calculated under paragraph 8 below, if any, ***or*** (b) the **Securities Act Loss Amount** calculated under paragraph 9 below, if any.

### Exchange Act Loss Amounts

8. For each share of ProPetro common stock purchased or otherwise acquired in ProPetro's IPO or on the open market during the period from March 17, 2017 through March 13, 2020, inclusive, and:

a) sold before August 9, 2019, the **Exchange Act Loss Amount** is zero;

b) sold from August 9, 2019 through the close of trading on March 13, 2020, the **Exchange Act Loss Amount** is **the lesser of:** (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A *minus* the amount of artificial inflation per share on the date of sale as stated in Table A; or (ii) the purchase price *minus* the sale price;

c) sold after the close of trading on March 13, 2020 through the close of trading on June 12, 2020, the **Exchange Act Loss Amount** is equal to **the least of:** (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A; (ii) the

purchase price *minus* the sale price; or (iii) the purchase price *minus* the average closing price between March 16, 2020 and the date of sale as stated in Table B;

d) held as of the close of trading on June 12, 2020, the **Exchange Act Loss Amount** is equal to **the lesser of:** (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A; or (ii) the purchase price *minus* $4.00.[2]

**<u>Securities Act Loss Amounts</u>**

9. For each share of ProPetro common stock purchased or otherwise acquired in ProPetro's IPO or on the open market during the period from March 17, 2017 through and including September 12, 2017, the final day prior to the expiration of the lock-up on sales of shares of ProPetro common stock held by ProPetro's directors and executive officers, and other investors who held ProPetro stock prior to the IPO (the "Lock-Up Period"), and:

(a) sold before the close of trading on September 16, 2019 (the date the first lawsuit alleging claims against Defendants was filed), the **Securities Act Loss Amount** is the purchase price per share (not to exceed $14.00) *minus* the sale price per share;

(b) sold after the close of trading on September 16, 2019 but before the close of trading on June 12, 2020, the **Securities Act Loss Amount** is the purchase price per share (not to exceed $14.00) *minus* the greater of: (i) the sale price per share or (ii) $11.43 (the closing price of ProPetro Common Stock on September 16, 2019);

(c) held as of the close of trading on June 12, 2020, **the Securities Act Loss Amount** is the purchase price per share (not to exceed $14.00) *minus* $11.43.

10. As noted above, for each purchase or acquisition of ProPetro common stock during the Class Period, a **Recognized Loss Amount** will be calculated which is ***the greater of*****:** the Exchange Act Loss Amount, if any, or the Securities Act Loss Amount, if any. If a Recognized Loss Amount calculates to a negative number, the Recognized Loss Amount for that transaction will be zero.

## <u>ADDITIONAL PROVISIONS</u>

11. The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount (defined in paragraph 18 below) is $10.00 or greater.

12. **Calculation of a Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" will be the sum of his, her, or its Recognized Loss Amounts as calculated above with respect to all purchases or acquisitions of ProPetro common stock during the Class Period.

[2] Pursuant to Section 21D(e)(1) of the Exchange Act, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." Consistent with the requirements of the Exchange Act, Recognized Loss Amounts are reduced to an appropriate extent by taking into account the closing prices of ProPetro common stock during the "90-day look-back period," from March 16, 2020 through June 12, 2020. The mean (average) closing price for ProPetro common stock during this period was $4.00.

13. **FIFO Matching:** If a Settlement Class Member made more than one purchase/acquisition or sale of ProPetro common stock during the Class Period, all purchases/acquisitions and sales will be matched on a First In, First Out ("FIFO") basis. Class Period sales will be matched against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Class Period.

14. **"Purchase/Sale" Prices:** For the purposes of calculations under this Plan of Allocation, "purchase price" means the actual price paid, excluding all fees, taxes, and commissions, and "sale price" means the actual amount received, not deducting any fees, taxes, and commissions.

15. **"Purchase/Sale" Dates:** Purchases, acquisitions, and sales of ProPetro common stock will be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. Moreover, the receipt or grant by gift, inheritance, or operation of law of ProPetro common stock during the Class Period shall not be deemed an eligible purchase, acquisition, or sale, nor shall the receipt or grant be deemed an assignment of any claim relating to the shares unless (i) the donor or decedent purchased or acquired the stock during the Class Period; (ii) the instrument of gift or assignment specifically provides that it is intended to transfer such rights; and (iii) no Claim was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to those shares.

16. **Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase of the ProPetro common stock. The date of a "short sale" is deemed to be the date of sale of the ProPetro common stock. "Short sales" and the purchases covering "short sales" shall not be entitled to recovery under the Plan of Allocation.

17. **Derivatives and Options:** The only security eligible to participate in the Settlement is ProPetro common stock. Option contracts or any other securities are not eligible to participate in the Settlement. With respect to ProPetro common stock purchased or sold through the exercise of an option, the purchase/sale date of the ProPetro common stock is the exercise date of the option and the purchase/sale price is the exercise price of the option.

18. **Determination of Distribution Amount:** The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "**Distribution Amount**" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

19. If an Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculations and no distribution will be made to that Authorized Claimant.

20. After the initial distribution of the Net Settlement Fund, the Claims Administrator will make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the Net Settlement Fund after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determine that it is cost-effective to do so, the Claims Administrator, no less than seven (7) months after the initial distribution, will conduct another distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such distribution. Additional distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional distributions may occur thereafter if

Lead Counsel, in consultation with the Claims Administrator, determine that additional distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such further distributions, would be cost-effective. At such time as it is determined that the further distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance will be contributed to one or more non-sectarian, not-for-profit, 501(c)(3) organizations to be selected by Lead Counsel and approved by the Court.

21. Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, will be conclusive against all Claimants. No person or entity shall have any claim against Plaintiffs, Plaintiffs' Counsel, the Claims Administrator, or any other agent designated by Lead Counsel, or Defendants' Releasees and/or their respective counsel, arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or any order of the Court. Plaintiffs and Defendants, and their respective counsel, and all other Releasees shall have no liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund, the plan of allocation approved by the Court, or the determination, administration, calculation, or payment of any claim or nonperformance of the Claims Administrator, the payment or withholding of Taxes (including interest and penalties) owed by the Settlement Fund, or any losses incurred in connection therewith.

**TABLE A**

**Estimated Artificial Inflation in ProPetro Common Stock from March 17, 2017 through and including March 13, 2020**

| Date Range | Artificial Inflation Per Share |
|---|---|
| March 17, 2017 – August 8, 2019 | $2.72 |
| August 9, 2019 – September 2, 2019 | $0.40 |
| September 3, 2019 – October 9, 2019 | $0.21 |
| October 10, 2019 – October 17, 2019 | $0.59 |
| October 18, 2019 – October 30, 2019 | $0.40 |
| October 31, 2019 – March 13, 2020 | $0.24 |
| After March 13, 2020 and later | $0.00 |

**TABLE B**

**90-Day Look-Back Table for ProPetro Common Stock**
**(Average Closing Price: March 16, 2020 – June 12, 2020)**

| Sale Date | Average Closing Price from March 16, 2020 through Date | Sale Date | Average Closing Price from March 16, 2020 through Date |
|---|---|---|---|
| 3/16/2020 | $2.50 | 4/30/2020 | $3.07 |
| 3/17/2020 | $2.26 | 5/1/2020 | $3.09 |
| 3/18/2020 | $2.01 | 5/4/2020 | $3.12 |
| 3/19/2020 | $2.03 | 5/5/2020 | $3.15 |
| 3/20/2020 | $2.01 | 5/6/2020 | $3.17 |
| 3/23/2020 | $2.01 | 5/7/2020 | $3.20 |
| 3/24/2020 | $2.04 | 5/8/2020 | $3.24 |
| 3/25/2020 | $2.07 | 5/11/2020 | $3.27 |
| 3/26/2020 | $2.12 | 5/12/2020 | $3.30 |
| 3/27/2020 | $2.13 | 5/13/2020 | $3.32 |
| 3/30/2020 | $2.14 | 5/14/2020 | $3.34 |
| 3/31/2020 | $2.17 | 5/15/2020 | $3.36 |
| 4/1/2020 | $2.17 | 5/18/2020 | $3.40 |
| 4/2/2020 | $2.22 | 5/19/2020 | $3.43 |
| 4/3/2020 | $2.28 | 5/20/2020 | $3.46 |
| 4/6/2020 | $2.36 | 5/21/2020 | $3.49 |
| 4/7/2020 | $2.43 | 5/22/2020 | $3.52 |
| 4/8/2020 | $2.53 | 5/26/2020 | $3.55 |
| 4/9/2020 | $2.61 | 5/27/2020 | $3.58 |
| 4/13/2020 | $2.68 | 5/28/2020 | $3.61 |
| 4/14/2020 | $2.74 | 5/29/2020 | $3.64 |
| 4/15/2020 | $2.78 | 6/1/2020 | $3.66 |
| 4/16/2020 | $2.78 | 6/2/2020 | $3.68 |
| 4/17/2020 | $2.81 | 6/3/2020 | $3.70 |
| 4/20/2020 | $2.83 | 6/4/2020 | $3.73 |
| 4/21/2020 | $2.84 | 6/5/2020 | $3.78 |
| 4/22/2020 | $2.87 | 6/8/2020 | $3.84 |
| 4/23/2020 | $2.91 | 6/9/2020 | $3.90 |
| 4/24/2020 | $2.93 | 6/10/2020 | $3.94 |
| 4/27/2020 | $2.96 | 6/11/2020 | $3.97 |
| 4/28/2020 | $2.98 | 6/12/2020 | $4.00 |
| 4/29/2020 | $3.03 | | |

# PROOF OF CLAIM AND RELEASE FORM

***ProPetro Securities Litigation***
**Toll-Free Number: 1-877-917-0135**
**Email: info@ProPetroSecuritiesLitigation.com**
**Website: www.ProPetroSecuritiesLitigation.com**

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the address below, with supporting documentation, ***postmarked*** **no later than February 23, 2023,** or submit it on-line at www.ProPetroSecuritiesLitigation.com by **February 23, 2023**.

**Mail to:** ***ProPetro Securities Litigation***
**c/o JND Legal Administration**
**P.O. Box 91309**
**Seattle, WA 98111**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive a payment from the Settlement.

**Do not mail or deliver your Claim Form to the Court, Lead Counsel, Defendants' Counsel, or any of the Parties to the Action. Submit your Claim Form only to the Claims Administrator at the address set forth above.**

## CONTENTS

02 I. CLAIMANT INFORMATION

03 II. GENERAL INSTRUCTIONS

06 III. SCHEDULE OF TRANSACTIONS IN PROPETRO COMMON STOCK (NYSE TICKER: PUMP, CUSIP: 74347M108)

07 IV. RELEASE OF CLAIMS AND SIGNATURE

# PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's First Name | MI | Beneficial Owner's Last Name

Joint Beneficial Owner's First Name (*if applicable*) | MI | Joint Beneficial Owner's Last Name (*if applicable*)

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address 1

Street Address 2

City | State/Province | Zip Code

Foreign Postal Code (if applicable) | Foreign Country (if applicable)

Telephone Number (Day) | Telephone Number (Evening)

Email Address (email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

Account Number (if filing for multiple accounts, file a separate Claim Form for each account)

**Type of Beneficial Owner:**
Specify one of the following:

☐ Individual(s) ☐ Corporation ☐ UGMA Custodian ☐ IRA ☐ Partnership

☐ Estate ☐ Trust ☐ Other (describe): ____________________

# PART II – GENERAL INSTRUCTIONS

1. It is important that you completely read and understand the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice. The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

2. This Claim Form is directed to all persons who (i) purchased or otherwise acquired ProPetro common stock on the open market during the Class Period (from March 17, 2017 through March 13, 2020, inclusive) and were damaged thereby, or (ii) purchased ProPetro common stock in or traceable to ProPetro's March 17, 2017 Initial Public Offering (the "Settlement Class").

3. By submitting this Claim Form, you will be making a request to receive a payment from the Settlement described in the Notice. IF YOU ARE NOT A SETTLEMENT CLASS MEMBER (*see* the definition of the Settlement Class on page 7 of the Notice, which sets forth who is included in and who is excluded from the Settlement Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE SETTLEMENT CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

4. **Submission of this Claim Form does not guarantee that you will be eligible to receive a payment from the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

5. Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) in, and holdings of, common stock of ProPetro Holding Corp. ("ProPetro"). On this schedule, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of ProPetro common stock (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

6. **Please note**: Only shares of ProPetro common stock purchased during the Class Period (*i.e.*, March 17, 2017 through March 13, 2020, inclusive) are eligible for recovery under the Settlement and Plan of Allocation. However, sales of ProPetro common stock during the period after the close of trading on March 13, 2020 through and including the close of trading on June 12, 2020, may be used for purposes of calculating your claim under the Plan of Allocation. Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase/acquisition and sale/disposition information during this period must also be provided.

7. You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of ProPetro common stock as set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Parties and the Claims Administrator do not independently have information about your investments in ProPetro common stock. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.**

8. Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of the ProPetro common stock. The complete name(s) of the beneficial owner(s) must be entered. If you held the ProPetro common stock in your own name, you were the beneficial owner as well as the record owner. If, however, your shares of ProPetro common stock were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of the stock, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners, each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

9. **One Claim should be submitted for each separate legal entity or separately managed account**. Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, an individual should not combine his or her IRA transactions with transactions made solely in the individual's name). Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in ProPetro common stock made on behalf of a single beneficial owner.

10. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a) expressly state the capacity in which they are acting;

(b) identify the name, account number, last four digits of the Social Security Number (or taxpayer identification number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the ProPetro common stock; and

(c) furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

11. By submitting a signed Claim Form, you will be swearing that you:

(a) own(ed) the ProPetro common stock you have listed in the Claim Form; or

(b) are expressly authorized to act on behalf of the owner thereof.

12. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

13. If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

14. **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

15. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, JND Legal Administration, at the above address, by email at info@ProPetroSecuritiesLitigation.com, or by toll-free phone at 1-877-917-0135, or you can visit the Settlement website, www.ProPetroSecuritiesLitigation.com, where copies of the Claim Form and Notice are available for downloading.

16. NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the ***mandatory*** electronic filing requirements and file layout, you may visit the Settlement website at www.ProPetroSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at PPSSecurities@JNDLA.com. **Any file not in accordance with the required electronic filing format will be subject to rejection.** The ***complete*** name of the beneficial owner of the securities must be entered where called for (*see* ¶ 8 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. **Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at PPSSecurities@JNDLA.com to inquire about your file and confirm it was received.**

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS OF YOUR SUBMISSION. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-877-917-0135.**

# PART III – SCHEDULE OF TRANSACTIONS IN PROPETRO COMMON STOCK

Use this section to provide information on your holdings and trading of ProPetro common stock (NYSE Ticker Symbol: **PUMP**, CUSIP: 74347M108) during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MARCH 17, 2017 THROUGH MARCH 13, 2020** – Separately list each and every purchase or acquisition (including free receipts) of ProPetro common stock from March 17, 2017 (including purchases in or traceable to the March 17, 2017 Initial Public Offering) through and including the close of trading on March 13, 2020. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase Price Per Share | Total Purchase Price (excluding any fees, commissions, and taxes) | Confirm Proof of Purchase Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

**2. PURCHASES/ACQUISITIONS FROM MARCH 14, 2020 THROUGH JUNE 12, 2020** – State the total number of shares of ProPetro common stock purchased or acquired (including free receipts) after the close of trading on March 13, 2020 through the close of trading on June 12, 2020. If none, write "zero" or "0."[1] ☐

**3. SALES FROM MARCH 17, 2017 THROUGH JUNE 12, 2020** – Separately list each and every sale or disposition (including free deliveries) of ProPetro common stock from after the opening of trading on March 17, 2017 through and including the close of trading on June 12, 2020. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

**4. HOLDINGS AS OF JUNE 12, 2020** – State the total number of shares of ProPetro common stock held as of the close of trading on June 12, 2020. (Must be documented.) If none, write "zero" or "0." ☐

**Confirm Proof of Position Enclosed** ☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

[1] **Please note**: Information requested with respect to your purchases and acquisitions of ProPetro common stock after the close of trading on March 13, 2020 through the close of trading on June 12, 2020 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

# PART IV – RELEASE OF CLAIMS AND SIGNATURE

**YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 8 OF THIS CLAIM FORM.**

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Defendants and the other Defendants' Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

**CERTIFICATION**

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1. that I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2. that the claimant(s) is a (are) Settlement Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Settlement Class as set forth in the Notice;

3. that the claimant(s) did ***not*** submit a request for exclusion from the Settlement Class;

4. that I (we) own(ed) the ProPetro common stock identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5. that the claimant(s) has (have) not submitted any other claim covering the same purchases of ProPetro common stock and knows (know) of no other person having done so on the claimant's (claimants') behalf;

6. that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

7. that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

8. that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

9. that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup

withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

______________________________ ______________________________
Signature of Claimant Date

__________________________________________________________
Print claimant name here

______________________________ ______________________________
Signature of joint claimant, if any Date

__________________________________________________________
Print joint claimant name here

***If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:***

______________________________ ______________________________
Signature of person signing on behalf of claimant Date

__________________________________________________________
Print name of person signing on behalf of claimant here

__________________________________________________________
Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – see ¶ 10 on page 4 of this Claim Form.)

# REMINDER CHECKLIST



1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.



2. Attach only ***copies*** of acceptable supporting documentation as these documents will not be returned to you.



3. Do not highlight any portion of the Claim Form or any supporting documents.



4. Keep copies of the completed Claim Form and documentation for your own records.



5. The Claims Administrator will acknowledge receipt of your Claim Form by mail within 60 days of your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-877-917-0135.**



6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.



7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@ProPetroSecuritiesLitigation.com, or by toll-free phone at 1-877-917-0135, or you may visit www.ProPetroSecuritiesLitigation.com. DO NOT call the Court, ProPetro, or the other Defendants with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL OR SUBMITTED ONLINE AT WWW.PROPETROSECURITIESLITIGATION.COM, ***POSTMARKED* (IF MAILED) OR RECEIVED NO LATER THAN February 23, 2023,** ADDRESSED AS FOLLOWS:

***ProPetro Securities Litigation***
**c/o JND Legal Administration**
**P.O. Box 91309**
**Seattle, WA 98111**

If mailed, a Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before February 23, 2023 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

# EXHIBIT B

# How To Read IBD Mutual Fund Tables

IBD tables have funds with 36-Month Performance Rating A+, A or A-, at least $200 million assets plus funds ranked by their performance. All other mutual funds are found at www.investors.com/ibd-data-tables. Each 36-Month Rating, vs. all other mutual funds, is recalculated monthly on a total return basis. Dividends and capital gains included. Daily accrual fund returns are calculated on a monthly basis. A+ = Top 7%, A = Top 14%, A- = Top 21%, B+ = Top 28%, B = Top 35%, B- = Top 42%, C+ = Top 49%, C = Top 56%, C- = Top 63%, D+ = Top 70%, D = Top 77%, D- = Top 84%, E = Below 84%. A+, A, A- and B+ 36-Month Ratings are **boldfaced**. Top 2% of funds in % performance yesterday are **boldfaced**. Performance of income funds may be compared to other income funds. 5-Yr After Tax Rtn=5 year after-tax return assuming average income tax rate of 35% on dividends and 15% long-term capital gains rate. NAV Chg is calculated vs. the prior session.

36 Mo Performance Rating | Fund | YTD % Chg | 12 Wk % Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg

Mutual Funds Continued from A14
**Calamos Funds**
$ 21.4 bil 800-582-6959
A Convertible -22 -7 +7 15.60 -0.06
C- Gro&Inc -23 -6 +9 37.06 -0.34
C+ MktNeutInc -6 -2 13.58 -0.04
**Calvert Investments**
$ 4.4 bil 866-368-2745
A Eqty -24 -12 +11 63.35 -0.99
A USLCCResIx -24 -11 +8 31.46 -0.40
**Carillon Eagle Funds A**
$ 1.1 bil 800-421-4184
A- Egl MC Gro -27 -11 +7 66.20 -0.07
**Carillon Scout Funds I**
$ 3.5 bil 800-421-4184
A- Sct Mid Cap -18 -6 +5 19.96 -0.01
**CGM Funds**
$ 907 mil 800-345-4048
B+ Focus Fund -6 -1 -6.0 41.07n 0.01
C+ Mutual Fund -5 +1 +1 27.19n 0.02
**CIBC Atlas**
$ 1.8 bil 855-328-3863
A- AtlasDiscEq -22 -12 +9 24.00 -0.40
A+ AtlasEqtyIn -16 -8 +9 46.95 -0.60
**ClearBridge**
$ 33.2 bil 877-721-1926
C AggressiveG -27 -10 -2.0 108.78n -0.44
A Appreciatio -16 -7 +6 27.94 -0.22
A- Div Strat -13 -6 +5 26.29 -0.22
B- LargeCapGr -36 -17 +7 47.81 -0.85
A+ LargeCapVal -10 -1 +5 35.26 -0.01
B+ SmallCapGro -30 -9 +7 36.35 -0.07
**Cohen & Steers**
$ 25.0 bil 800-437-9912
E Gl Rlty -30 -17 +1 45.90 -0.34
E Instl RS -28 -17 +4 41.59 -0.18
D+ Pref S&I -15 -7 +1 11.50 -0.07
C- RE Sec -30 -17 +4 14.95 -0.05
E Rlty Shs -28 -17 +4 57.98n -0.24
**Colorado BondShares**
$ 1.7 bil 800-572-0069
C+ BdShs-ATx-E -8 -6 +2 8.38 -0.02
**Columbia Acorn Funds**
$ 4.9 bil 800-345-6611
C- Acorn -35 -12 0 8.85 0.00
**Columbia Class A**
$ 43.8 bil 800-345-6611
B Balanced -19 -10 +3 40.97 -0.46
A Disc Core -21 -10 +5 11.43 -0.19
A Div Oppty -6 -2 +3 35.32 -0.11
C- LC GR Opp -33 -15 +5 10.33 -0.16
A- LCV -9 -2 +3 15.34 -0.01
A- LgCp Gro -34 -17 +6 40.24 -0.72
A+ Sel Gl Tch -35 -20 +11 47.28 -1.3
A+ Sel MC Val -13 -4 +3 11.65 -0.07
A+ Sel T&Info -35 -20 +10 84.53 -2.3
A- Select CV -16 -4 +1 18.40 -0.13
D- Tax-Exempt -17 -9 -1.0 11.03 -0.05
**Columbia Class I**
$ 49.9 bil 800-345-6611
A Cntr Core -21 -10 +7 26.39 -0.41
A+ Conv Secs -20 -6 +8 18.72 -0.05
A+ Div Income -10 -3 +8 28.19 -0.08
A+ Flx Cap Inc -12 -4 +4 13.10 -0.06
A- Gl Tech Gr -38 -21 +12 45.07 -1.2
A+ LgCp Index -21 -10 +7 46.41 -0.49
A+ Mdcp Index -16 -5 +4 13.61 -0.03
A Sel LgCp Eq -22 -10 +7 14.89 -0.20
A+ Select LCV -5 +2 +6 30.49 -0.01
A- SmCp Index -17 -6 +3 23.80 -0.13
A+ SmCp Val I -12 -4 +2 42.88 -0.20
D+ Strat Inc -14 -8 0 19.94 -0.08
**Columbia Class I3**
$ 12.3 bil 800-345-6611
A+ SmCp Val II -14 -4 +3 16.80 0.01
**Columbia Funds**
$ 1.4 bil 800-345-6611
C+ Ultra ST +0 +0 +1 8.94 0.00
**Commerce Funds**
$ 2.6 bil 800-995-6365
A- Value -6 -2 +5 33.05n -0.12
**Congress Inst**
$ 362 mil 800-303-1928
A+ SmCp Gro -26 -7 +11 32.45 -0.15
**Credit Suisse Common**
$ 2.2 bil 877-870-2874
A+ SuisCmdtyRt +16 -3 +7 27.35 -0.36
**CRM Funds**
$ 324 mil 800-276-2883
A+ Mid Cap Val -11 -2 +6 23.34 0.01

## —D–E—

**Davis Funds A**
$ 4.5 bil 800-279-0279
C NY Venture -24 -10 0 20.86 -0.31
A- Opportunity -19 -5 +2 34.04 -0.21
**Del Invest Instl**
$ 5.8 bil 800-523-1918
B+ Value -8 -1 +4 19.31 -0.23
**Delaware Invest A**
$ 7.8 bil 800-523-1918
A Eq Inc +0 +5 0 6.91 0.01
A G&I -1 +5 0 13.80 0.01
A+ Gr Eq -27 -8 +7 10.21 -0.14
**Diamond Hill Funds**
$ 12.8 bil 888-226-5595
A Hill AC Sel -20 -11 +7 17.48 -0.47
B+ Hill Lg Cap -16 -5 +5 29.86 -0.11
A Hill LS -11 -6 25.44 -0.36
**Dimensional Fds**
$ 327 bil 888-576-1167
C 1-YearFixed -2 -1 0 10.00 0.00
C 2-YearGlFix -3 -1 0 9.54 -0.01
D+ 5-YearGlFix -7 -2 -1.0 9.88 -0.01
C- EmgMktsCore -24 -11 -1.0 18.35 0.02
C- EmgMktsSmCa -22 -8 0 19.09 0.09
C- EmgMktsValu -19 -9 -1.0 24.25 0.02
D Emg Mkts -25 -12 -2.0 23.04 0.02
C- GlRESecPort -28 -17 0 9.63 -0.06
B GlblAll60/4 -16 -7 +3 18.39 -0.11
B+ Gbl Equity -19 -8 +4 25.73 -0.19
C+ Intl-ProtSe -14 -9 +1 10.67 -0.12
C- Int-TmMuni -6 -4 0 9.65 -0.01
D- Intermediat -15 -9 -1.0 10.62 -0.04
C IntlCoreEqt -23 -10 -2.0 12.05 -0.11
D IntlRealEst -30 -18 -4.0 3.33 -0.05
C IntlSmCapVa -21 -9 -4.0 16.63 -0.13
C- Intl Sm Co -27 -12 -3.0 15.68 -0.15
C+ IntlSustain -27 -12 -1.0 9.43 -0.10
C+ IntlValueII -14 -6 -2.0 13.78 -0.09
C+ Intl Value -14 -6 -2.0 16.02 -0.10
C IntlVectorE -23 -10 -2.0 10.53 -0.09
C LargeCapIntl -22 -10 -1.0 20.76 -0.18
C- Real Estate -28 -16 +3 37.30 -0.05
D+ Sh-TrmExtQu -7 -3 0 10.04 -0.02
C Sh-TrmMuniB -1 -1 0 9.99 0.00
D+ Short-TermG -5 -1 -1.0 9.75 -0.01
A USCoreEq1 -18 -7 +8 29.66 -0.24
A USCoreEq2 -17 -7 +7 27.09 -0.20
A US Lrge Co -21 -10 +8 26.47 -0.28
A- USLgCapValII -8 +0 +3 27.58 -0.04
A- USLgCapVal -8 +0 +3 41.67 -0.07
A US Lg Cp Gr -21 -9 +10 25.62 -0.30
A+ USMicroCap -13 -4 +4 23.70 -0.12
A US Sm Cp Gr -19 -5 +5 21.53 -0.08
A+ USSmallCapV -5 +0 +4 40.99 -0.11
A+ USSmallCap -15 -4 +4 39.85 -0.17
A- USSocCoreEq -21 -8 +6 19.22 -0.19
A USSustainCo -21 -8 +8 29.19 -0.28
A+ USTargetedV -7 -1 +4 27.95 -0.14
A- USVectorEqt -12 -3 +5 21.68 -0.09
**Dodge & Cox**
$ 177 bil 800-621-3979
B+ Balance -12 -6 +3 94.65n -0.98
B+ Glbl Stock -13 -8 +2 12.55n -0.10
C- Global Bd -14 -6 0 9.77n -0.05
D+ Income -14 -8 0 11.80n -0.06
C Intnl Stck -16 -8 -2.0 39.81n -0.08
A+ Stck -11 -4 +6 215.10n -2.3
**DoubleLine Funds**
$ 56.0 bil 877-354-6311
D- Cr Fxd In -16 -8 -1.0 8.97 -0.03
C Low Dur Bd -4 -2 0 9.28 -0.02
B Sh En CAPE -25 -14 +6 12.99 -0.15
D- Tot Rtn -15 -8 -1.0 8.61 -0.03
**Driehaus Funds**
$ 845 mil 800-560-6111
A EventDriven -10 -1 +6 11.99n -0.05
**DWS Funds S**
$ 15.1 bil 800-728-3337
A Core Equity -18 -8 +7 27.34n -0.26
A Esg 10x -11 -1 +6 161.50n -1.7
A S&P 500 Ix -20 -10 +8 34.92n -0.36
**Eaton Vance Funds A**
$ 16.2 bil 800-262-1122
A Div Bldr -15 -5 +6 16.75 -0.03
A- TM Val -13 -3 +5 33.96 -0.03
A TMG1.0 -23 -10 +9 1605.19n -19
B TMG1.1 -23 -10 +7 72.37 -0.83
A TMG1.2 -23 -10 +7 32.51 -0.38
A Ww H&S -15 -6 +6 12.46 -0.13
**Eaton Vance Funds I**
$ 19.0 bil 800-262-1122
A- AC SMID -14 -4 +8 35.67 -0.25
C+ Flt Rt -4 -1 +1 8.16 -0.01
C+ Gl M AR -4 +1 +1 7.89 0.00
C+ Inc Bstn -10 -4 0 4.81 -0.05
A LC Val -4 +0 +7 23.10 -0.03
D+ Nat Mu I -14 -7 +1 8.68 -0.03
**Edgewood Growth Institutional**
$ 15.6 bil 800-791-4226
C+ Growth -45 -19 +6 33.32 -0.55

## —F—

**FAM Dividend Focus**
$ 512 mil 800-932-3271
A- DividendFoc -18 -7 +9 43.14n -0.04
**Federated Hermes A**
$ 11.6 bil 800-341-7400
A- Eq Inc -10 -3 +2 21.42 -0.04
A- MDT L -10 -3 +4 28.12 -0.16
A- MDT MG -28 -10 +5 34.82 -0.22
**Federated Hermes Int**
$ 15.0 bil 800-341-7400
C In HYB -13 -6 0 8.22 -0.09
A+ MDT AC -18 -7 +10 32.74 -0.30
D+ TR Bd -15 -8 0 9.23 -0.05
**Federated Hermes IS**
$ 23.8 bil 800-341-7400
C+ KaufLrgCap -32 -12 +6 24.02 -0.32
B- Kauf Sm Cap -32 -10 +8 40.99 -0.52
B+ StratValDiv +0 -3 +2 5.83 -0.03
C UltShrtBnd -2 +0 +1 8.92 -0.01
**Federated Hermes R**
$ 3.6 bil 800-341-7400
C Kauf -31 -8 +3 4.65 -0.02
**Federated Hermes Svc**
$ 680 mil 800-341-7400
A- Mid Cap Id -16 -5 +2 16.34n -0.04
**Fidelity Funds**
$ 733 bil 877-208-0098
C Overseas -31 -14 9.87 -0.09
A 500IndexFun -21 -10 +9 129.16n -1.4
A- EmrgMktsIdi -28 -13 -2.0 8.70n 0.02
A ExtendedMkt -27 -9 +4 63.57n -0.39
A+ Flex500Inde -21 -10 +9 15.87 -0.17
A- FlexMidCapI -20 -7 +6 14.06 -0.05
D+ GlobalexUSI -25 -11 -1.0 11.53n -0.06
C+ InflProtBdI -14 -9 +1 9.64n -0.10
C- IntTrsBdIdx -15 -9 9.37n -0.04
D+ Internation -24 -11 -1.0 37.35n -0.33
E LgTrTrsBdId -33 -18 9.74n -0.06
A+ LrgCapGrold -31 -16 +12 20.47n -0.34
A- LrgCapValId -11 -4 +5 14.43n -0.05
A- MidCapIndex -20 -7 +6 25.43n -0.11
E RealEstateI -29 -16 0 14.19n -0.02
B- SAIEMIndex -28 -13 -3.0 11.25 0.03
B- SAIEMLVIdx -19 -10 9.30 -0.03
B- SAIInflFo +0 -7 9.99 -0.12
A- SAIntlValId -18 -8 7.60 -0.06
D+ SAIntlIndex -24 -11 -1.0 10.71 -0.10
E SAIIntlLowVo -23 -12 -1.0 8.98 -0.10
E SAI LT TBI -34 -19 -3.0 7.32 -0.04
A- SAIS-MCapS0 -19 -8 +6 5.19 -0.03
D SAITax-Free -13 -7 9.30 -0.02
D SAITotalBd -15 -8 8.63 -0.04
A SAIUSLCIdx -21 -10 +9 16.79 -0.18
B+ SAIUSLowVol -15 -7 +8 16.46 -0.14
A+ SAIUSMoment -16 +3 +9 14.07 0.06
A- SAIUSQualId -23 -12 +9 14.53 -0.26
D- SAIUSTrsBd -15 -8 -1.0 8.48 -0.03
A- SAIUSValInd -6 -3 10.49 -0.10
C- ShTermBondI -7 -3 9.33n -0.02
C- ShTrTrsBdId -7 -3 9.74n -0.02
B+ SmallCapInd -20 -6 +3 22.12n -0.12
D- SrsBondIdx -16 -9 8.61 -0.04
E SrsEmergMkt -33 -14 7.08 0.04
E SrsLgTmTrs -33 -18 -3.0 5.63 -0.03
A- SrsTotMkIdx -22 -10 12.42 -0.12
D+ TotalIntlId -25 -11 -1.0 10.76n -0.06
A TotalMarket -22 -10 +8 104.32n -1.0
D- USBondIndex -16 -9 -1.0 9.88n -0.05
A USSustainId -24 -11 +9 16.17n -0.17
D+ ZEROIntlInd -25 -11 9.02n -0.05
A ZEROLrgCapI -22 -10 13.15n -0.14
A ZEROTotMktI -22 -10 13.15n -0.13
**Fidelity Adv Focus Funds A**
$ 3.4 bil 877-208-0098
A+ Tech -38 -20 +10 62.16 -1.6
**Fidelity Adv Funds**
$ 682 bil 877-208-0098
C- Ltd Trm Bnd -8 -4 0 10.60n -0.03
A Srs Gro Opp -38 -15 +11 8.75 -0.11
A Srs Sm Cp -23 -6 +5 11.17 -0.06
C- Str In -14 -6 0 10.64n -0.07
**Fidelity Adv Funds A**
$ 26.4 bil 877-208-0098
B+ Bal -21 -10 +4 21.48 -0.16
A- Cns Stp -7 -5 +2 87.73 -0.30
A- Eq Inc -7 -5 +2 29.12 -0.33
A+ Gr&Inc -8 -2 +4 30.49 -0.20
A+ Lev Co -24 -9 +4 38.59 -0.37
A Lg Cap -11 -3 +4 33.50 -0.21
A Mid Cp2 -18 -5 +3 19.03 -0.03
A+ Semicnd -40 -23 +13 34.11 -0.34
A- Sm Cap -23 -6 +2 24.55 -0.11
A Stk Sl AC -22 -10 +6 53.70 -0.54
**Fidelity Adv Funds I**
$ 52.9 bil 877-208-0098
C CsvInMuniB +0 +0 +1 9.94 0.00
A- Biotech -11 +4 +4 26.33 -0.12
A+ Energy +69 +28 +5 48.56 0.99
B- Float -2 +0 +1 8.97 -0.01
A- Gl C St +19 +8 +9 19.28 -0.02
A- Gr Opp -38 -15 +14 97.84 -1.3
A Hlth -16 -4 +8 61.73 -0.38
C- Intl CA -34 -16 +2 21.14 -0.28
A- MA Inc -16 -6 +6 12.18 -0.06
B New Ins -30 -12 +6 28.80 -0.31
C RE Inc -17 -10 +2 10.99 -0.02
A+ SC Val -16 -7 +4 17.15 -0.07
A Stk SSC -20 -5 +6 27.70 -0.10
B Tot Bd -16 -8 -1.0 9.09 -0.05
**Fidelity Adv Funds M**
$ 12.0 bil 877-208-0098
A+ Eq Gro -27 -14 +9 12.17 -0.11
**Fidelity Freedom Funds**
$ 85.5 bil 877-208-0098
C Freedom2010 -16 -8 +1 12.66n -0.06
C+ Freedom2015 -18 -9 +1 10.20n -0.05
C+ Freedom2020 -20 -9 +1 12.62n -0.07
C+ Freedom2025 -21 -10 +2 11.55n -0.07
B- Freedom2030 -21 -10 +2 14.42n -0.07
B- Freedom2035 -22 -10 +3 12.36n -0.06
B Freedom2040 -23 -10 +3 8.71n -0.04
B Freedom2045 -23 -10 +3 9.98n -0.05
B Freedom2050 -23 -10 +3 10.09n -0.05
C- Freedom Inc -14 -7 0 9.80n -0.04
**Fidelity Freedom Funds A**
$ 85.5 bil 877-208-0098
B Freedom2055 -23 -10 +3 11.67n -0.06
**Fidelity Funds O**
$ 682 bil 877-208-0098
A+ Cap Dev -11 -3 +6 17.73n -0.11
A+ Dvs Stk -22 -8 +8 27.33n -0.24
**Fidelity Funds S**
$ 682 bil 877-208-0098
A Stk Sel SC -20 -5 +6 27.52n -0.10
**Fidelity Funds Series**
$ 682 bil 877-208-0098
A+ All-Sctr -21 -9 +7 8.94 -0.07
A+ BlueChp G -38 -17 +10 9.87n -0.14
A+ Comm Str +15 -4 +6 2.13 -0.02
D- EM Oppty -31 -13 -2.0 14.40 0.05
D+ GlEXUSIdx -25 -11 -1.0 11.36 -0.06
A+ Gro Co -33 -13 +12 13.73 -0.12
C Intl Gro -30 -13 +2 13.43 -0.14
C Intl Sm Op -34 -13 0 14.22 -0.14
C+ Intl Val -18 -6 -1.0 9.16 -0.03
D Inv Gd Bd -16 -8 0 9.58 -0.04
B+ Lrg Cap Val -11 -4 +4 13.73 -0.06
A- SC Discv -21 -8 +5 9.91 -0.10
**Fidelity Invest Funds**
$ 682 bil 877-208-0098
C AssetMgr20% -13 -6 +1 12.74n -0.05
C+ AssetMgr30% -15 -7 +2 10.74n -0.05
C+ AssetMgr40% -17 -8 +2 11.43n -0.05
B- AssetMgr50% -19 -9 +2 17.86n -0.10
B AssetMgr60% -20 -9 +3 12.93n -0.08
B AssetMgr70% -21 -10 +3 22.83n -0.16
B AssetMgr85% -23 -10 +4 20.54n -0.16
B+ Balanced -17 -8 +5 22.31n -0.16
A+ BlueChipGr -39 -18 +11 111.74n -1.7
A+ BlueChipVal -2 -1 +4 23.39n -0.01
B+ CA Muni Inc -13 -6 0 11.42n -0.03
A Canada -9 -6 +4 58.61n -0.33
A+ Cap App -24 -12 +8 33.47n -0.22
B CapitalInc -12 -5 +2 9.00n -0.08
A- Contrafund -31 -13 +8 12.81n -0.15
A+ Convertible -16 -4 +9 30.21n -0.11
A- Discpln Eq -31 -14 +7 45.32n -0.59
B+ Dividend Gr -15 -6 +4 28.10n -0.20
C- Dvsd Intl -31 -11 0 33.44n -0.24
D Emerg Mkts -35 -16 +1 28.27n 0.07
A- EqtyDivInc -7 -5 +4 25.67n -0.29
A- Equity-Inc -8 -1 +5 63.77n -0.03
C- FloatRateHI -2 +0 +1 8.98n -0.01
A+ Focused Stk -28 -12 +10 24.93n -0.23
A Fund -29 -13 +9 56.08n -0.91
A+ GlobalComSt +19 +8 +9 19.28n -0.03
D- GNMA -14 -9 -2.0 9.79n -0.06
A+ Gro & Inc -8 -2 +7 46.37n -0.31
A+ Gro Company -34 -15 +12 24.02n -0.26
A+ GroDiscover -27 -14 +11 39.60n -0.35
B Gro Strat -29 -8 +7 45.26n -0.27
D+ High Income -13 -6 -1.0 7.23n -0.08
D- Govt Inc -15 -8 -1.0 8.90n -0.04
D+ Int Bond -11 -6 0 9.67n -0.03
D- IntMuniInc -9 -5 +1 9.60n -0.01
C- IntlCapApp -34 -16 +1 18.88n -0.25
C IntlDiscvry -31 -11 -1.0 36.56n -0.26
D InvGradeBon -16 -8 -1.0 6.88n -0.03
A+ LargeCapSto -11 -3 +6 36.81n -0.23
A+ LCCreEnhInd -19 -9 +9 17.50n -0.17
A+ LCGrEnhIndx -28 -15 +11 22.49n -0.37
A+ LCValEnhInd -10 -3 +6 14.46n -0.06
A+ Low-PrcdStk -11 -2 +4 44.65n -0.35
C- LT Muni Inc -7 -4 0 9.95n -0.01
A+ LvrgdCoStk -24 -9 +6 32.07n -0.30
D+ MA Muni Inc -12 -6 0 10.77n -0.03
A+ MagellanFun -31 -17 +7 10.25n -0.16
A+ MegaCapStoc -12 -3 +6 16.43n -0.13
A- MidCapValue -14 -6 +2 24.81n -0.12
A+ MidCpEnhIdx -16 -5 +5 15.62n -0.08
A+ Mid-CapStoc -8 -1 +7 36.95n -0.12
B- Multi-Asset -23 -11 +4 45.70n -0.35
B- Muni Income -16 -7 0 11.36n -0.03
A- NASDAQComId -33 -18 +11 131.28n -2.3
A- NewMillenni -4 -1 +5 40.10n -0.18
E NewMktsInc -22 -8 -5.0 10.71n -0.06
A- Nordic -29 -9 +2 45.72n -0.23
A- OTC -35 -15 +10 12.37n -0.21
C- Overseas -33 -14 0 45.48n -0.44
B+ Puritan -20 -8 +5 19.96n -0.14
C- RealEstInc -17 -10 +2 11.04n -0.02
D Real Estate -28 -17 +2 37.26n 0.01
C- Sh-Tm Bond -5 -2 0 8.11n -0.01
B+ Sm Cap Disc -21 -9 +2 22.47n -0.27
B+ Sm Cap Gro -26 -7 +6 23.46n -0.01
A- Sm Cap Val -16 -7 +4 17.15n -0.07
A- SrsSmCapOpp -20 -5 +5 11.49n -0.05
A Stk Sel AC -22 -10 +7 54.01n -0.55
A+ Stk Sel LCV -10 -3 +4 23.08n -0.11
B+ StratDiv&In -13 -6 +5 15.20n -0.03
D Tax-FreeBon -14 -7 +1 10.17n -0.03
B- Total Bond -16 -8 -1.0 9.11n -0.04
A- Trend -36 -18 +9 108.60n -2.1
A+ Value Discv -7 -1 +6 34.14n -0.09
A+ Value Fund -12 -5 +5 12.94n 0.01
A+ Value Strat -10 -5 +5 46.43n -0.03
B+ Worldwide -29 -12 +6 25.39n -0.22
**Fidelity Select Funds**
$ 63.2 bil 877-208-0098
B SelBioTech -18 -3 +1 15.81n -0.01
B SelBrkg&IM -19 -3 +8 106.64n -0.54
A- SelChemical -18 -4 0 14.92n 0.08
A+ SelCnsmrStp -7 -5 +4 88.84n -0.30
A+ SelCnst&Hou -28 -8 +11 77.25n -0.14
A+ Sel Energy +69 +28 +5 59.71n 1.23
A- SelFinancia -9 +1 +5 11.29n -0.14
A+ Sel Health -16 -4 +8 26.57n -0.15
A+ SelHealthCa +0 +0 +13 136.56n -0.12
A- SelInsuranc +0 +8 +5 71.29n -0.24
C- Sel IT Svcs -32 -14 +7 49.91n -1.6
A+ Sel Leisure -17 -4 +6 14.09n 0.01
A+ SelMaterial -16 -2 +2 91.53n 0.85
A- SelMdTch&Dv -32 -13 +10 55.41n -0.85
A+ Sel Nat Res +42 +23 +4 39.84n 0.60
A+ Sel Pharm -3 -3 +8 22.73n 0.02
A+ SelRetailin -33 -13 +11 15.25n -0.06
A+ Sel Semicnd -40 -24 +14 13.67n -0.15
A+ SelSW&ITSvc -34 -19 +11 19.22n -0.62
A+ SelTechHard -31 -11 +8 69.64n -1.5
A+ SelTechnlgy -39 -20 +10 17.21n -0.48
A- SelTransport -12 -8 +4 92.93n 0.25
A+ SelUtilitie -1 -7 +8 100.97n 0.59
**First Eagle Funds**
$ 14.9 bil 800-334-2143
B- Global -14 -7 +1 55.35 -0.41
D+ OvSeas -17 -9 -2.0 21.02 -0.14
**FMI Funds**
$ 2.2 bil 800-811-5311
A CommonStock -10 -3 +5 28.60n -0.14
**FPA Funds**
$ 9.5 bil 800-982-4372
C New Income -4 -2 0 9.40n -0.01
**FPA Funds Trust**
$ 6.0 bil 800-982-4372
B+ Crescent -14 -8 +3 31.51n -0.23
**Franklin Allocation A**
$ 60.5 bil 800-632-2301
C Glbl Al -16 -8 -2.0 12.28 -0.05
**Franklin Mutual A**
$ 5.3 bil 800-632-2301
B- MutGlbDisc -10 -4 -1.0 26.72 -0.10
B Mut Shares -11 -3 -1.0 23.05 -0.16
**Franklin Tax Free A1**
$ 63.5 bil 800-632-2301
D CA TF Inc -15 -8 0 6.43 -0.01
D Fed TF Inc -16 -8 -1.0 10.08 -0.03
D- NY TF Inc -16 -8 -1.0 9.26 -0.03
D Hi Yld -18 -10 0 8.31 -0.03
**Franklin Templeton A**
$ 60.5 bil 800-632-2301
B- Dyna -42 -21 +8 89.83 -1.0
B+ Gro -29 -14 +6 107.41 -0.89
A- Eq Inc -10 -3 +4 28.03 -0.01
C LowDurTtlRe -6 -2 -1.0 8.68 -0.02
B- Mgd Inc -12 -6 +2 11.61 -0.06
B+ Ris Dv -16 -6 +7 80.67 -0.39
B Gr Op -39 -20 +5 35.31 -0.47
D Inc -14 -5 -2.0 7.85 -0.04
A+ Nt Re +27 +15 -1.0 28.47 0.36
B+ S/MC Gr -36 -13 +4 28.39 -0.13
**Franklin Templeton A1**
$ 63.5 bil 800-632-2301
D- Govt -13 -8 -3.0 4.95 -0.02
B Inc -9 -5 +1 2.19 -0.02
B Util -9 -4 +5 20.73 0.07
**Franklin Templeton Adv**
$ 36.1 bil 800-632-2301
A+ Cnvrt Sec -18 -4 +9 20.28 0.00
A- SCV -12 -1 +3 53.78 0.32
**FrankTemp/Temp A**
$ 13.8 bil 800-632-2301
E Gl Bond -18 -9 -6.0 7.26 -0.02
D+ Growth -18 -7 -5.0 20.02 -0.13
D World -29 -16 -6.0 10.70 -0.18
**Frost Family of Fund**
$ 3.3 bil 877-713-7678
C Tot Rtn Bd -7 -4 0 9.24 -0.03

## —G–H–I—

**Gabelli Funds**
$ 6.6 bil 800-422-3554
A Eq Inc -9 -3 0 8.63n -0.02
A- SC Gro -16 -4 +1 39.61n -0.06
**Gartmore Funds**
$ 789 mil 800-848-0920
A Nationwide -22 -10 +6 23.08 -0.18
**GE Elfun/S&S**
$ 4.3 bil 800-242-0134
A Trusts -24 -13 +8 60.86n -0.90
**Glenmede Funds**
$ 1.2 bil 800-442-8299
A+ SC Equity -12 -4 +4 32.34n -0.06
**GMO Trust Class VI**
$ 3.5 bil
A Quality -20 -11 +8 23.52 -0.31
A+ US Equity -16 -7 +5 11.56 -0.11
**Goldman**
$ 13.6 bil 800-621-2550
D+ DynMuniInc -12 -6 +1 14.35 -0.03
E Emg Mkts -37 -16 -2.0 18.39 0.02
A- Equity Inc -7 +0 +4 42.18 -0.03
D Hi Yld Mun -18 -10 +2 8.49 -0.03
A LC Gro Ins -30 -15 +8 25.32 -0.52
A Lrg Cp Core -22 -9 +6 24.90 -0.14
A- Mid Cap Gro -29 -9 +4 16.42 0.03
A Mid Cap Val -14 -5 +4 35.29 -0.04
C- ShDur TxFr -5 -3 +1 10.08 -0.01
A US Eqty Ins -21 -9 +5 46.24 -0.63
**Gotham**
$ 1.3 bil 877-974-6852
A Index Plus -15 -7 +8 18.19 -0.22
**Green Century**
$ 851 mil 800-221-5519
A- Equity -26 -13 +8 56.64n -0.72
**Guggenheim Funds Tru**
$ 25.7 bil 800-820-0888
C+ Macro Op -11 -6 0 23.13 -0.11
A SMC Val -5 -1 +3 35.78 0.07
D+ TR Bd -19 -10 0 22.48 -0.13
**GuideMark Funds**
$ 867 mil 888-278-5809
A Lg Cap Core -22 -9 +8 24.04n -0.27
**GuideStone Funds**
$ 11.7 bil 888-473-8637
A Eqty Idx -21 -10 +8 39.24 -0.43
C- MD Bd -18 -9 -1.0 12.15 -0.06
A SC Eqty -19 -6 +3 15.86 -0.09
A- Val Eqty -10 -3 +3 18.72 -0.14
**Harbor Funds**
$ 21.3 bil 800-422-1050
B+ Cap Apprec -38 -17 +8 62.80 -0.90
C- Internatl -24 -10 -5.0 35.66 -0.27
A- LgCapValue -18 -7 +6 18.91 -0.19
A- Sm Cap Val -10 -4 +3 38.14 -0.24
**Harding Loevner**
$ 12.7 bil 877-435-8105
E EM -34 -10 -5.0 39.27n -0.12
C- IE -30 -12 0 21.18 -0.22
**Hartford Funds A**
$ 27.9 bil 888-843-7824
B Cap Appr -22 -9 +3 33.24 -0.33
A- Core Equity -21 -9 +8 38.87 -0.41
A Div & Gro -13 -6 +5 29.37 -0.41
A+ Equity Inc -5 -2 +5 21.44 -0.14
B Growth Opps -39 -15 +3 28.82 -0.30
A Healthcare -16 -3 +4 34.10 -0.18
C+ MidCap -27 -12 +2 23.80 -0.04
**Hartford Funds I**
$ 23.5 bil 888-843-7824
B- Bal Income -13 -6 +2 13.64 -0.09
D- Schr EM E -30 -12 -2.0 13.42 0.05
B- SchrIntlStk -27 -12 +1 13.06 -0.10
**Heartland Funds**
$ 1.0 bil 800-432-7856
A+ Value + -8 -1 +6 36.39n 0.04
A Value -11 -4 +3 41.22n -0.11
**Hennessy Funds**
$ 2.6 bil 800-966-4354
A Cornerst Val +0 +2 +3 20.07 0.03
**Homestead Funds**
$ 1.8 bil 800-258-3030
A- Sm-Co Stock -18 -6 -2.0 23.08n -0.17
A Value -10 -1 +5 47.26n -0.01
**Hotchkis and Wiley**
$ 2.3 bil 866-493-8637
A+ Mid Cap Val -1 +1 +2 43.63 -0.06
A+ Sm Cap Val +0 +2 +4 73.48 -0.85
A Value Opps -11 -2 +5 31.28 -0.30
**Hussman Funds**
$ 769 mil 800-487-7626
A+ Strat Gro +15 +5 7.02n -0.01
**IFP US Equity Fund**
$ 1.5 bil 855-233-0437
A FranchPtnr -15 -9 +6 18.37 -0.04
**INVESCO A Shares**
$ 1.3 bil 800-959-4246
A Amer Value -8 +3 +1 36.35 0.05
**Invesco Funds A**
$ 107 bil 800-959-4246
C+ ActiveAlloc -23 -9 0 11.84 -0.06
A Cap Appr -31 -13 +6 47.98 -0.49
B+ Charter -24 -10 +2 14.74 -0.12
A+ ComstockSlc -1 +2 +3 33.65 -0.02
A Comstock -2 +1 +4 28.60 -0.02
A- DiscvryMCG -31 -8 +7 20.95 0.01
B+ Div Inc -3 +0 +2 24.58 -0.06
B+ Dvsfd Div -5 +0 +2 18.73 -0.06
A+ Energy +57 +24 0 29.61 0.64
C+ Eq & Income -10 -2 +2 10.14 -0.05
A- Eq-Wtd 500 -16 -7 +5 66.35 -0.36
C- Global Fd -39 -20 0 76.05 -1.4
E Global Opp -46 -22 -5.0 40.30 -0.35
A Gr & Income -8 +0 +2 22.31 -0.10
E GS Inc -17 -6 -5.0 2.88 -0.02
A- Health Care -16 -2 +3 33.59 -0.07
D HY Mun -18 -10 0 8.18 -0.03
C LT Muni Inc -5 -3 0 10.76 -0.01
A- Main SAC -23 -10 +5 19.30 -0.21
B+ Main St MC -17 -6 +2 23.48 -0.07
B+ Main Street -23 -10 +3 43.57 -0.33
D Muni Income -17 -9 -1.0 11.21 -0.04
A Rising Div -17 -8 +5 21.07 -0.20
D RO Muni Opp -19 -11 +2 6.34 -0.04
D Ro NY Mun -20 -11 +1 13.77 -0.06
A S&P 500 Idx -21 -10 +7 39.51 -0.42
A+ SC Value +0 +3 +3 18.37 0.05
C+ Senior Flt -1 +1 -1.0 6.71 -0.01
A Sm Cap Eqty -20 -4 +1 11.93 -0.02
A+ SP MLP Al +31 +9 -3.0 5.77 0.02
A+ SP MLP In +26 +9 -1.0 4.69 -0.01
**Invesco Funds P**
$ 2.0 bil 800-959-4246
B Summit -34 -17 +7 17.89n -0.20
**Invesco Funds Y**
$ 29.1 bil 800-959-4246
E Dev Mkt -32 -11 -3.0 31.96 0.21
A+ Discovery -29 -4 +9 91.31 0.39
D Intl SM Co -38 -17 -1.0 35.13 -0.54
D+ OppenItlGro -34 -15 -2.0 29.94 -0.58
A+ SP MLP SI +22 +8 -1.0 6.78 0.02
**Ivy Funds**
$ 28.5 bil 888-923-3355
A+ Core Equity -20 -8 +7 15.39 -0.13
A LargeCapGro -31 -17 +9 23.68 -0.50
B- Science&Tec -36 -19 +5 45.43 -0.73
A Value Fund -9 -3 +4 24.92 -0.23

## —J–K–L—

**Janus Henderson C**
$ 5.0 bil 800-525-0020
B- Balanced -20 -10 +5 35.96 -0.30
**JHF III DispVal**
$ 27.4 bil 888-972-8696
A Ds Val -7 +0 +5 21.86 -0.03
A DVMC -11 -3 +4 24.74 -0.05
**JHIITFunLgCpCorFd**
$ 2.3 bil 800-225-5291
B+ HancockFdmn -28 -17 +4 51.86 -0.89
**John Hancock**
$ 23.3 bil 800-225-5291
D HancockBond -17 -9 -1.0 12.95 -0.07
A- HancockClsc -10 -3 +2 36.18 -0.42
A- Cap Ap -38 -17 +6 10.74 -0.15
D+ IntG -33 -16 +2 23.06 -0.05
**John Hancock Class 1**
$ 22.2 bil 800-344-1029
C BC Gro -40 -22 +6 33.68 -0.66
B MM Ls Ag -23 -10 +2 13.03 -0.07
B MM Ls Bl -20 -9 +1 12.22 -0.06
B MM Ls Gr -21 -9 +2 12.84 -0.07
A+ MM Ls Md -17 -8 +1 11.32 -0.06
**John Hancock Funds A**
$ 14.3 bil 800-225-5291
B HancockBala -19 -8 +3 21.74 -0.11
C+ HancockFinl -13 +1 +2 16.77 -0.11
**John Hancock Instl**
$ 3.4 bil 888-972-8696
C- Str I O -13 -6 -1.0 9.41 -0.05
**JPMorgan A Class**
$ 40.6 bil 800-480-4111
B- Inv Bal -17 -8 +1 13.97 -0.07
C Inv Csv Gr -15 -7 0 11.49 -0.05
B Inv Gr&Inc -18 -8 +2 16.38 -0.09
B Inv Growth -20 -8 +3 20.32 -0.12
A+ US Value -6 +0 +6 62.96 -0.10
**JPMorgan I Class**
$ 71.9 bil 800-480-4111
E Em Mkt Eq -34 -15 -1.0 24.87 0.05
A Equity Idx -21 -10 +9 55.86 -0.59
A Equity Inc -5 -1 +7 22.27 0.00
A+ Gro Advtg -32 -16 +11 22.92 -0.27
A+ LgCp Gro -27 -10 +13 45.42 -0.42
A MdCp Eq -19 -7 +6 50.03 -0.29
A MdCp Val -29 -10 +8 37.06 -0.20
B+ SC Blend -19 -6 +6 26.80 -0.26
B+ SmCp Eqty -18 -6 +4 55.15 -0.21
A+ TA Equity -23 -11 +8 34.89 -0.29
A+ US Eq -22 -10 +8 17.30 -0.11
A+ US LCC+ -22 -9 +6 18.81 -0.09
A- Val Advtg -7 -2 +5 37.26 -0.15
**JPMorgan L Class**
$ 7.9 bil 800-480-4111
A- MdCp Val -11 -4 +4 36.96 -0.22
A- US Sm Co -18 -6 +3 15.89 -0.17
**JPMorgan R Class**
$ 47.2 bil 800-480-4111
D Core Bond -15 -8 -1.0 9.86 -0.03
D Core Pl Bd -15 -8 -1.0 6.96 -0.03
C High Yield -12 -5 0 6.08 -0.06
D Mtge Secs -13 -8 0 9.68 -0.04
C Sh Dur Bd -5 -2 +1 10.33 -0.02
A SmCp Val -13 -5 +2 26.30 -0.21
A+ US Res EnEq -21 -10 +8 28.69 -0.28
**JPMorgan R5 Class**
$ 3.4 bil 800-480-4111
C+ SR 2030 -20 -9 +1 16.25 -0.08
**Kinetics Funds**
$ 1.1 bil 800-930-3828
A+ Paradigm +31 +23 +14 96.14n 1.76
A+ SC Oppty +32 +19 +18 130.38n 2.04
**Laudus Funds**
$ 1.9 bil 800-447-3332
B- SelectLgCap -40 -21 +7 18.45n -0.41
**Lazard Instl**
$ 16.6 bil 800-823-6300
E Emg Mkt Eq -23 -9 -4.0 13.93 -0.02
B- GlLstdInfr -5 -9 +3 15.02 -0.03
D+ Int Str Eq -24 -10 -1.0 12.48 -0.06
**Legg Mason I**
$ 3.8 bil 877-721-1926
C- Intl Gro -29 -12 +2 49.33 -0.36
A+ Value Trust -10 -1 +6 109.71 -0.55
**LKCM Funds**
$ 910 mil 800-688-5526
A+ Equity Fund -18 -7 +8 31.56 -0.14
**Loomis Sayles Fds**
$ 9.1 bil 800-633-3330
D Bond -16 -7 -2.0 11.17 -0.08
**Lord Abbett A**
$ 41.6 bil 888-522-2388
B Affiliated -13 -2 +2 15.92 -0.03
A- Div Gro -18 -7 +5 16.97 -0.11
A- Fund Eq -12 -1 +2 12.22 -0.03
D- HI Muni -21 -11 0 9.97 -0.04
D Int TxFr -13 -6 0 9.64 -0.01
B MA Bal -19 -7 +2 9.77 -0.05
D- Natl TF -18 -9 0 9.68 -0.03
**Lord Abbett I**
$ 43.4 bil 888-522-2388
C- Bond Deb -14 -5 0 6.87 -0.05
A+ Convert -23 -7 +7 12.46 0.02
C+ Flt Rte -3 +0 0 7.86 -0.01
C- High Yld -15 -6 -1.0 6.07 -0.06
C Sh Dur -6 -3 0 3.79 -0.01

## —M–N–O—

**MainStay Fds A**
$ 7.9 bil 800-624-6782
A+ MK Convert -12 -2 +6 18.00 -0.01
C MK HY CB -10 -4 -1.0 4.84 -0.04
D MK Tx Fr Bd -15 -7 0 8.88 -0.03
A+ WMC Val -8 -3 +7 27.50 -0.20
**MainStay Fds I**
$ 3.2 bil 800-624-6782
A S&P500 Idx -21 -10 +6 46.64 -0.49
**Mairs&Power**
$ 5.3 bil 800-304-7404
A- &PowerGrowt -24 -11 +6 123.76n -1.4
**Marsico Funds**
$ 1.1 bil 888-860-8686
A Foc -34 -16 +8 18.06n -0.22
**Mass Mutual**
$ 3.1 bil 888-309-3539
B- Bl Ch -36 -18 +6 18.38 -0.27
**MassMutual Select**
$ 11.5 bil 888-309-3539
A Eq Op -10 -5 +6 17.77 -0.14
A Fnd V -6 -1 +3 9.41 -0.03
B MCG -28 -11 +5 19.07 -0.11
A S&P500 -21 -10 +6 16.54 -0.18
A- SCG -26 -6 +6 12.58 -0.01
**Matthews Asian Funds**
$ 4.3 bil 800-789-2742
A- India -10 -3 +2 25.39n 0.13
**Meridian Funds**
$ 1.5 bil 800-446-6662
A+ Contrarian -18 -5 +6 37.55n 0.01
**Metropolitan West**
$ 69.0 bil 800-241-4671
C- LowDurBond -7 -4 0 8.07 -0.02
D- Total Rtn -18 -10 -1.0 8.75 -0.05
D+ Uncons Bd -11 -5 0 10.04 -0.05
**MFS Funds A**
$ 49.8 bil 800-225-2606
A Core Equity -20 -9 +7 38.09 -0.45
C- Corp Bond -20 -9 -2.0 11.43 -0.07
D+ IntlIntrVal -32 -15 0 36.13 -0.49
A- MassInvGro -26 -15 +9 31.60 -0.71
A- Mass Inv Tr -20 -10 +5 32.44 -0.39
C- MuniHighInc -18 -10 0 6.91 -0.03
D Muni Income -15 -8 -1.0 7.65 -0.02
D- TotRetBond -17 -9 -2.0 9.06 -0.04
B TotalReturn -13 -5 +2 18.43 -0.09
B+ Utilities -5 -8 +5 22.82 0.07
**MFS Funds I**
$ 49.2 bil 800-225-2606
B Growth -35 -18 +10 127.18 -2.3
A+ Cntl Equity -24 -10 +2 25.40 -0.20
B MidCapGrowt -32 -12 +8 22.72 -0.03
A+ MidCapValue -13 -4 +5 28.28 -0.09
A- Research -20 -10 +7 49.53 -0.61
A- Value -11 -3 +5 48.24 -0.11
**Morgan Stanley Inst**
$ 11.4 bil 800-548-7786
B- Gl Fr -26 -15 +6 27.52 -0.62
C Growth -57 -20 +4 32.15 0.14
**MorganStanleyPathway**
$ 4.0 bil 888-673-9950
B+ Lg Cap Eq -23 -11 +6 19.66n -0.23
**Muhlenkmp**
$ 265 mil 800-860-3863
A+ Fund +0 +1 +7 58.39n -0.16
**Munder Funds**
$ 1.6 bil 800-539-3863
D+ Intl SmCp -31 -13 -2.0 11.54 -0.12
**Munder Funds Cl A**
$ 711 mil 800-539-3863
A- Multi-Cap -19 -7 +4 45.45 -0.41
**Munder Funds Cl Y**
$ 802 mil 800-539-3863
A IntegritySC -10 -2 +2 36.16 -0.05
**Nationwide Fds R6**
$ 1.4 bil 800-848-0920
A- MC Mkt Idx -16 -5 +3 15.76 -0.04
**Nationwide Funds**
$ 351 mil 800-848-0920
A S&P 500 -21 -10 +7 17.87 -0.18
**Natixis Funds**
$ 13.6 bil 800-225-5478
C Inv GB -14 -7 0 9.39 -0.04
B+ LS Growth -31 -15 +7 18.10 -0.15
A- US Eq Opp -24 -9 +4 31.52 -0.25
**Neuberger Berman Fds**
$ 26.4 bil 800-366-6264
B+ LngSh -10 -6 16.19 -0.10
A+ Intr Val -22 -7 +5 18.15 0.03
A+ LC Value -6 +1 +9 41.73 -0.09


## LEGAL NOTICE

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION**

NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated,

Plaintiffs, v.

PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III,

Defendants.

NO. MO:19-CV-217-DC

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO: All persons who purchased or otherwise acquired the common stock of ProPetro Holding Corp. ("ProPetro") on the open market from March 17, 2017 to March 13, 2020, inclusive, and all persons who purchased ProPetro common stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017:**

YOU ARE HEREBY NOTIFIED that, pursuant to an Order of the United States District Court for the Western District of Texas, Midland/Odessa Division, a hearing will be held on April 11, 2023, at 1:30 p.m., before the Honorable David Counts, United States District Judge, at the United States Courthouse, 200 East Wall, Midland, Texas 79701, to determine: (1) whether a proposed Settlement of *Nykredit Portefølje Administration A/S et al. v. ProPetro Holding Corp. et al.*, No. MO:19-CV-217-DC for the sum of Thirty Million ($30,000,000.00) in cash should be approved by the Court as fair, reasonable, and adequate, which would result in this Action being dismissed with prejudice and will prevent Settlement Class Members from ever being part of any other lawsuit against the Defendants (and parties related to them) about the legal claims being resolved by this Settlement, as set forth in the Stipulation and Agreement of Settlement dated September 22, 2022; (2) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Plaintiffs should be certified as Class Representatives for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (3) whether the Plan of Allocation of settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (4) whether Plaintiffs' Counsel should be awarded attorneys' fees and expenses incurred in connection with this Action, together with interest thereon, and whether the Plaintiffs should receive an award of their costs and expenses in representing the Settlement Class. Those matters will be addressed by the Court at the Settlement Hearing to be held on April 11, 2023.

If you (a) purchased or otherwise acquired ProPetro common stock on the open market during the period from March 17, 2017 to March 13, 2020, both dates inclusive, and were damaged thereby; or (b) purchased ProPetro common stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017, your rights may be affected by this Action and the Settlement thereof. If you have not received a detailed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses ("Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim Form"), you may obtain copies either by downloading this information at www.ProPetroSecuritiesLitigation.com or by writing to *ProPetro Securities Litigation*, c/o JND Legal Administration, P.O. Box 91309, Seattle, Washington 98111.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim Form by mail (**postmarked no later than February 23, 2023**), or online at www.ProPetroSecuritiesLitigation.com (**submitted no later than February 23, 2023**), establishing that you are entitled to a recovery.

You will be bound by any judgment rendered in the Action unless you request to be excluded, in writing, such that it is **postmarked no later than March 21, 2023**, in the manner and form explained in the detailed Notice referred to above. If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is **postmarked no later than March 21, 2023**, in accordance with the instructions set forth in the Notice. If you ask to be excluded, you will not get any payment from the Settlement, and you cannot object to the Settlement. You will not be legally bound by anything that happens in the lawsuit, and you may be able to sue Defendants' Releasees about the Released Plaintiffs' Claims in the future. If you want to bring your own lawsuit based on the matters alleged in this Action, you may want to consult an attorney and discuss whether any individual claim that you may wish to pursue would be time-barred.

Any objection to any aspect of the Settlement, the Plan of Allocation, and/or Lead Counsel's fee and expense application must be filed with the Clerk of the Court and delivered to Lead Counsel and Representative Defendants' Counsel, such that they are **received no later than March 21, 2023**, in accordance with the instructions set forth in the Notice.

Requests for the Notice and Proof of Claim Form should be made to the Claims Administrator:

*ProPetro Securities Litigation*
c/o JND Legal Administration
P.O. Box 91309
Seattle, Washington 98111

Inquiries, other than requests for the Notice and Proof of Claim Form, may be made to Lead Counsel:

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
James A. Harrod
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
Email: settlements@blbglaw.com

**GRANT & EISENHOFER P.A.**
Daniel L. Berger
485 Lexington Avenue
New York, New York 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

**BY ORDER OF THE COURT UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION**

www.ProPetroSecuritiesLitigation.com (877) 917-0135

# EXHIBIT C

# Notice of Pendency and Proposed Settlement of Class Action Involving All Persons who Purchased or Otherwise Acquired ProPetro Holding Corp. Common Stock on the open market from March 17, 2017 to March 13, 2020, inclusive, or purchased ProPetro Common Stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017

NEWS PROVIDED BY
**JND Legal Administration →**
Nov 07, 2022, 09:18 ET

SEATTLE, Nov. 7, 2022 /PRNewswire/ --

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**MIDLAND/ODESSA DIVISION**



| | | |
|---|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated, | § | |
| *Plaintiffs,* | § | No. MO:19-CV-217-DC |
| v. | § | |
| PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III, | § | |
| *Defendants.* | § | |

**SUMMARY NOTICE of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Hearing; and (iii) Motion for Attorneys' Fees and Litigation Expenses**

This notice is for all persons who purchased or otherwise acquired the common stock of ProPetro Holding Corp. ("ProPetro") on the open market from March 17, 2017 to March 13, 2020, inclusive, and all persons who purchased ProPetro common stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017.

YOU ARE HEREBY NOTIFIED that, pursuant to an Order of the United States District Court for the Western District of Texas, Midland/Odessa Division, a hearing will be held on April 11, 2023, at 1:30 p.m., before the Honorable David Counts, United States District Judge, in person at the United States Courthouse, 200 East Wall, Midland, Texas 79701, to determine:
(1) whether a proposed Settlement of *Nykredit Portefølje Administration A/S et al. v. ProPetro Holding Corp. et al.*, No. MO:19-CV-217-DC for the sum of Thirty Million ($30,000,000.00) in cash should be approved by the Court as fair, reasonable, and adequate, which would result in this Action being dismissed with prejudice and will prevent Settlement Class Members from ever being part of any other lawsuit against the Defendants (and parties related to them) about the legal claims being resolved by this Settlement, as set forth in the Stipulation and Agreement of Settlement dated September 22, 2022;
(2) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Plaintiffs should be certified as Class Representatives for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (3) whether the Plan of Allocation of settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (4) whether Plaintiffs' Counsel should be awarded attorneys' fees and expenses incurred in connection with this Action, together with interest thereon, and whether the Plaintiffs should receive an award of their costs and expenses in representing the Settlement Class. Those matters will be addressed by the Court at the Settlement Hearing to be held on April 11, 2023.

If you (a) purchased or otherwise acquired ProPetro common stock on the open market during the period from March 17, 2017 to March 13, 2020, both dates inclusive, and were damaged thereby; or (b) purchased ProPetro common stock in or traceable to ProPetro's Initial Public Offering on March 17, 2017, your rights may be affected by this Action and the Settlement thereof. If you have not received a detailed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses ("Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim Form"), you may obtain copies either by downloading this information at www.ProPetroSecuritiesLitigation.com or by writing to *ProPetro Securities Litigation*, c/o JND Legal Administration, P.O. Box 91309, Seattle, Washington 98111.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim Form by mail (**postmarked no later than February 23, 2023**), or online at www.ProPetroSecuritiesLitigation.com (**submitted no later than February 23, 2023**), establishing that you are entitled to a recovery.

You will be bound by any judgment rendered in the Action unless you request to be excluded, in writing, such that it is **postmarked no later than March 21, 2023**, in the manner and form explained in the detailed Notice referred to above. If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is **postmarked no later than March 21, 2023**, in accordance with the instructions set forth in the Notice. If you ask to be excluded, you will not get any payment from the Settlement, and you cannot object to the Settlement. You will not be legally bound by anything that happens in the lawsuit, and you may be able to sue Defendants' Releasees about the Released Plaintiffs' Claims in the future. If you want to bring your own lawsuit based on the matters alleged in this Action, you may want to consult an attorney and discuss whether any individual claim that you may wish to pursue would be time-barred.

Any objection to any aspect of the Settlement, the Plan of Allocation, and/or Lead Counsel's fee and expense application must be filed with the Clerk of the Court and delivered to Lead Counsel and Representative Defendants' Counsel, such that they are **received no later than March 21, 2023**, in accordance with the instructions set forth in the Notice.

Requests for the Notice and Proof of Claim Form should be made to the Claims Administrator:

*ProPetro Securities Litigation*
c/o JND Legal Administration
P.O. Box 91309
Seattle, Washington 98111

Inquiries, other than requests for the Notice and Proof of Claim Form, may be made to Lead Counsel:

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

James A. Harrod
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
Email: settlements@blbglaw.com

**GRANT & EISENHOFER P.A.**

Daniel L. Berger
485 Lexington Avenue
New York, New York 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com

For any questions, please call (877) 917-0135 or visit www.ProPetroSecuritiesLitigation.com.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

SOURCE JND Legal Administration