# Exhibit 8C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated, | § § § § § § § § § § § § | No. MO:19-CV-217-DC CLASS ACTION Hon. David Counts |
| *Plaintiffs,* | § § § | |
| v. | § § § | |
| PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III, | § § § § | |
| *Defendants.* | § § § | |

DECLARATION OF FRANK B. BURNEY ON BEHALF OF
MARTIN & DROUGHT, P.C. IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES AND LITIGATION EXPENSES

I, FRANK B. BURNEY, declare as follows:

1.    I am a partner of the law firm of Martin & Drought, P.C. ("Martin & Drought"). I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and litigation expenses. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.    My firm, has acted as Liaison Counsel for Plaintiffs and the Settlement Class in this Action. In this capacity, we worked with Lead Counsel throughout the litigation, including by reviewing pleadings and briefs, assisting with court filings, and communicating with Lead Counsel about case strategy.

3.    The information in this declaration regarding Martin & Drought's time and expenses is taken from time and expense printouts and supporting documentation prepared and/or maintained by Martin & Drought in the ordinary course of business. I reviewed these printouts (and backup documentation where necessary or appropriate) in connection with preparing this declaration.

4.    I conducted a review of the time and expense reports to confirm that the reports were accurate, and also to evaluate whether the time and expenses committed to the litigation were necessary and reasonable. As a result of this review, I can confirm that the time reflected in Martin & Drought's lodestar calculation and expenses for which payment is sought as set forth in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private marketplace.

5.    Attorneys at Martin & Drought spent a total of 63.80 hours working on this litigation from its inception through February 15, 2023. A breakdown of the lodestar is provided in Exhibit A. The schedule in Exhibit A was prepared from contemporaneous daily time records

- 1 -

regularly prepared and maintained by my firm. Time expended on the application for fees and expenses has not been included.

6. The lodestar amount for time based on Martin & Drought's current rates is $38,280.00. The hourly rates shown in Exhibit A are the usual and customary rates set by the firm for each individual. Martin & Drought's firm resume, which includes a professional biography of the attorneys who worked on this action, is attached as Exhibit C.

7. Martin & Drought also seeks an award of $600.00 for the unreimbursed expenses it incurred in connection with the prosecution of the litigation. Those expenses are summarized by category in Exhibit B. The expenses for which Martin & Drought seeks reimbursement are filing fees paid in the U.S. District Court for the Western District of Texas for the *pro hac vice* applications for attorneys at Lead Counsel firms to appear in this Action.

8. The expenses pertaining to this case are reflected in the books and records of Martin & Drought. These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge. Executed this 17 day of March 2023.

_____
FRANK B. BURNEY

- 2 -

- 3 -

# EXHIBIT A

*Nykredit Portefølje Administration A/S v. ProPetro Holding Corp.*,
No. MO:19-CV-217-DC

## MARTIN & DROUGHT, P.C.
## TIME REPORT

Inception through and including February 15, 2023

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Frank B. Burney | 38.0 | $600 | $22,800.00 |
| Gerald Drought | 25.8 | $600 | $15,480.00 |
| **TOTALS:** | **63.8** | | **$38,280.00** |

- 4 -

## EXHIBIT B

*Nykredit Portefølje Administration A/S v. ProPetro Holding Corp.*,
No. MO:19-CV-217-DC

**MARTIN & DROUGHT, P.C.**
**EXPENSE REPORT**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $600.00 |
| | |
| **TOTAL:** | **$600.00** |

- 4 -

- 5 -

**EXHIBIT C**

*Nykredit Portefølje Administration A/S v. ProPetro Holding Corp.*,
No. MO:19-CV-217-DC

**MARTIN & DROUGHT, P.C.**
**FIRM BIOGRAPHY**

.

- 5 -

# &MARTIN & DROUGHT, P.C.

ATTORNEYS AT LAW

*with offices in*

SAN ANTONIO, TEXAS

AND

MCALLEN, TEXAS

*and Independent Affiliates in*
MEXICO, D.F. AND MONTERREY, MEXICO

2023

Neuhaus Center, Suite 1111
200 S. 10th Street
McAllen, Texas 78501
(956) 686-2348
(956) 686-2610 FAX

112 East Pecan
Weston Centre, Suite 1616
San Antonio, Texas 78205
(210) 227-7591
(210) 227-7924 FAX

Martin & Drought, P.C.'s lawyers have been providing high-quality legal services to individuals and businesses for more than forty years. Our clients are served through offices in Texas, located in San Antonio and McAllen, and in the Republic of Mexico, through the firm's presence in Mexico City, Monterrey, and Reynosa, Mexico. Unlike many firms, which have corresponding foreign law firms, Martin & Drought, P.C. employs attorneys licensed in Mexico who are residents in its Texas offices.

This strategic geographic placement of the firm's resources allows the firm's practice to encompass the full range of commercial and legal issues facing individuals and business organizations in today's global economy. Although the firm is not rigidly departmentalized, many of the firm's lawyers have earned reputations for quality representation in specific areas of the law, including the following: international commercial litigation, commercial litigation; products liability litigation; personal injury litigation; general civil litigation; oil and gas litigation; life insurance product class action litigation; international trade finance and banking; maquiladora plant formation and Mexico business representation; labor matters in the United States and Mexico; real estate; land planning; pension funds; governmental affairs, and bankruptcy.

The firm enjoys preeminent status at the frontier of current international commercial, legal and political issues. Indeed, the firm's lawyers are frequently called upon by state, federal and foreign governmental officials seeking advice and counsel in the process of globalizing our hemispheric economy.

Martin & Drought, P.C. prides itself on responding to its clients' needs and on its ability to conceptualize and execute creative solutions to the issues facing its clients. Our clients include many national and international corporations, financial institutions and real estate companies, consumer groups, charitable organizations and individuals throughout this hemisphere.

## INTERNATIONAL SECTION

Comprised of highly skilled and dedicated, bilingual and bicultural international attorneys from both Mexico and the United States who understand and appreciate the intricacies of doing business in both countries, the firm's international section is uniquely qualified to represent companies with operations in both the United States and Mexico. The international section of Martin & Drought, P.C. is well known for specializing and being pioneers in the establishment of production ("maquiladora") operations in Mexico, and our attorneys have decades of experience in this unique area of practice. The firm represents, has established production operations and has structured transactions in Mexico for such entities and multinational corporations as AT&T, Ametek, Bissell, General Electric, Matsushita (Panasonic), Emerson Electric, Bombardier, Fujitsu, Olson Metal Products, PaTx, Staktek, Hoffman, Johnson Controls, Pentair, R.R. Donnelley & Sons, Siemens, TI Group, LG Electronics, Invensys and many others. More recently, the firm has expanded its real estate practice in Mexico representing industrial and commercial developers, including U.S. REIT's with operations in Mexico, as well as developers in tourist destinations from Cabo San Lucas to the Mayan Riviera.

Moreover, our attorneys are versed in all manners of international business and corporate transactions, including the structuring of foreign investments, corporate formation and governance, mergers and acquisitions, joint ventures, international banking transactions, foreign real estate transactions, international trade and customs matters, environmental, regulatory and administrative issues, taxation and intellectual property matters.

Martin & Drought, P.C. maintains an excellent reputation for providing legal services to Mexican, Latin American, European and Asian clients with business interests in the United States. The firm represents such clients in joint ventures with United States companies, in international trade matters, corporate formation and governance, real estate transactions, estate planning,

regulatory and administrative affairs, and immigration, and has over the years developed a solid reputation for representing foreign individuals and companies in litigation in United States courts.

Martin & Drought, P.C. maintains permanent offices in San Antonio, McAllen and has an affiliated office in Mexico City, and has affiliated Mexican offices in Reynosa and Monterrey, and relies on a vital network of professional and governmental contacts in such diverse areas of Mexico as Guadalajara, Queretaro, Matamoros, Ciudad Juarez, Torreon, Hermosillo, Ciudad Victoria, Merida and Saltillo. Martin & Drought, P.C. has positioned itself to provide the full services of a Mexican law firm while affording its clients the comfort and security of working with a United States law firm. The result has been a reputation for skill and professionalism that recognizes no border.

## LITIGATION SECTION

The litigation section of Martin & Drought, P.C. provides a full range of litigation services in United States courts, as well as in Mexico.  Martin & Drought, P.C.' litigation attorneys represent a wide variety of businesses and individuals in these areas, including domestic and international commercial litigation, consumer class action litigation, oil and gas litigation, employment litigation, and products liability and personal injury litigation.  Furthermore, the firm directly provides labor litigation representation in the courts and labor tribunals of Mexico, and is able to assist its clients with other types of litigation in Mexico through its various affiliations with Mexican counsel.

In terms of litigation in the United States, the firm's attorneys are experienced in a wide variety of areas of litigation and other forms of dispute resolution, including mediation and arbitration.  Business clients are served by the firm in most areas of commercial litigation, including disputes involving contracts, partnerships, investments, trade secrets, employment, oil and gas, real estate, debtor/creditor, personal injury defense and deceptive trade litigation.  In the area of bankruptcy law, Martin & Drought, P.C. has for many years had an established practice in representation of entities of all types, including creditors, debtors, trustees and creditor committees. The firm represents a wide variety of United States and Mexican citizens in both their personal and business litigation needs, including class action litigation involving insurance products, personal injury, legal and medical malpractice, contract, real estate, probate, and foreign investment litigation and arbitration.

The firm has one of the most sophisticated insurance product litigation practices in the United States.  Representing both individuals and classes from the United States, Mexico and other countries, Martin & Drought, P.C. has been at the forefront of representing defrauded investors who purchased all types of insurance products, including life insurance, annuities and other types

of insurance. The firm has been especially active in representing educators who are victims to the numerous investment frauds in the 403(b) market.

In the area of international litigation, the firm has developed a solid reputation for representing businesses and individuals from various parts of the world in litigation in United States and Mexico. The firm has experience in representing U.S. and Mexican importers and exporters in litigation against multinational corporations; representing U.S. and Mexican importers in international letter of credit litigation against foreign exporters and banks; representing foreign investors in international securities fraud litigation against foreign banks, Big 5 accounting firms and other aiders and abettors; and representing Mexico-based maquiladoras in litigation in United States courts. Furthermore, Martin & Drought, P.C. provides litigation services to its clients involved in labor disputes in Mexico, and is also able to provide general litigation services in Mexico through its network of affiliated attorneys in Mexico. The firm is thus uniquely positioned to provide international litigation services to resolve disputes on both sides of the U.S.-Mexico border.

## TRANSACTIONAL SECTION

The Transactional Section of the firm represents small, medium and large businesses, as well as individuals and quasi-governmental entities, on a wide variety of matters which may be best described as contractual or transactional in nature. The partners in this section have over 80 years of combined experience in handling a diverse array of complex commercial matters involving, for example, asset acquisition and disposition, real estate development and construction, real estate mortgage loan transactions, asset-based commercial loans, formation and operation of business entities (such as corporations, partnerships and limited liability companies), real estate acquisitions, leases for shopping centers, office building and industrial properties, and product manufacturing, distribution and sales. In addition, our business attorneys deal on a regular basis with pension funds and a broad spectrum of regulatory issues such as environmental compliance, land use and zoning, and governmental permitting. Our clientele can confidently rely on the attorneys in our Transactional Section to assist them promptly and professionally with virtually any situation in which legal services in the nature of contract preparation and negotiation are required.

## PARTNERS:

**Gerald T. Drought,** admitted to Bar, 1972, Texas; also admitted to practice before the U.S. District Court for the Southern, Western and Northern Districts of Texas; U.S. Court of Appeals, Fifth Circuit; U.S. Supreme Court. Preparatory Education: University of Texas at Austin (B.B.A. in Finance, with honors, 1970). Legal Education: University of Houston (J.D., with honors, 1972; Order of the Barons/Delta Theta Phi). Member: San Antonio Bar Association, State Bar of Texas (Special Counsel, Commission for Lawyer Discipline, 1994), San Antonio Trial Lawyers Association, Texas Association of Bank Counsel, Association of Attorney – Mediators, San Antonio Chapter, San Antonio Bar Association Fee Dispute Committee, Alamo Kiwanis Club (Director 1997-98), Million Dollar Advocates Forum. Fellow: San Antonio and Texas Bar Foundations, Aircraft Owners & Pilots Association (AOPA). President and Chairman of the Firm (Head of Firm's Litigation Section). Languages: Spanish Competent and English. Mediator: ADR Training - Attorney Mediators Institute, March 1996. Recognitions: Selected by peers as a Texas Super Lawyer "Best Attorneys in Texas" – Texas Monthly issues 2003 & 2004; Selected by peers as one of the best attorneys in San Antonio – 2004 issue of Scene In SA Magazine "San Antonio Best Attorneys." Practice Areas: Business and General Litigation. Board Certified, Civil Trial Law, Texas Board of Legal Specialization. **E-Mail:** gdrought@mdtlaw.com

**S. Carl Friedsam,** admitted to Bar, 1979, Texas. Preparatory Education: North Texas State University (B.B.A., magna cum laude, 1976). Legal Education: Texas Tech University (J.D., with honors, 1979). Member: Texas Association of Bank Counsel, San Antonio Bar Association, State Bar of Texas and American Judicature Society. Boards and Activities: Goodwill Industries of San Antonio (Legal Advisor); Family Services (Chairman of the Board, 2005-2006, Board Member) and San Antonio Art Institute (Board Member). Practice Areas: Real Estate; Business Law; Commercial Law. **E-Mail:** scfriedsam@mdtlaw.com

**Frank B. Burney,** admitted to Bar, 1979, Texas; also admitted to practice before the U.S. Court of Appeals, Fifth Circuit; U.S. District Court for the Southern and Western Districts of Texas. Preparatory Education: Duke University (B.A., 1976). Legal Education: St. Mary's University of San Antonio (J.D., 1979). Briefing Attorney to Judge Horace S. Young for 13th Court of Civil Appeals (1979-80); Clerk, 13th Court of Civil Appeals (1981). Member: National Association of Public Pension Attorneys, San Antonio Bar Association (Director, 1987-88), State Bar of Texas, Texas Young Lawyers Association (Director, 1987-89), San Antonio Young Lawyers Association (Outstanding Young Lawyer, 1988; President, 1986-87); San Antonio Bar Foundation (Chair, 1997-98), Texas Association of Bank Counsel (Director, 1989-92), 100 Club (President, 2005). Frequent speaker on Financial Institutions and International Law issues. Boards and Activities: San Antonio Library Foundation (Trustee, 1997-2004), Rotary Club of San Antonio (President, 2002-03) Texas Lyceum (Chair, 1994), San Antonio Zoning Commission (Chair, 1991-93), Leadership San Antonio, South Texas Chamber of Commerce (Director), Hispanic Chamber of Commerce, Free Trade Alliance San Antonio (Chair of Mexico Group, 1993; Director, 1994-2000), Jalisco-Texas Bilateral Commission (Chair, 1991-93), Nature Conservatory (Chair, Advisory Board), Southwest School of Art and Craft (Chair, 1993-97), University of Texas Marine Science Institute (Director), University of Incarnate Word Development Board. Practice Areas: Financial Institutions; Land Planning; International Trade; Government Affairs; Real Estate; Pension Funds; General Corporate and Transactional Practice. Languages: Spanish and English. **E-Mail:** fburney@mdtlaw.com

**Michael G. Colvard,** admitted to Bar, 1979, Texas; also admitted to practice before the Supreme Court of the United States, U.S. Court of Appeals, Fifth Circuit; U.S. District Court for the Southern, Northern and Western Districts of Texas; Texas Supreme Court.  Preparatory Education: Southwest Texas State University (B.A., highest honors, 1976). Legal Education: St. Mary's University of San Antonio (J.D., 1979; Phi Alpha Delta).  Law Clerk for Hon. Bert W. Thompson, Bankruptcy Court, Western District of Texas (1979-81).  Member: San Antonio Bar Association, State Bar of Texas, San Antonio Bankruptcy Bar Association, American Bankruptcy Institute. U.S. Army, 1970-72. Practice areas: Collection/Bankruptcy Law; Creditor's Rights and Commercial Litigation; Business Law.  Board Certified/Business Bankruptcy - American Board of Certification; Board Certified/Business and Consumer Bankruptcy - Texas Board of Legal Specialization. **E-Mail:** mcolvard@mdtlaw.com

**Jon D. Lowe,** admitted to Bar, 1982, Texas. Preparatory and Legal Education: University of Texas (B.A., with honors, 1977; J.D., 1982; Phi Beta Kappa).  Member:  State Bar of Texas (Real Estate, Probate and Trust Law Section),  San Antonio Bar Association (Real Estate, Environmental and International Law Sections), Texas Association of Bank Counsel, University of Texas Law School Alumni Association.  Fellow, San Antonio Bar Foundation.  Practice Areas: Real Estate and Construction Law; Banking Law; Corporate and General Business Law; Commercial Transactions; Public Pension Plans.  Board Certified/Commercial Real Estate Law, Texas Board of Legal Specialization. **E-Mail:** jlowe@mdtlaw.com

**Hector Coronado De Anda**, admitted in 1972, Mexico (not admitted in United Status). Preparatory Education: Nuevo Leon State University (B.A., 1965); Education: Nuevo Leon State University, School of Law (J.D. 1972); New York University School of Law (Masters in Comparative Jurisprudence, 1973).  Mr. Coronado is a bilingual Mexican attorney who, prior to joining Martin & Drought, P.C., headed the international legal section of Monterrey-based conglomerate, CEMEX.  He has been in-house counsel to several Mexican industrial groups, including Saltillo Industrial Group (GIS), Protexa, Proeza, Conductores Monterrey Group (Industrias AXA), and Alfa Industrial Group.  Practice areas:  Foreign Investments; Corporate, Mergers, Acquisitions and Joint Ventures, Commercial, Banking and Finance, Administrative, Civil and Intellectual Property law.  Language:  Spanish and English; Resident:  McAllen office. Practice Areas: Foreign Investment; Corporate Law; Commercial Law; Joint Ventures; Finance; Real Estate.  **E-Mail:** hcoronado@mdtlaw.com

**Jorge A. Garcia-Adame**, admitted in 1992, Mexico.  Education: Instituto Tecnológico y de Estudios Superiores de Monterrey (J.D., with honors, 1991); Graduate studies include Mexican Legislation applied to Foreign Trade, The University of Texas School of Law (Master of Comparative Jurisprudence, 1993); Member: American Bar Association (International Section), San Antonio Bar Association (International Section), Texas-Mexico Bar Association.  Fraternity: Phi Delta Phi, International Chapter.  Speaker: Seminars on Mexican Business, Transactional Issues and NAFTA.  Author of a number of articles on Mexican Law issues affecting International transactions, including the maquiladora industry. Frequent speaker at seminars and trade meetings about Mexican business and maquiladoras. Worked with clients setting up and restructuring over 30 maquiladoras throughout Mexico.  Practice Areas: Corporate Law; International Business Transactions; Foreign Investments; Real Estate; Joint Ventures; Maquiladoras; NAFTA. Licensed only in Mexico. Languages:  Spanish and English. **E-Mail:** jgarcia@mdtlaw.com

**Vincent A. Notzon,** admitted to Bar, 1993, Texas; also admitted to practice before the U.S. Court of Appeals, Fifth Circuit; U.S. District Courts for the Northern, Southern and Western Districts of Texas. Preparatory Education: University of Texas at Austin (BBA/Finance 1989). Legal Education: The University of Texas School of Law (J.D., 1993). Member: State Bar of Texas, American Bar Association (Litigation Section), San Antonio Bar Association, Texas Young Lawyers Association, San Antonio Young Lawyers Association. Boards and Activities: Spyglass Hill Homeowners Association (Board of Directors 1994-present). Practice Areas: Civil Litigation; Insurance Products Litigation; Products Liability; Lender Liability; Complex Class Action Litigation. Languages: Spanish and English. **E-Mail:** vnotzon@mdtlaw.com

**Matthew Carson Cottingham Miles**, admitted to Bar, 1997, Texas; also admitted to practice before the United States District Court, Northern District of Texas, 1999. Education: Texas Tech University School of Law (J.D., 1997); Washington and Lee University (B.A., 1994). Board Certified in Oil, Gas and Mineral Law, Texas Board of Legal Specialization, 2003. Commercial Real Estate Law, Texas Board of Legal Specialization, 2005. Member: State Bar of Texas, San Antonio Bar Association Natural Resources Section (Past-Chairman), San Antonio Young Lawyers Association, San Antonio Bar Foundation. Texas Monthly – Texas Rising Star, 2006. Author: *The Edwards Aquifer Water Crisis* 6 S.C. Envt'l L.J. 213 (1997); *A Statutory Lien with An Attitude*, Texas Real Estate, Probate and Trust Law Reporter (October 2004), Author/Speaker: *Vacancies*, Fall Advanced Oil, Gas & Energy Resources Law Course (2004). Co-Author, *So Your Client Thinks He Wants to Buy Only the Surface. . .* State Bar of Texas Oil, Gas and Energy Resources Law Section Report (December 2006). Practice Areas: Real Estate (including Land Use Planning and Natural Resources) and Corporate Law. **E-Mail:** mcmiles@mdtlaw.com

**Mathis B. Bishop**, admitted to Bar 2004, Texas; also admitted to practice before the United States District Courts for the Eastern, Southern, and Western Districts of Texas; also admitted to practice in Federal Court, Eastern District of Wisconsin. College Education: University of Texas (B.A., 2000); Legal Education: University of Texas School of Law (J.D., 2004). Member: State Bar of Texas; San Antonio Bar Association (Member, Litigation Section); San Antonio Young Lawyers Association; Texas Young Lawyers Association. Practice Area: Litigation. **E-Mail:** mbishop@mdtlaw.com

**Paul J. Benavides**, admitted to Bar 2014, Texas. Preparatory Education: McCoy College of Business, Texas State University (BBA, Finance 2011). Legal Education: St. Mary's University School of Law (J.D., 2014). While in law school, Mr. Benavides served as a judicial intern for the Honorable Chief Justice Nathan L. Hecht of the Supreme Court of Texas and for Honorable Rebecca Simmons of the Fourth Court of Appeals. Mr. Benavides advises clients on matters related to oil and gas, including leasing, acquisition, pipeline easements, seismic operations, and surface use, along with commercial real estate matters involving leasing, acquisition, and financing. Professional Achievements: Co-Author with M.C. Cottie Miles, Contracting for Clarity: Practical Solutions for Drafting Around the Current State of the Law Affecting Overriding Royalty Interest, 46 Tex. Tech. L. Rev. 1043 (2014). Practice Areas: Oil and Gas/Energy, Commercial Real Estate. Languages: English and Spanish. **E-Mail:** pbenavides@mdtlaw.com

**RETIRED SHAREHOLDER**

**James N. Martin,** admitted to Bar, 1963, Texas; also admitted to practice before the U.S. Supreme Court and U.S. Court of Military Appeals. Preparatory Education: Texas A & M University (B.A., 1954). Legal Education: The University of Texas School of Law (J.D., 1963). Member: San Antonio Bar Association (President, 1981-82), State Bar of Texas, Texas Bar Foundation (Life Fellow), San Antonio Bar Foundation, Present Director of San Antonio Warm Springs Rehabilitation Hospital. Warm Springs Foundation, Former Director of Harry Jersig Center for Learning Disabilities, San Antonio Easter Seals Foundation, Texas Advisory Commission on Intergovernmental Relations, University of Texas Law, Dean's Round Table. Cmdr., U.S. Navy, 1954-59 and 1961-62. Practice Areas: Real Estate; Business Law.

**ASSOCIATES**
**(In Alphabetical Order):**

**Roxana De Leon Fuentes**, admitted in 1997, Mexico (not admitted in United States); Mrs. De Leon Fuentes represents and assists clients in all matters related to their operations and transactions in Mexico and Latin America. Her practice concentrates on representing foreign investors in Mexico. She has participated in the development and expansion of operations of US companies into Mexico through the Maquila Industry Program (IMMEX). Legal Education: Centro de Estudios Tecnologicos Industrial y de Servicios No. 52, Mexico City (Bachelors Degree in Accounting, 1990); Universidad Nacional Autonoma de Mexico (J.D. 1997); Member: Free Trade Alliance. Practice Areas: Corporate, Real Estate and Immigration in Mexico. Languages: Spanish and English **E-Mail:** rfuentes@mdtlaw.com

**Carter F. Scharmen**, admitted to Bar 2022, Texas; Preparatory Education: University of Mississippi (B.A., 2014), Legal Education: Texas Tech University School of Law (J.D., 2022); Transactions in Commercial Real Estate, and Oil & Gas; Member of the State Bar of Texas; Real Estate, Probate & Trust Law Section; Oil, Gas, and Energy Resources Law Section; San Antonio Bar Association. Languages: English **E-Mail:** cscharmen@mdtlaw.com

## OF COUNSEL—MEXICAN ATTORNEYS

**Of Counsel Arturo Gonzalez Salazar**, Law Degree from the Universidad Regiomontana in Monterrey, Nuevo León, *1990*. Diplomate in Labor Law, the Postgraduate Institute of the Centro de Estudios Universitarios. Continuing Education for Labor Officials offered by the State of Nuevo Leon, through the Local State Conciliation and Arbitration Boards. Participated in the XXVII Round Table on Labor Law given by COPARMEX (Management Confederation of Mexico). Represented Governor Socrates Rizzo of Nuevo Leon at the Worker Convention in order to designate Worker, Owner and Substitute Representatives for the Local State Conciliation and Arbitration Board. President of the Labor Law College of Attorneys 2003-2004. (1987) Worked in the First Civil Court of the First Judicial District in the State. (1988) Initiate term in the Local State Conciliation and Arbitration Board in Monterrey, N.L. in the position of Clerk and finally as Clerk Inspector and Executor. (1990) Appointed Secretary of the Office of Collective Affairs within the same Labor Court. (1991) Appointed Auxiliary to Conciliation and Arbitration Board No. 4. (1992) President of Local State Conciliation and Arbitration Board No. 1. (1992) President of Conciliation and Arbitration Board NO. 7. (1993-1995) Titular President of Conciliation and Arbitration Board No.5. From 1990 to 1994 professor of Law at the Centro de Estudios Universitarios in Monterrey, N.L. holding classes in Labor Law, History of Law and Civil Law. January 1996 to December 1997, professor at the Universidad del Atlántico, teaching Civil Law and General Procedural Theory. November 1995 to the Present, Partner in the law firm of González Salazar y Asociados, Abogados. From September 1999 to May 2001, Legal Director for the City of Reynosa, Tamaulipas. November 2010 to January 2013, Adjunct to the President of the Labor Conciliation and Arbitration Board in the State of Nuevo Leon. Licensed in Mexico Only.

**Of Counsel, Nelson U. Monzalvo Laguna**, Law Degree from National Autonomous University of Mexico, School of Law, 1979, with Honorific Mention. Mr. Monzalvo worked as in-house counsel for Banco Somex, 1979-89, Grupo Alfa 1980-83 and Industrias AXA, 1986-89. Chief of the Litigation Office of INFONAVIT, Chief Legal Counsel and Chief of Legislative Studies for INFONAVIT from 1984-86. General Legal Administrator of FONATUR 1989-90. Legal Director of the Corporate and Litigation sections for the Department of Tourism 1990-96.Vice President of legal affairs for Grupo Industrial Minera México, 1996.Co-author of the Federal Tourism Law and the Law Project on Casinos. Former academic adviser in the Law School of La Salle University. Member of the Mexican Bar Association. Assistant Professor of Mercantile Law II at the UNAM Law School, 1979. Professor of "Legal Regimen of Public Companies", at the Law School of the Universidad Panamericana 1985-86. Professor of Mercantile Law, Law School at the Universidad Panamericana, 1986 to the present. Postgraduate studies Professor in the areas of Economic and Corporate Law and Mercantile Law. Universidad Panamericana 1990 to the present. Practice Areas: Contracts; Bonding and Mercantile Law; Tourism Law and Investment; the Contractual System for Time Shares. Licensed in Mexico only. Resident: Mexico City Office.
**E-Mail:** estraiure@infosel.net.mx

# MARTIN & DROUGHT, P.C.
## ATTORNEYS AT LAW
WESTON CENTRE, SUITE 1616
112 E. PECAN STREET
SAN ANTONIO, TEXAS 78205
(210) 227-7591
FAX   (210) 227-7924
www.mdtlaw.com

**FRANK B. BURNEY**
fburney@mdtlaw.com

Direct Dial (210) 220-1339
Mobile (210) 289-5843

### FRANK BURLESON BURNEY

EMPLOYMENT:

Martin & Drought, P.C., San Antonio, Texas (1981 - Present) Partner of international law firm with offices in Texas and Mexico. Practice is concentrated in municipal incentives, governmental affairs, non-profits, public employee benefit plans, land use, financial institutions, real estate, and general corporate and transactional practice. Registered lobbyist with City of San Antonio.

Clerk, 13th Court of Appeals, Corpus Christi, Texas (1981)

Briefing Attorney for Justice Horace S. Young, 13th Court of Appeals, Corpus Christi, Texas (1979 - 1980)

Congressional Intern for Congressman Robert Krueger, San Antonio, Texas (1977)

EDUCATION:

St. Mary's School of Law, San Antonio, Texas, Doctor of Jurisprudence (1979)

Duke University, Durham, North Carolina, B.A. in Political Science and World Comparative Area Studies - Latin America (1976)

Oxford University, Queens College, Oxford, England (Summer 1977)

Centro Intercultural de Documentación, Cuernavaca, Mexico (Fall 1972). Fluency in Spanish

The Hill School, Pottstown, Pennsylvania (1972)

HONORS AND ACTIVITIES:

Legal:

Outstanding Young Lawyer - San Antonio (1988)

San Antonio Young Lawyers Association:
President (1986 - 1987)
Director (1983 - 1984)

San Antonio Bar Association:
Director (1986 - 1988)

San Antonio Bar Foundation:
Chair (1997-1998)

Texas Association of Bank Counsel:
Director (1989 - 1992)

Texas Young Lawyers Association:
Director (1987 - 1989)

National Association of Public Pension Attorneys
Member (1997- Present)

Texas C-BAR
Board Member (2001-2002)

International:

Mayor's Committee for the North American Development Bank (1993-1994)

Jalisco-Texas Bilateral Commission:
Chair (1991-1993)

Mayor's Committee for NAFTA
Steering Committee (1993 - 1994)

Mayor's Committee for the Institute for the Study of Western Hemispheric Trade
Chair (1991 - 1992)

Counsel to Consulado General de Mexico-San Antonio (1993 -1998)

Free Trade Alliance San Antonio :
Director  (1994 - 2000)
Chair - Mexico Group (1993)

Salute to Mexico - Splendors Art Exhibit
Steering Committee (1991)

NAD Bank Commission (1993-94)

Instituto Cervantes

Civic:

Joint Civilian Orientation Conference (2003)
 Department of Defense

San Antonio Zoning Commission:
 Chair (1991 - 1993)
 Commissioner (1987 - 1991)

Texas Lyceum:
 Chair (1994)

Greater San Antonio Chamber of Commerce:
 Vice-Chair (2011)
 Board of Directors (2009-2015 & 2021)
 Chair, Public Affairs Council (2010)
 Chair, Legislative Water Committee (2006-2007)
 Co-Chair, Legislative Committee (2004-2005)
 Public Affairs Steering Committee (1990-Present)

Hispanic Chamber:
 Board of Directors (2015-2017)

Duke University:
 2004 Charles A. Duke Award for Outstanding
   Volunteer Service
 Duke Club - San Antonio (President, 2001 - Present)
 Alumni/Recruitment Committee (1985 - Present)

San Antonio Public Library Foundation:
 Director (1997-2005)

Rotary Club of San Antonio (World's largest club):
 President (2002)

US Army All-American Bowl (2003-2018):
 Chair

University of Incarnate Word:
 Development Board (1997-1999)

San Antonio Bond Issues:
(Chair/Treasurer/Steering Committee)
 Bonds (2017)
 Aquifer Protection/Linear Parks (2014)
 Pre-K 4 SA (2012)
 Build SA Now (2012)
 Propositions 1 & 2 (2010)
 On Your Terms (2008)
 Foundation for the Future (2007)
 SAFE SA (2005)
 Water for All & Linear Parks (2005)
 Four For All (2004)
 People's Nine (2003)
 Fluoride (2000)
 Better Future (2000)
 Bonds (1999)
 Bonds (1994)

The University of Texas Marine Science Institute:
 Advisory Council (1988 - 1994)

World Affairs Council of San Antonio:
 Trustee (1988 - 1991)

South Texas Chamber of Commerce:
 Director (1987 - 1988)

Leadership San Antonio:
 Alumni Committee (1985 - 1986)
 Steering Committee (1984 - 1985)
 Participant (1983 - 1984)

North Loop 410 Association:
 President (1986)

Charitable:

Phil Hardberger Conservancy:
 Board (2010-Present)

The One Hundred Club of San Antonio
 President (2006-2008)
 Board Member (2001 - 2008)

Southwest School of Art:
 Chair (1993-1997)
 Trustee (1982 – 2004)
 Legal Advisor (1983 – Present)

Nature Conservancy:
 Advisory Board Chair (2001-2002)
 Advisory Board (1993 – Present)

Business Committee for the Arts:
 Director (1989 - 1991)

American Red Cross, San Antonio Chapter:
 Director (1981 - 1986)
 Legal Advisor (1981 - 1994)

Fiesta San Antonio Commission
 Legal Advisor (1983 - Present)
 Order of the Cascarón (1994)

San Antonio Museum Association:
 Latin American Committee (2014-Present)
 Young Art Patrons - Director (1981 - 1988)

American Cancer Society: Cattle Baron's Fundraiser
 Underwriting Chairman (1990 - 1993)

Big Brothers and Big Sisters of America:
 Director (1989 -1990)

Texas Accountants and Lawyers for the Arts:
 (1987 - 1991)

Politics:

Burney is active in local, state and national politics, having served in many capacities, including legal counsel and fundraising.

PROFESSIONAL ASSOCIATIONS:

Texas Bar Association                          San Antonio Bar Foundation: Fellow
San Antonio Bar Association                    Texas Association of Bank Counsel
National Association of Public Pension Attorneys

Burney is a frequent speaker on land use, pension, banking and real estate matters.

**GERALD T. DROUGHT**
**Weston Centre**
**112 East Pecan St., Ste. 1616**
**San Antonio, TX 78205**
**Phone (210) 227-7591 - (210) 220-1324 (direct)**
**Facsimile (210) 227-7924**
**e-mail: gdrought@mdtlaw.com**

| | |
|---|---|
| **EDUCATION** | J.D. (with honors)<br>UNIVERSITY OF HOUSTON (1972)<br>Houston, Texas<br>Order of the Barons/Delta Theta Phi<br><br>B.B.A-Finance (with honors)<br>UNIVERSITY OF TEXAS AT AUSTIN (1970)<br>Austin, Texas |
| **PROFESSIONAL EXPERIENCE** | President, Chairman and Head of Litigation<br>MARTIN & DROUGHT, P.C.<br>Weston Centre<br>112 East Pecan St., Ste. 1616<br>San Antonio, Texas 78205<br>1977 to Present |
| **MILITARY** | United States Marine Corps 1969-1970 |
| **PRACTICE AREAS** | Business and general civil litigation. |
| **ACHIEVEMENTS** | Board Certified in Civil Trial Law by the Texas Board of Legal Specialization in 1991.<br>Repeatedly named as Texas Super Lawyer – Most Recently 2022.<br>Repeatedly named as Scene in SA Super Lawyer edition – Most Recently 2022. |
| **MEDIATION** | Completed Attorney-Mediators Institute Training Program, March 1996; Conducted numerous mediations; participated in hundreds of mediations. |
| **ADMISSIONS** | Admitted to practice before the United States District Court for the Southern, Western, and Northern Districts of Texas; United States Court of Appeals, Fifth Circuit; United States Supreme Court. |

**PROFESSIONAL
MEMBERSHIPS**    San Antonio Bar Association; Hidalgo County Bar Association; Houston Bar Association; State Bar of Texas; San Antonio Trial Lawyers Association; Fellow: San Antonio and Texas Bar Foundations; Association of Attorney-Mediators; Association of Attorney-Mediators, San Antonio Chapter.

**OTHER
MEMBERSHIPS**    Aircraft Owners & Pilots Association (AOPA); Alamo Kiwanis Club (Director 1997-1998).  Santa Gertrudis Breeders International (1990).

**ADDITIONAL**    Over 40 years widely-varied trial experience in state and federal courts, both for plaintiffs and defendants.  Martindale-Hubbell Rating AV since 1980.  Founding partner of Martin, Drought & Torres, Inc.