# Exhibit 8D

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated, § § § § § § § § § § § § | No. MO:19-CV-217-DC<br><br>CLASS ACTION<br><br>Hon. David Counts |
| *Plaintiffs,* § § § | |
| v. § § | |
| PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III, § § § § § | |
| *Defendants.* § § § | |

**DECLARATION OF RONALD A. KING ON BEHALF OF
CLARK HILL PLC IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, RONALD A. KING, declare as follows:

1.      I am a partner of the law firm of Clark Hill PLC ("Clark Hill").  I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Proposed Settlement of the Action for $30 million in cash (the "Settlement") and Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses.  I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      My firm acted as counsel for Plaintiff Police and Fire Retirement System of the City of Detroit ("Detroit") in this Action.  In particular, I serve as general counsel to Detroit and its Board in connection with legal matters pertaining to Detroit's operations, investments and litigation matters.  In this capacity, my firm and I  worked closely with both Detroit and Bernstein Litowitz Berger & Grossmann LLP ("Lead Counsel") on various aspects of the litigation, including evaluating the case and advising Detroit concerning the decision to join the Action as a Plaintiff and concerning the conduct of the litigation thereafter, reviewing the pleadings, assisting Detroit in responding to discovery requests from Defendants and producing documents in response to Defendants' requests, preparing Kelly Tapper, the Assistant Executive Director of Detroit, for a Rule 30(b)(6) deposition on behalf of Detroit, attending that deposition, evaluating matters concerning case strategy, mediation and settlement, and acting generally as a liaison with Lead Counsel and providing advice to Detroit.

3.      The information in this declaration regarding Clark Hill's time and expenses is taken from time and expense printouts and supporting documentation prepared and/or maintained by Clark Hill in the ordinary course of business.  I reviewed these printouts (and backup documentation where necessary or appropriate) in connection with preparing this Declaration.

4.      I conducted a review of the time and expense reports to confirm that the reports were accurate, and also to evaluate whether the time and expenses committed to the litigation were

necessary and reasonable.  As a result of this review, I can confirm that the time reflected in Clark Hill's lodestar calculation and expenses for which payment is sought as set forth in this Declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation.

5.      Attorneys at Clark Hill spent a total of 69.3 hours working on this litigation from its inception through February 15, 2023.  A breakdown of the lodestar is provided in Exhibit A. The schedule in Exhibit A was prepared from contemporaneous daily time records regularly prepared and maintained by the firm.  Time expended on the application for fees and expenses has not been included.

6.      The lodestar amount for time based on Clark Hill's current rates is $55,093.50.  The hourly rates shown in Exhibit A are the usual and customary rates set by the firm for each individual.  Clark Hill's firm resume, which includes a professional biography of the attorneys who worked on this action, is attached as Exhibit B. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.  Executed this 3rd day of March 2023.

                                                        RONALD A. KING

- 3 -

**EXHIBIT A**

*Nykredit Portefølje Administration A/S v. ProPetro Holding Corp.*,
No. MO:19-CV-217-DC

**CLARK HILL PLC**
**TIME REPORT**

Inception through and including February 15, 2023

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Ronald A. King | 69.3 | 795 | 55,093.50 |
| | | | |
| | | | |
| **Associates** | | | |
| | | | |
| | | | |
| | | | |
| **Paralegals** | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS:** | **69.3** | | **$55,093.50** |

- 3 -

- 4 -

**EXHIBIT B**

*Nykredit Portefølje Administration A/S v. ProPetro Holding Corp.*,
No. MO:19-CV-217-DC

**CLARK HILL PLC**
**FIRM BIOGRAPHY**



# Clark Hill. Simply Smarter.

At Clark Hill, our value proposition is simple. We offer our clients an exceptional team, dedicated to the delivery of outstanding service. We recruit and develop talented individuals and empower them to contribute to our rich diversity of legal and industry experience. With locations spanning across the United States, Ireland, and Mexico, we work in agile, collaborative teams, partnering with our clients to help them reach and exceed their business goals.

## Why Clark Hill?

With nearly 700 attorneys worldwide, we offer innovative, full-service legal solutions to our clients across a wide range of industries by focusing our energies on client needs and our key differentiators.

 **Client-Service Excellence.** We commit to provide the advice and counsel our clients need to move their business forward. Our team focuses on client goals and needs at every turn, understanding when a 30-page memo is needed, or when a short email will do. We share our relationship-driven culture with our clients, guided by our core values—our DNA.

 **Diverse Legal and Industry Experience.** Our team has the appropriate resources to address just about any concern facing our clients. Our multidisciplinary practice areas, industry teams, and product offerings ensure that our counsel addresses not only the legal and regulatory issues inherent in a matter, but also the best practices specific to our clients' industries.

 **Business Partners.** We develop strategic partnerships and trusted relationships with our clients. Our attorneys and professionals develop and maintain a thorough understanding of our clients' businesses, strategies, objectives, risk tolerances, cost concerns, and other factors of importance.

 **Agile, Collaborative Teams.** Our attorneys provide responsive, dynamic, and flexible service prioritizing our clients' needs. We guarantee a seamless, "one team" approach and provide clients consistent counsel across our practices and locations.

 **Expansive Geographic Coverage.** With 27 offices in the United States, Ireland, and Mexico, we counsel clients where they operate. We have offices in 12 U.S. states and the District of Columbia and attorneys admitted to practice across the country. Our clients benefit from our knowledge of national, state, and local policies, regulations, customs, and venues. With international offices in Dublin and Mexico City, our team is familiar with legal and regulatory landscapes in Europe and Latin America.



## Geographic Footprint



Clark Hill Office

Clark Hill Attorney(s) Licensed

Data as of 11.9.22

## Our DNA

Clark Hill is built upon a core set of values that guide us in our relationships with our clients, our interactions with each other, and our connection to the communities in which we serve. These values have a real and lasting impact on the way we conduct our business, the way we treat our clients and colleagues, and the way we go about growing our firm. We believe these values come into play in each and every client experience, and are essential to the ultimate success of our lawyers and our firm.







| Count On More. | Relationships Fuel Our Firm. | Everyone Matters. | Ethical Behavior is Non-Negotiable. | It's Not Just About Us. |



## Ronald A. King

Member |  Lansing
+1 (517) 318-3015
RKing@ClarkHill.com



**Practice Overview**

Ronald King helps clients solve business, administrative, and regulatory issues. He leads multi-party litigation cases involving commercial matters, constitutional claims, and public pension-related disputes.

Ron guides his clients regarding public pension law and he presently serves as General Counsel to the Police and Fire Retirement System of the City of Detroit. He has also served as special counsel and lead trial counsel for the General Retirement System of the City of Detroit and the PFRS since 2006. As General Counsel, Ron has a significant role in strategic planning, government relations, plan qualification and administration, investments, audit, actuary, regulatory compliance and litigation. Most recently, he played a significant and lead role on behalf of the retirement systems leading up to and following Detroit's historic Chapter 9 bankruptcy case. Ron continues to lead the PFRS and its Boards of Trustees, working closely with staff and trustees to thoroughly and clearly convey and analyze the many issues facing PFRS in the implementation of the Chapter 9 Plan of Adjustment and its on-going operations.

Ron also advises his clients in all aspects of complex multi-party litigation involving diverse commercial matters, constitutional claims, and public pension-related disputes. He has conducted and supervised teams of internal and external attorneys in all phases of litigation in federal and state courts, and before federal, state and local administrative bodies, including regulatory and criminal investigations. He has conducted and supervised all aspects of discovery, e-discovery, motion practice, trial, and settlement negotiations. He is particularly proficient at simplifying and clearly conveying complex data and concepts during litigation and trial and, as importantly, in the boardroom.

Ron also represents a broad range of clients in all manner of environmental matters, including regulatory compliance and enforcement, and complex cost recovery litigation involving multiple parties. This work includes taking matters to trial and using world-class technology to explain complex issues to the bench and juries. He has worked with regulators and environmental consultants on developing corrective action plans and meeting compliance obligations. His environmental litigation experience is extensive, varied, and includes successfully defending property owners, operators, and transporters in actions brought by regulatory agencies and third parties, under federal and state statutes as well as common law. Ron has substantial experience in all aspects of hazardous waste management. Ron brings his considerable experience in environmental compliance and remediation to focus on achieving cost-effective, creative and environmentally sound solutions to client problems.

Ron also counsels clients in the development and implementation of business and strategic plans, including plans for business growth, risk management, and asset protection. He has extensive



experience negotiating and drafting corporate documents, including by-laws, buy-sell agreements and stock, and asset purchase agreements. Ron is a trusted advisor and problem solver.

**Recognitions**

- Named a "Lawyer of the Year" for Litigation – Environmental in Lansing, Michigan by Best Lawyer (2023)
- Leading Lawyer

**Education:** Wayne State University Law School, J.D. - Juris Doctor, 1991 | University of Chicago, B.A. - Bachelor of Arts, 1986

**Bar Licenses:** Michigan

**Court Admission:** U.S. District Ct., E.D. of Michigan | U.S. District Ct., W.D. of Michigan | U.S. District Ct., N.D. of Illinois | U.S. Court of Appeals, 6th Circuit | U.S. Court of Appeals, Federal Circuit

**Memberships:** State Bar of Michigan | National Association of Public Pension Attorneys | International Association of Employee Benefit Plans | Former Member, Clark Hill Executive Committee (2008-2013)

**For full biography**: https://www.clarkhill.com/people/ronald-a-king