# Exhibit 9

**EXHIBIT 9**

*Nykredit Portefølje Administration A/S v. ProPetro Holding Corp.*,
No. MO:19-CV-217-DC

**CONTRIBUTIONS TO AND
DISBURSEMENTS FROM THE LITIGATION FUND**

**CONTRIBUTIONS:**

| FIRM | AMOUNT |
|---|---|
| Grant & Eisenhofer P.A. | $200,000.00 |
| Bernstein Litowitz Berger & Grossmann LLP | $180,013.58 |
|  |  |
| **TOTAL CONTRIBUTED:** | **$380,013.58** |

**DISBURSEMENTS:**

| CATEGORY OF EXPENSE | AMOUNT |
|---|---|
| Experts (Forensic Economics, Inc.) | $348,553.40 |
| Mediation Expense (JAMS, Inc.) | $11,473.75 |
|  |  |
| **TOTAL DISBURSED:** | **$360,027.15** |
|  |  |
| **BALANCE:*** | **$19,986.43** |

\* The balance in the litigation fund will be repaid to Grant & Eisenhofer P.A.