# Exhibit 10

**EXHIBIT 10**

*Nykredit Portefølje Administration A/S v. ProPetro Holding Corp.*,
No. MO:19-CV-217-DC

**PLAINTIFFS' COUNSEL'S TOTAL EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | 600.00 |
| Service of Process | 9,907.20 |
| On-Line Research | 34,542.59 |
| Document Management/Litigation Support | 6,260.32 |
| Telephone | 752.32 |
| Postage & Express Mail | 235.48 |
| Copying | 559.10 |
| Local Transportation | 914.04 |
| Out of Town Travel | 12,165.10 |
| Working Meals | 1,062.52 |
| Translation | 1,670.25 |
| Court Reporters and Transcripts | 4,805.70 |
| Experts | 396,172.15 |
| Mediation Fees | 16,764.50 |
|  |  |
| **TOTAL:** | **$486,411.27** |