# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| NYKREDIT PORTEFØLJE ADMINISTRATION A/S, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>PROPETRO HOLDING CORP., DALE REDMAN, JEFFREY SMITH, IAN DENHOLM, and SPENCER D. ARMOUR III,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § | No. MO:19-CV-217-DC |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING:
(A) MAILING OF THE NOTICE AND CLAIM FORM; AND
(B) REPORT ON REQUESTS FOR EXCLUSION AND CLAIM FORMS RECEIVED**

I, Luiggy Segura, hereby declare under penalty of perjury as follows:

1.      I am a Vice President of Securities Class Actions at JND Legal Administration ("JND").  Pursuant to the Court's September 27, 2022 Order Preliminarily Approving Settlement and Providing for Notice (Doc. 169) (the "Preliminary Approval Order"), Lead Counsel were authorized to retain JND as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action").[1]  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated March 6, 2023 (Doc. 172-7) (the "Initial Mailing Declaration").  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

## CONTINUED MAILING OF THE NOTICE PACKET

2.      Since the execution of my Initial Mailing Declaration, JND has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to additional requests from potential Settlement Class Members and nominees.  As of the date of this Declaration, JND has mailed a total of 72,190 Notice Packets to potential Settlement Class Members and nominees.

## TELEPHONE HELPLINE AND WEBSITE

3.      JND continues to maintain the toll-free telephone helpline (1-877-917-0135) and interactive voice response system to accommodate inquiries from Settlement Class Members.  JND also continues to maintain the dedicated website for the Action (www.ProPetroSecuritiesLitigation.com) in order to assist Settlement Class Members.  On March

---

[1] Unless otherwise defined in this declaration, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement dated September 22, 2022 (Doc. 168-1).

8, 2023, JND posted to the Settlement website copies of the papers filed in support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses and Plaintiffs' Motion for Awards.  JND will continue to maintain and, as appropriate, update the Settlement website and toll-free telephone helpline until the conclusion of this administration.

### REPORT ON REQUESTS FOR EXCLUSION RECEIVED

4.      The Notice informed potential members of the Settlement Class that requests for exclusion from the Settlement Class were to be sent to the Claims Administrator postmarked no later than March 21, 2023.  The Notice also sets forth the information that must be included in each request for exclusion.  As of April 3, 2023, JND has received only one request for exclusion, from an individual investor, Richard D. Simmons II of Graham, North Carolina.  A copy of Mr. Simmons' request for exclusion is attached as Exhibit A.[2]

### REPORT ON CLAIMS RECEIVED TO DATE

5.      The Notice informed potential members of the Settlement Class that if they wished to participate in the Settlement they must submit a Claim Form to JND, with supporting documentation, postmarked or submitted online by February 23, 2023.  As of April 3, 2023, JND has received 18,553 claims.  This claim count may increase if JND receives late claims that would not delay a future distribution.  Lead Counsel have the discretion to accept late claims for processing provided such acceptance does not delay the distribution of the Net Settlement Fund to the Settlement Class.  *See* Preliminary Approval Order ¶ 11.

---

[2] In the interest of privacy, Mr. Simmons' request for exclusion has been redacted to remove his street address, his and his wife's telephone numbers, and financial information unrelated to ProPetro common stock.

6.      Of the claims received, 17,181 were filed electronically by nominees or institutional investors and approximately 1,372 claims were submitted by mail or by the on-line portal for retail investors.  JND will be conducting a review of claims for deficiencies, providing claimants with an opportunity to correct any deficiencies, conducting thorough quality control and quality assurance processes, and performing fraud prevention reviews as part of its normal claims processing procedures in order to ensure the validity and accuracy of claims.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on April 4, 2023.

_____
Luiggy Segura

# EXHIBIT A

Received
DEC 27 2022
by JNDLA

Richard D Simmons II

████████████████████████

Graham NC 27253 - ███

█████████████████ (Judy=wife)

I am writing to request exclusion from the Settlement class in the Pro Petro Securities Settlement. No. MO.19-CV-217-DC.

Richard purchased 50 shares of (PUMP) @ 19.5645 each on 22 MAY 2018. He sold them (50 shares) of ticker (PUMP) on 1 JUN 2018 @ 15.33 each. Both dates are inclusive during the period from 17 MAR 2017 to 13 MAR 2020.

I, Judy A Simmons, have access in handling Richard's TD Ameritrade account and therefore, used my phone number above. Richard's phone number is (████████████ -

17 DEC 2022

Judy A Simmons
Judy A Simmons

X 19 DEC 2022

X Richard D. Simmons II
Richard D. Simmons II

**TD Ameritrade**

Printer-friendly page | Page help

# History & Statements

| Transactions | Statements | Confirmations | Shareholder Library |

**Type:**     All transaction types     ⌄

**Symbol(s):** 🖾  pump                          Symbol lookup
(separate symbols with commas)

**View range:**  Month-to-date  |  1 day  7 days  14 days  30 days  60 days

**View year:**  2022  2021  2020  2019  2018  2017  2016  2015  Show More...

**View dates:**  Jan. ⌄  1 ⌄   2018 ⌄  to:  Dec. ⌄  31 ⌄  2018 ⌄
You can search a date range of up to one year.

**Sweeps:**    ☐ Hide sweeps
Sweeps are uninvested cash transactions that move in and out of cash alternatives.

View    or    Download

## Account Balances

| | |
|---|---|
| 1/1/2018 Cash balance | --- |
| 12/31/2018 Cash balance | ███ |
| **Net change** | --- |
| 1/1/2018 Cash alternatives balance | --- |
| 12/31/2018 Cash alternatives balance | ███ |
| **Net change** | --- |

## Looking for tax documents?

To find 1099s and other tax documents, go to the Tax Center.

### Search results for 1/1/2018 to 12/31/2018

| Date/Time ⌄ | Description | Amount | Commission | Reg Fee | Details |
|---|---|---|---|---|---|
| 05/22/2018 14:55:03 | Bought 50 PUMP @ 19.5645 | -985.18 | 6.95 | 0.00 | |
| 06/01/2018 14:25:03 | Sold 50 PUMP @ 15.33 | 759.53 | 6.95 | 0.02 | |

An indication on this page that an interest payment is "taxable" or "non-taxable" refers to federal taxation only. Interest income may be subject to AMT or state and local taxes.TD Ameritrade does not provide tax advice. Please consult a qualified tax advisor to discuss your individual tax situation.

👥 **Open an account**     📍 **Find a branch**     📧 **Contact us**     🖥 **Screen share**

Accessibility     Privacy policies     TD Ameritrade Holding Corp     Mobile     Minimum requirements     Forms     Security settings

This is not an offer or solicitation in any jurisdiction where we are not authorized to do business or where such offer or solicitation would be contrary to the local laws and regulations of that jurisdiction, including, but not limited to persons residing in Australia, Canada, Hong Kong, Japan, Saudi Arabia, Singapore, UK, and the countries of the European Union.

Unauthorized access and use is prohibited. Usage is monitored.

TD Ameritrade, Inc., member FINRA/SIPC, a subsidiary of The Charles Schwab Corporation. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2022 Charles Schwab & Co. Inc. All rights reserved.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control.



Ms Judy Simmons

Graham, NC 27253



GREENSBORO NC   270
PIEDMONT TRIAD AREA
19 DEC 2022 · PM 1  1

Received

DEC 27 2022

by JNDLA

EXCLUSIONS
Pro Petro Securities Litigation
c/o JND Legal Administration
P.O. Box 91309
Seattle, Washington 98111

98111-940909

